# Exhibit "2"



AlaFile E-Notice

01-CV-2021-900764.00

To: GRAYSON BRYAN ANDREW
bgrayson@lgwmlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

BOMASADA BIRMINGHAM METROPOLITIAN, LLC V. LORD AECK SARGENT, A KATERRA
01-CV-2021-900764.00

The following RETURN ON SERVICE - SERVED was FILED on 4/13/2021 10:22:29 AM

Notice Date:    4/13/2021 10:22:29 AM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



ELECTRONICALLY FILED
4/13/2021 10:22 AM
01-CV-2021-900764.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

AlaFile E-Notice

01-CV-2021-900764.00

To:  DAUGHERTY ROBERT RYAN
     rdaugherty@sirote.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

BOMASADA BIRMINGHAM METROPOLITIAN, LLC V. LORD AECK SARGENT, A KATERRA
01-CV-2021-900764.00

The following CASE STATUS REPORT was FILED on 4/12/2021 3:52:57 PM

Notice Date:   4/12/2021 3:52:57 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

DOCUMENT 13
Case 2:21-cv-00661-AMM   Document 1-2   Filed 05/11/21   Page 4 of 5

ELECTRONICALLY FILED
4/12/2021 3:52 PM
01-CV-2021-900764.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

| | |
|---|---|
| **BOMASADA BIRMINGHAM METROPOLITAN, LLC,** ) ) ) | |
| **Plaintiff,** ) ) | **CIVIL ACTION NO.** |
| v. ) ) | **CV-2021-900764** |
| **LORD AECK SARGENT, A KATERRA COMPANY PLLC,** ) ) ) ) | |
| **Defendant.** ) | |

## ACCEPTANCE OF SERVICE

E. Britton Monroe, counsel for Lord Aeck Sargent, a Katerra Company PLLC, and pursuant to Ala. R. Civ. P. 4(h), hereby accepts service of the Complaint filed by Bomasada Birmingham Metropolitan, LLC in this action as of this date, April 12, 2021, and hereby requests that any documents, pleadings, or orders be sent to undersigned counsel.

DATED: April 12, 2021.

By: **s/ *E. Britton Monroe***
E. Britton Monroe (MON032)
Bryan A. Grayson (GRA134)
Allison R. Bendall (BEN089)
Attorneys for Defendant Lord Aeck
Sargent, a Katerra Company PLLC

**OF COUNSEL:**
LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
880 Montclair Road, Suite 100
Birmingham, Alabama 35213
Telephone: (205) 967-8822
bmonroe@lgwmlaw.com
bgrayson@lgwmlaw.com
abendall@lgwmlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this, the 12th day of April 2021, I caused the foregoing document to be served upon the below parties via e-file or U.S. Mail, postage prepaid:

R. Ryan Daugherty
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35255
Tel: (205) 930-5390
Fax: (205) 212-3851
rdaugherty@sirote.com
Attorney for Plaintiff Bomasada
Birmingham Metropolitan, LLC

                                               **s/ *E. Britton Monroe***
                                               OF COUNSEL