FILED

2022 Feb-04  AM 11:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT "D"

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
07/08/2021

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KATERRA INC., *et al.*,[1] | ) | Case No. 21-31861 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 187** |

**ORDER (I) APPROVING THE PRIVATE
SALE OF LAS PURSUANT TO 11 U.S.C. § 363
OF THE BANKRUPTCY CODE, (II) AUTHORIZING THE
ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS
IN CONNECTION THEREWITH, AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) authorizing (i) the private sale of LAS free and clear of liens, claims, and encumbrances, (ii) the Debtors to enter into and perform under the sale transaction described in the Motion (the "Sale Transaction") pursuant to the Purchase Agreement filed with the Court, and (iii) the Debtors to assume and assign the Assigned Contracts, and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration and the Weinberger Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/katerra.  The location of Debtor Katerra Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 9305 East Via de Ventura, Scottsdale, Arizona 85258.

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY FOUND, CONCLUDED, AND ORDERED THAT:**

I.    **Approval of the Sale and Entry into the Purchase Agreement.**

1.    In accordance with section 363 of the Bankruptcy Code and Bankruptcy Rule 6004 and as described in the Motion, the Debtors are authorized to consummate the Sale Transaction in accordance with the terms and conditions set forth in the Purchase Agreement, substantially in the form attached hereto as **Exhibit 1**.

2.    The Purchase Agreement, together with all annexes, exhibits, and amendments thereto, is hereby approved.

3.    The Purchaser is a good faith buyer within the meaning of section 363(m) of the Bankruptcy Code and is entitled to the protections of section 363(m) of the Bankruptcy Code.  The Purchaser is not an "insider" or "affiliate" of the Debtors as those terms are defined in the Bankruptcy Code and the decisions thereunder.  The Purchaser is a purchaser in "good faith," as that term is used in the Bankruptcy Code and the decisions thereunder, and is entitled to the protections of Section 363(m) and (n) of the Bankruptcy Code with respect to the Purchase Agreement and all of the Acquired Assets thereunder.  The Purchase Agreement was proposed,

negotiated, and entered into in good faith, based upon arm's length bargaining, and without collusion, fraud of any kind or an improper purpose. Neither the Debtors nor the Purchaser have engaged in any conduct that would prevent the application of Section 363(m) of the Bankruptcy Code or cause the application of, or implicate, Section 363(n) of the Bankruptcy Code to the Purchase Agreement or to the consummation of the sale transaction and transfer of the Acquired Assets and Assigned Contracts to the Purchaser. The Purchaser is purchasing the Acquired Assets (including the Assigned Contracts set forth on **Exhibit 2** hereto, inclusive of Assigned Contracts with pending Cure Objections) in good faith and is a good faith purchaser within the meaning of Section 363(m) of the Bankruptcy Code and is, therefore, entitled to the protection of that provision, and otherwise has proceeded in good faith in connection with these cases and this proceeding.

4.      The transactions contemplated under the Purchase Agreement do not constitute or amount to a consolidation, merger, or de facto merger of Purchaser, its affiliates, or subsidiaries and the Debtors. No substantial continuity between Purchaser, its affiliates, or subsidiaries, and the Debtors exists; no substantial identity of ownership between the Debtors and the Purchaser exists; no continuity of enterprise between the Debtors and Purchaser, its affiliates, or subsidiaries exists; neither Purchaser, its affiliates, nor its subsidiaries are a mere continuation of the Debtors or their estates; and neither Purchaser, its affiliates, nor its subsidiaries constitute a successor to the Debtors or their estates.

5.      The Debtors have full corporate power and authority to execute the Purchase Agreement (and all other documents contemplated thereby) and consummate the transaction contemplated therein, and the sale of the Acquired Assets has been duly and validly authorized by all necessary corporate actions on the part of the Debtors. No consents or approvals, other than as

may be expressly provided for in the Agreement, are required by the Debtors to consummate such transactions.

6.      The terms of the Sale Transaction represent a fair and reasonable offer under the facts and circumstances of these chapter 11 cases.

7.      Approval of the Purchase Agreement and the consummation of the transaction contemplated thereby is in the best interests of the Debtors, their creditors, their estates, and all other parties in interest.

8.      The Debtors have advanced sound business reasons for seeking to enter into the Purchase Agreement and to sell and/or assume and assign the Acquired Assets, as more fully set forth in the Motion and as demonstrated at the Hearing, and it is a reasonable exercise of the Debtor's business judgment to sell the Acquired Assets and to consummate the consent by any person or entity, the transfer of the Acquired Assets to the Purchaser and the assumption and assignment of the Assigned Contracts, pending resolution of any timely, pending Cure Objections is a legal, valid, and effective transfer of the Acquired Assets (including the Assigned Contracts).

9.      The Assumption and Assignment Procedures set forth in the Motion regarding the assumption and assignment of the Assigned Contracts (including the proposed resolution process for cure disputes) proposed to be assumed by the Debtors and assigned to the Purchaser are reasonable and provide all parties with appropriate notice and ability to object.

10.      Notwithstanding any requirement for approval, the Debtors are authorized and empowered to take any and all actions necessary or appropriate to:  (a) consummate the Sale Transaction pursuant to and in accordance with the terms and conditions of the Purchase Agreement; (b) close the Sale Transaction as contemplated in the Purchase Agreement and this Order (including any customary or immaterial modifications to purchase price); and (c) execute

and deliver, perform under, consummate, implement, and close fully the Purchase Agreement, together with all additional instruments and documents that may be reasonably necessary or desirable to implement the Purchase Agreement and the Sale Transaction, including any other ancillary documents, or as may be reasonably necessary or appropriate to the performance of the obligations as contemplated by the Purchase Agreement and such other ancillary documents.

## II.   Transfer of the Acquired Assets.

11.   The Debtors are authorized to sell the Acquired Assets free and clear of liens, claims, and encumbrances against the Debtors or their estates, because one or more of the standards set forth in section 363(f) of the Bankruptcy Code has been satisfied.

12.   Other than the Assumed Liabilities or as expressly set forth in the Purchase Agreement, in accordance with Sections 105(a) and 363(f) of the Bankruptcy Code, and to the fullest extent available under the Bankruptcy Code or any other applicable law or in equity, the Acquired Assets shall be sold free and clear of any and all liens (statutory, contractual, or otherwise, including, without limitation, mechanics', materialmens' and other consensual and non-consensual liens and statutory liens), hypothecations, encumbrances, security interests, encroachments, reservations, infringements, adverse rights of interest, mortgages, security deeds, debts, levies, indentures, pledges, restrictions (whether on voting, sale, transfer, disposition, or otherwise), charges, instruments, preferences, priorities, security agreements, conditional sales agreements, title retention contracts, options, Claims, judgments, offsets, rights of recovery, rights of pre-emption, rights of first refusal or other third party rights, Claims for reimbursement, contribution, indemnity, exoneration, products liability, alter-ego, environmental, employment-related claims, employee pension or benefit plan claims and any withdrawal liability thereunder, including any claims of or debts owing to the PBGC, multiemployer benefit plan claims, retiree healthcare or life insurance claims, COBRA coverage claims, ERISA Affiliate plan (including any

pension or retirement plan), tax (including Claims for any and all foreign, federal, state and local taxes or any other amounts owing by any of the Debtors under the Bankruptcy Code), decrees of any court or foreign or domestic governmental entity, orders of any Governmental Authority, of any kind or nature, reclamation Claims, obligations, liabilities, demands, guaranties, Excluded Liabilities, and other claim or interest of any kind or nature whatsoever, whether known or unknown, choate or inchoate, filed or unfiled, scheduled or unscheduled, noticed or unnoticed, recorded or unrecorded, perfected or unperfected, allowed or disallowed, contingent or non-contingent, liquidated or unliquidated, matured or unmatured, material or non-material, disputed or undisputed, whether arising before or after the Petition Date, and whether imposed by agreement, understanding, law, equity, or otherwise (each of the foregoing, together with any Liens (as defined in the Purchase Agreement), collectively, the "Excluded Claims and Liens"), with all Excluded Claims and Liens to attach to the Sale Proceeds in the order of their priority with the same validity, force, and effect which they now have as against the Acquired Assets and subject to any claims and defenses the Debtor or the other parties (including the DIP Lender (as defined in the DIP Order (as defined below))) may possess with respect thereto.  For the avoidance of doubt, except for the Assumed Liabilities specified in the Purchase Agreement, the Purchaser shall have no liability for any claims related to any act or occurrence prior to the Closing, including without limitation any claims under the Worker Adjustment and Retraining Notification (WARN) Act, 29 U.S.C. § 2101 *et seq.*, and similar state and federal laws related to notices to laid off employees, the Fair Labor Standards Act (FLSA), 29 U.S.C. § 203 *et seq.*, and similar federal and state employee-protection laws, or under any other law or legal theory whatsoever.  Thus, consistent with Section 363(f) of the Bankruptcy Code, the Purchaser shall have no liability for any Excluded Claims and Liens.

13.     Except as otherwise set forth in the Purchase Agreement, the transfer of the Acquired Assets to Purchaser, its affiliates, or subsidiaries will not subject Purchaser, its affiliates, or subsidiaries to any liability for any Excluded Claims and Liens against the Debtors or the Acquired Assets existing as of the closing of the Sale Transaction (the "Closing") by reason of such transfer under the laws of the United States, any state, territory, or possession thereof, based, in whole or in part, directly or indirectly, in any theory of law or equity including, without limitation, successor, transferee, or vicarious liability.

14.     The transfer of the Acquired Assets to the Purchaser will be a legal, valid, and effective transfer of the Acquired Assets and shall vest Purchaser with all right, title, and interest of the Debtor to the Acquired Assets free and clear of any and all Excluded Claims and Liens. Except as specifically provided in the Agreement or this Order, the Purchaser shall not assume or become liable for any Excluded Claims and Liens relating to the Acquired Assets being sold by the Debtors.

15.     The transfer of the Acquired Assets to the Purchaser free and clear of all Excluded Claims and Liens will not result in any undue burden or prejudice to any holders of any Excluded Claims and Liens, because all such Excluded Claims and Liens of any kind or nature whatsoever shall attach to the net (after giving effect to any purchase price adjustments and closing costs payable by the Debtors) proceeds, if any, of the sale of the Acquired Assets received by the Debtor in the order of their priority, with the same validity, force, and effect which they now have as against the Acquired Assets and subject to any claims and defenses the Debtor or other parties may possess with respect thereto.  All Persons and entities having Excluded Claims and Liens of any kind or nature whatsoever against or in any of the Debtors or the Acquired Assets shall be forever barred, estopped and permanently enjoined from pursuing or asserting such Excluded Claims and

Liens against the Purchaser, any of its assets, property, successors or assigns, or the Acquired Assets.

16.     Notwithstanding anything to the contrary in this Order or in the Purchase Agreement, any payment to be made or authorization granted in this Order, and the proceeds of the Sale, shall be subject to the requirements of the *Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 111] and/or, as applicable, any subsequent order in these chapter 11 cases regarding debtor-in-possession financing, including the budget in connection therewith and the DIP Liens and DIP Claims (each as defined therein) granted thereunder (the "DIP Order").  To the extent there is any conflict between this Order and the DIP Order, the DIP Order shall control.

17.     All persons and entities holding liens or interests in the Acquired Assets arising under, out of, in connection with, or in any way relating to the Debtors, the Acquired Assets, or the transfer of the Acquired Assets to the Purchaser, hereby are forever barred, estopped, and permanently enjoined from asserting against the Purchaser or its successors or assigns, its property or the Acquired Assets, such persons' or entities' liens or interests in and to the Acquired Assets.

18.     After the closing of the Sale Transaction, the Debtors shall have no further rights to the Acquired Assets or liability with respect to the Assumed Liabilities, and any claims, whether administrative or otherwise, relating to or arising from the Assumed Liabilities after the closing of the sale that are asserted against the Debtors shall be deemed disallowed.

19.     A certified copy of this Order may be filed with the appropriate clerk and/or recorded with the recorder to act to cancel any of the liens and other encumbrances of record.

20.     If any person or entity which has filed statements or other documents or agreements evidencing liens on, or interests in, the Acquired Assets has not delivered to the Debtors, prior to the closing in proper form for filing and executed by the appropriate parties, termination statements, instruments of satisfaction, releases of liens and easements, and any other documents necessary for the purpose of documenting the release of liens or interests which the person or entity has or may assert with respect to the Acquired Assets, the Debtors are hereby authorized and directed, and the Purchaser is hereby authorized to execute and file such statements, instruments, releases, and other documents on behalf of such person or entity with respect to the Acquired Assets.

21.     This Order is and shall be binding upon and govern the acts of all persons and entities, including, without limitation, all filing agents, filing officers, title agents, title companies, recorders of mortgages, recorders of deeds, registrars of deeds, administrative agencies, governmental departments, secretaries of state, federal and local officials, and all other persons and entities who may be required by operation of law, the duties of their office or contract, to accept, file, register or otherwise record or release any documents or instruments, or who may be required to report or insure any title or state of title in or to any lease, and each of the foregoing persons and entities is hereby directed to accept for filing any and all of the documents and instruments necessary and appropriate to consummate the transactions contemplated by the Purchase Agreement.

## III.    Other Provisions.

22.     The Purchase Agreement and any related agreements, documents or other instruments may be modified, amended or supplemented by the parties thereto and in accordance with the terms thereof, without further order of the Court, provided that any such modification,

amendment or supplement does not have a material adverse effect on the Debtors' estates or the rights of any party holding a lien, claim or encumbrance on or against the Acquired Assets.

23.     The Assumption and Assignment Procedures set forth in the Motion regarding the assumption and assignment of the Assigned Contracts (including the proposed resolution process for cure disputes) proposed to be assumed by the Debtors and assigned to the Purchaser are approved.

24.     Pursuant to Bankruptcy Code section 365(f), notwithstanding any provision of any Assigned Contract or applicable non-bankruptcy law that prohibits, restricts or conditions the assignment of the Assigned Contracts, the Debtors are authorized to assume the Assigned Contracts and to assign the Assigned Contracts to the Purchaser or to any permitted assign, which assignment shall take place on and be effective as of the closing of the Sale Transaction or as otherwise provided by order of this Court or by the Purchase Agreement, including with respect to any timely, pending Cure Objections.  The Debtors shall have assumed and assigned the Assigned Contracts in accordance with the Purchase Agreement, and pursuant to section 365(f) of the Bankruptcy Code, the assignment by the Debtors of such Assigned Contracts shall not be a default thereunder.  The Debtors can, without further delay, assume or assume and assign the Assigned Contracts that are the subject of an objection.  After the payment of the relevant cure cost (if applicable), neither the Debtors, their bankruptcy estates nor the Purchaser shall have any further liabilities to the non-Debtor counterparties to the Assigned Contracts, other than the Purchaser's obligations under the Assigned Contracts that accrue or become due and payable on or after the closing of the Sale Transaction (including, without limitation, any indemnification, latent defect rights, or claims caused by the Debtors' or the Purchaser's negligent acts, errors, or omissions in the performance of professional services under an Assigned Contract or other

unmatured cure claims to the extent provided for in the applicable Assigned Contracts). Notwithstanding anything herein to the contrary, the Purchaser shall not be liable for any claims or obligations of or to parties other than non-Debtor counterparties to the Assigned Contracts, except to the extent that such claims or obligations constitute Assumed Liabilities or as expressly set forth in the Purchase Agreement.

25.    Nothing in this paragraph or this Order shall prejudice Doraville Property Partners LLC's ("DPP") right, after the date of this Order, to object to the assumption or the assumption and assignment of any contract to which DPP is a party if the Purchaser fails to provide DPP commercially reasonable evidence that it has obtained all insurance required under such contract(s) prior to the effective date of such assumption or assumption and assignment and all insurance and/or tail coverage required under the Purchase Agreement, and all such rights are hereby reserved for DPP.  All of the Debtors' and the Purchaser's rights to contest any such objection by DPP are hereby reserved.

26.    No sections or provisions of any Assigned Contract that purport to provide for additional payments, penalties, charges, or other financial accommodations in favor of the non-debtor party to the Assigned Contract, specifically due to the assignment or assumption and assignment of the Assigned Contract, shall have any force and effect with respect to the sale transaction and assignments authorized by this Order, and such provisions constitute unenforceable anti-assignment provisions under Section 365(f) of the Bankruptcy Code and/or are otherwise unenforceable under Section 365(e) of the Bankruptcy Code, and no assignment of any Assigned Contract pursuant to the terms of the Agreement shall in any respect constitute a default under any Assigned Contract.  The non-debtor party to each Assigned Contract shall be deemed to have consented to such assignment under Section 365(c)(1)(B) of the Bankruptcy Code, and the

Purchaser shall enjoy all of the Debtor's rights and benefits under each such Assigned Contract as of the applicable date of assumption without the necessity of obtaining such non-debtor party's written consent to the assumption or assignment thereof.

27.     For the avoidance of doubt, the Purchaser assumes all of the obligations of the contract(s) with the Regents of the University of Michigan beginning from the execution of the contract(s), including the contract executed on March 18, 2019, being U M Project No. P00009936, Contract No. 5000017739.

28.     Each and every federal, state, and local governmental agency or department is hereby directed to accept any and all documents and instruments necessary and appropriate to consummate the transactions contemplated by the Purchase Agreement and this Order.  This Order and the Purchase Agreement shall be binding upon and govern the acts of all such federal, state, and local governmental agencies and departments, including any filing agents, filing officers, title agents, recording agencies, secretaries of state, and all other persons and entities who may be required by operation of law, the duties of their office, or contract, to accept, file, register, or otherwise record or release any documents or instruments, or who may be required to report or insure any title in or to the Acquired Assets.

29.     To the extent permitted by Section 525 of the Bankruptcy Code, no Governmental Authority may revoke or suspend any permit or license relating to the operation of the Acquired Assets sold, transferred, or conveyed to the Purchaser on account of the filing or pendency of these chapter 11 cases or the consummation of the transactions contemplated by the Purchase Agreement.

30.     All time periods set forth in this Order and the Purchase Agreement shall be calculated in accordance with Bankruptcy Rule 9006(a).

31.     The stay provided for in Bankruptcy Rules 6004(h) is hereby reduced to the extent necessary to permit closing of the Sale Transaction.  This Order shall otherwise be effective immediately upon its entry.

32.     To the extent there is any inconsistency between the terms of the Purchase Agreement, the Motion, and this Order, the terms of this Order shall govern.

33.     Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the amount of, basis for, or validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or any order granting the relief requested by the Motion or a finding that any particular claim is an administrative expense claim or other priority claim; (e) other than with respect to Assigned Contracts, a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law; or (h) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.

34.     Notice of the Motion satisfies the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules are satisfied by such notice.

35.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

36.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

37.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

38.     This Order shall be binding upon the Purchaser and all successors and assigns of the Purchaser, the Debtors, their estates, all creditors of and holders of equity interests in the Debtors, and any holders of liens against or on all or any portion of the Acquired Assets.  This Order and the Purchase Agreement shall inure to the benefit of the Debtors, their estates, their creditors, the Purchaser, and their respective successors and assigns.

**Signed:  July 08, 2021.**

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

## Exhibit 1

**Purchase Agreement**

**ASSET PURCHASE AGREEMENT[1]**

**DATED AS OF [●], 2021**

**BY AND AMONG**

**LORD AECK SARGENT PLANNING & DESIGN, INC., AS PURCHASER,**

**AND**

**LORD AECK SARGENT, INC. AND LORD AECK SARGENT, A KATERRA COMPANY PLLC, AS SELLERS**

**AND**

**KATERRA, INC., AS PARENT**

*This is a draft agreement only, and delivery or discussion of this draft agreement is not, and will not be deemed or construed to be, an offer or commitment with respect to the proposed transaction to which this draft agreement relates. Notwithstanding the delivery of this draft agreement or any other past, present or future written or oral indications of assent, or indications of the result of negotiations or agreements, no party to the proposed transaction (and no person or entity related to any such party) will be under any legal obligation whatsoever unless and until the definitive agreement providing for the transaction has been executed and delivered by all parties thereto.*

---

[1]   The Debtors will file the final Purchase Agreement in connection with closing the sale transaction.

# TABLE OF CONTENTS

**Page**

**Article I**

### Purchase and Sale of the Acquired Assets

| | | |
|---|---|---|
| 1.1 | Purchase and Sale of the Acquired Assets | 6 |
| 1.2 | Assumption of Liabilities | 8 |

**Article II**

### CONSIDERATION; PAYMENT; CLOSING

| | | |
|---|---|---|
| 2.1 | Consideration | 8 |
| 2.2 | Closing Date Payment | 8 |
| 2.3 | Closing | 8 |
| 2.4 | Closing Deliveries by Seller | 9 |
| 2.5 | Closing Deliveries by Purchaser | 9 |
| 2.6 | Purchase Price Adjustment | 9 |
| 2.7 | Withholding | 11 |

**Article III**

### REPRESENTATIONS AND WARRANTIES OF SELLER

| | | |
|---|---|---|
| 3.1 | Organization and Qualification | 11 |
| 3.2 | Authorization of Agreement | 11 |
| 3.3 | Conflicts; Consents | 12 |
| 3.4 | Title to Acquired Assets | 12 |
| 3.5 | Permits; Compliance with Laws | 12 |
| 3.6 | Brokers | 12 |
| 3.7 | Absence of Certain Changes | 12 |
| 3.8 | No Other Representations or Warranties | 12 |

**Article IV**

### REPRESENTATIONS AND WARRANTIES OF PURCHASER

| | | |
|---|---|---|
| 4.1 | Organization and Qualification | 13 |
| 4.2 | Authorization of Agreement | 13 |
| 4.3 | Conflicts; Consents | 13 |
| 4.4 | Financing | 14 |
| 4.5 | Brokers | 14 |
| 4.6 | No Litigation | 14 |
| 4.7 | No Additional Representations or Warranties | 14 |

## TABLE OF CONTENTS

**Page**

**Article V**

**BANKRUPTCY COURT MATTERS**

5.1 Bankruptcy Actions ...................................................................15
5.2 Sale Order .................................................................................16
5.3 Milestones ...................................................**Error! Bookmark not defined.**

**Article VI**

**COVENANTS AND AGREEMENTS**

6.1 Conduct of Seller .......................................................................16
6.2 Access to Information ................................................................16
6.3 Regulatory Approvals ................................................................17
6.4 Reasonable Efforts; Cooperation .............................................18
6.5 Notification of Certain Matters .................................................18
6.6 Further Assurances....................................................................19
6.7 Insurance Matters......................................................................19
6.8 Collection of Accounts Receivable...........................................19
6.9 Bonded Jobs and Engagements..............................**Error! Bookmark not defined.**
6.10 Receipt of Misdirected Assets .................................................20
6.11 Acknowledgment by Purchaser ................................................20
6.12 [EMPLOYEE/BENEFITS/LABOR COVENANTS]............................21

**Article VII**

**CONDITIONS TO CLOSING**

7.1 Conditions Precedent to the Obligations of Purchaser and Seller .......................22
7.2 Conditions Precedent to the Obligations of Purchaser ............22
7.3 Conditions Precedent to the Obligations of Sellers .................22
7.4 Waiver of Conditions................................................................23

**Article VIII**

**Termination**

8.1 Termination of Agreement........................................................23
8.2 Effect of Termination................................................................24

**Article IX**

**TAXES**

9.1 Transfer Taxes ..........................................................................25
9.2 Allocation of Purchase Price.....................................................25
9.3 Cooperation...............................................................................26
9.4 Allocation of Tax Liability .......................................................26

iii

# TABLE OF CONTENTS

**Page**

9.5     Transferred Employees ............................................................................26

**Article X**

MISCELLANEOUS

10.1    Non-Survival of Representations and Warranties and Certain Covenants;
        Certain Waivers; Release. ..............................................................26
10.2    Expenses ......................................................................................27
10.3    Notices .......................................................................................27
10.4    Binding Effect; Assignment................................................................29
10.5    Amendment and Waiver .....................................................................29
10.6    Third Party Beneficiaries .................................................................29
10.7    Non-Recourse ................................................................................29
10.8    Severability .................................................................................30
10.9    Construction .................................................................................30
10.10   Schedules .......................................................**Error! Bookmark not defined.**
10.11   Complete Agreement .........................................................................30
10.12   Specific Performance ........................................................................30
10.13   Jurisdiction and Exclusive Venue ..........................................................31
10.14   Governing Law; Waiver of Jury Trial ......................................................31
10.15   No Right of Set-Off .........................................................................32
10.16   Counterparts and PDF ........................................................................32
10.17   Publicity ....................................................................................33
10.18   Bulk Sales Laws ..............................................................................33
10.19   Fiduciary Obligations .......................................................................33
10.20   Further Assurances ...........................................................................33
10.21   Severability .................................................................................33
10.22   Waiver of Rescission .........................................................................33

**Article XI**

ADDITIONAL DEFINITIONS AND INTERPRETIVE MATTERS

11.1    Certain Definitions..........................................................................34
11.2    Index of Defined Terms ......................................................................39
11.3    Rules of Interpretation .....................................................................39

**EXHIBITS**

Exhibit A          Assignment and Assumption Agreement
Exhibit B          Sale Order

**<u>ANNEXES</u>**

Annex A          Acquired Assets
Annex B          Assumed Liabilities
Annex C          Excluded Assets
Annex D          Seller Pay When Paid Vendors

## ASSET PURCHASE AGREEMENT

This ASSET PURCHASE AGREEMENT (this "Agreement"), dated as of [●], 2021, by and among Lord Aeck Sargent Planning & Design, Inc. , a Georgia corporation (the "Purchaser"), on the one hand, and Lord Aeck Sargent, Inc., a Georgia corporation, and Lord Aeck Sargent, a Katerra Company PLLC, a Washington professional limited liability company[2] (each a "Seller" and, collectively, "Sellers"), and Katerra, Inc., a Delaware corporation (the "Parent"), on the other hand. Purchaser and Sellers are referred to herein individually as a "Party" and collectively as the "Parties". Capitalized terms used in herein shall have the meanings set forth herein or in Article XI.

## RECITALS

WHEREAS, on June 6, 2021 (the "Petition Date") Lord Aeck Sargent, Inc., the Parent, and several affiliates filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court"), which cases are jointly administered for procedural purposes as *In re Katerra Inc., et al.*, case number 21-31862 (DRJ) (collectively, the "Bankruptcy Case"); and

WHEREAS, Purchaser desires to purchase the Acquired Assets from Sellers, and Sellers desire to sell, convey, assign, and transfer to Purchaser the Acquired Assets in a sale authorized by the Bankruptcy Court pursuant to, *inter alia*, sections 105, 363, and 365 of the Bankruptcy Code, in accordance with the other applicable provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure and the local rules for the Bankruptcy Court (together, the "Bankruptcy Rules"), all on the terms and subject to the conditions set forth in this Agreement and the Sale Order and subject to entry of the Sale Order.

NOW, THEREFORE, in consideration of the foregoing and the mutual representations, warranties, covenants, and agreements set forth herein, and intending to be legally bound hereby, Purchaser and Sellers hereby agree as follows.

## ARTICLE I

## PURCHASE AND SALE OF THE ACQUIRED ASSETS

1.1    Purchase and Sale of the Acquired Assets. Pursuant to sections 105, 363, and 365 of the Bankruptcy Code, on the terms and subject to the conditions set forth herein and in the Sale Order, at the Closing, Sellers shall sell, transfer, assign, convey, and deliver to Purchaser, and Purchaser shall purchase, acquire, and accept from Sellers, all of Sellers' right, title and interest as of the Closing in and to the Acquired Assets, free and clear of all Encumbrances other than Permitted Encumbrances. Parent shall use commercially reasonable efforts to obtain necessary consents from third parties to convey to Purchaser any assets that Sellers transferred to any of their respective Affiliates, including without limitation any Included IP specified on Annex A hereto.

---

[2]    Note to Draft: This entity is currently owned by a number of individuals due to local Washington requirements to the Washington professional limited liability companies. Parent is working to transfer the ownership of this entity to Parent. We understand that this was discussed with Purchaser in the term sheet negotiations.

"Acquired Assets" means all assets of Sellers other than the Excluded Assets, including, without limitation, the following:

(a)       all cash and cash equivalents existing at the moment prior to Closing;

(b)       all accounts receivable and all claims against third parties related to the collectability thereof;

(c)       all rights of Sellers in all Assigned Contracts;

(d)       all tangible personal property, including all machinery, equipment, tools, computers, mobile phones, computer equipment, hardware, peripherals, information technology infrastructure, telephone systems, furniture, fixtures, furnishings, office supplies, production supplies, other miscellaneous supplies, and other tangible personal property of any kind owned by Seller (including any of the foregoing property that is subject to a capital lease);

(e)       all intellectual property rights related to the Business, including without limitation all patents, trademarks, service marks, trade secrets, and copyrights, including without limitation all drawings, plans, photographs and, without limitation, those items specified in Annex A hereto;

(f)       all licenses and permits held by the Sellers;

(g)       all rights to security deposits, utility deposits, and other deposits held by third parties, excluding, in all cases, the adequate assurance utility deposits attributable to the Sellers;

(h)       all rights to any insurance proceeds or refunds due from any insurance company;

(i)       all claims and causes of action against third parties, except claims arising under chapter 5 of the Bankruptcy Code;

(j)       all rights of Sellers and Parent under any non-disclosure, confidentiality, non-compete, or non-solicitation agreements (notwithstanding the foregoing, nothing in this Agreement shall require Seller or Purchaser to pay any Cure Costs or make any other payment that may be required in order to enforce Seller's rights under any contract included in this section);

(k)       all rights to the telephone and facsimile numbers and email addresses used by Sellers;

(l)       all real property; and

(m)       except for Excluded Assets set forth in Annex C, all other assets of Sellers and all proceeds of the foregoing.

[To the extent that any Acquired Assets are transferred to the Sellers or the Parent after the Closing (*e.g.*, proceeds of accounts receivable), the Sellers or the Parent, as applicable, shall transfer all

such Acquired Assets to the Purchaser within ten (10) days of receipt. The Sellers and the Parent shall make commercially reasonable efforts to provide information to the Purchaser related to any such Acquired Assets obtained after the Closing (including books and records related thereto) upon request.]

1.2     Assumption of Liabilities. Effective as of the Closing, Purchaser shall assume and agree to pay, perform and discharge when due in accordance with their terms only those liabilities specifically identified in Annex B hereto (collectively, the "Assumed Liabilities") and except for the Assumed Liabilities, the Purchaser shall not be liable with respect to any liens, claims, or encumbrances on any of the Acquired Assets.

**ARTICLE II**

**CONSIDERATION; PAYMENT; CLOSING**

2.1     Consideration.   The aggregate consideration to be paid by Purchaser for the purchase of the Acquired Assets (the "Purchase Price") (via payment of immediately available cash) at the Closing shall consist of (i) $1,645,892 *plus* (ii) assumption of the Assumed Liabilities set forth in Annex B, *plus* (iii) the Working Capital Purchase Price Adjustment, if any, *minus* (iv) the unpaid Identified PWP Expenses.

2.2     Closing Date Payment.

(a)     At the Closing, Purchaser shall deliver, or cause to be delivered, to Sellers an amount equal to the Purchase Price *less* the Deposit (the "Closing Date Payment"), which such payment (and any other payment required to be made pursuant to any other provision hereof) shall be made in cash by wire transfer of immediately available funds to such bank account as shall be designated in writing by the applicable Party at least two Business Days prior to the date such payment is to be made, provided such payment has been determined and agreed to by the Parties on or before such date.

(b)     At least two Business Days prior to the Closing, authorized representatives of Sellers and Purchaser shall execute and deliver joint written instructions to the Escrow Agent pursuant to the Escrow Agreement instructing the Escrow Agent to disburse the Deposit to Sellers or one of their Affiliates at the Closing by wire transfer of immediately available funds in accordance with such written instructions.

2.3     Closing. Subject to the terms and conditions set forth in Article VIII, the closing of the purchase and sale of the Acquired Assets, the disbursement of the Deposit, the delivery of the Closing Date Payment, and the consummation of the other transactions contemplated by this Agreement (the "Closing") will take place by telephone conference and electronic exchange of documents (or, if the Parties agree to hold a physical closing, at the offices of Kirkland & Ellis LLP, located at 300 North LaSalle Street, Chicago, Illinois 60654) at 10:00 a.m. Central Time on the fifth (5th) Business Day following full satisfaction or due waiver (by the Party entitled to the benefit of such condition) of the closing conditions set forth in Article VII (other than conditions that by their terms or nature are to be satisfied at the Closing), or at such other place and time as

the Parties may agree. The date on which the Closing actually occurs is referred to herein as the "<u>Closing Date</u>".

     2.4    <u>Closing Deliveries by Sellers</u>. At or prior to the Closing, Sellers shall deliver to Purchaser:

     (a)    a bill of sale and assignment and assumption agreement with respect to the Acquired Assets and Assumed Liabilities substantially in the form of <u>Exhibit A</u> (the "<u>Assignment and Assumption Agreement</u>") duly executed by Sellers;

     (b)    a copy of the Sale Order, as entered by the Bankruptcy Court;

     (c)    an officer's certificate, dated as of the Closing Date, executed by a duly authorized officer of each Seller certifying that the conditions set forth in <u>Sections 7.2(a)</u> and <u>7.2(b)</u> have been satisfied;

     (d)    an incumbency certificate and a resolution for each of Sellers, executed by the necessary parties, approving and authorizing the transactions contemplated by this Agreement; and

     (e)    any further assurances as required pursuant to Sections 6.6 and 10.20 of this Agreement.

     2.5    <u>Closing Deliveries by Purchaser</u>. At the Closing, Purchaser shall deliver to (or at the direction of) Sellers:

     (a)    the Assignment and Assumption Agreement, duly executed by Purchaser;

     (b)    an officer's certificate, dated as of the Closing Date, executed by a duly authorized officer of Purchaser certifying that the conditions set forth in <u>Sections 7.3(a)</u> and <u>7.3(b)</u> have been satisfied;

     (c)    an incumbency certificate and a resolution for Purchaser, executed by the necessary parties, approving and authorizing the transactions contemplated by this Agreement; and

     (d)    any further assurances as required pursuant to Sections 6.6 and 10.20 of this Agreement.

     2.6    <u>Purchase Price Adjustment</u>.

     (a)    Parent shall be responsible for (a) payment of the partial payroll and related benefits liabilities for the Business' employees incurred prior to filing the bankruptcy petition in the Bankruptcy Case, and (b) payment of the Seller Pay When Paid Vendors identified on <u>Annex D</u> in the amount $297,861.94 (the "<u>Identified PWP Expenses</u>"), in each case, to the extent permitted by the Bankruptcy Court. Parent shall be entitled to make bi-weekly sweeps of the Business cash account equal to $484,463.00 to cover estimated payroll and related benefits for the Business employees (the "<u>Bi-Weekly Payroll Sweep Amount</u>"). Sellers will consult with Purchaser regarding payments for any amounts due, other than to the Business employees, whether

they are due pre-petition or post-petition and obtain Purchaser's written consent prior to making any such payments.

(b)     Any (i) amount swept in excess of the Bi-Weekly Payroll Amount and (ii) cash held by the Sellers as of the Closing Date, in each case, will result in a dollar-for-dollar reduction in the Purchase Price at the Closing ("Purchase Price Decrease Amount"). To the extent Sellers sweep less than the Bi-Weekly Payroll Amount or contribute cash to the Business cash account, the Purchase Price will be increased on a dollar-for-dollar basis by the difference between the Bi-Weekly Payroll Amount and the actual sweep amount or the cash contribution amount, as applicable (the "Purchase Price Increase Amount").

(c)     "Working Capital Purchase Price Adjustment" means an amount equal to (i) the aggregate sum of the Purchase Price Increase Amounts *minus* (ii) the aggregate sum of the Purchase Price Decrease Amounts. If at any time prior to the Closing, the Working Capital Purchase Price Adjustment become higher than the Deposit, Purchaser shall increase the Deposit by such amount within fifteen (15) days after Purchaser's receipt of written notice from Sellers.

(d)     As soon as reasonably practicable after the Closing Date (and, in any event, within 10 days after the Closing Date), Purchaser shall prepare and deliver to Sellers a statement (the "Post-Closing Statement") setting forth the Purchaser's good faith determination of the Working Capital Purchase Price Adjustment and reasonable supporting documentation relating to such calculations. The Post-Closing Statement shall be prepared in accordance with the terms of this Agreement and the historical accounting practices of Sellers, and Purchaser shall not make any changes to the assumptions underlying such practices. From and after the delivery of the Post-Closing Statement, Purchaser shall provide Sellers and their representatives with reasonable access during normal business hours to the books, records and employees of Purchaser and its Affiliates at such time. Not later than the 10th day following receipt of the Post-Closing Statement under this Section 2.6(d), Sellers may deliver to Purchaser a written notice (an "Adjustment Notice") containing any changes Sellers propose to the Post-Closing Statement. Such Adjustment Notice will describe the nature and amount of any such disagreement in reasonable detail and shall be accompanied by such supporting documentation as is available to Sellers. If Sellers do not deliver to Purchaser an Adjustment Notice within such 10-day period, then Sellers will be deemed to have irrevocably accepted and agreed to all items in the Post-Closing Statement.

(e)     If an Adjustment Notice is timely delivered to Purchaser in accordance with Section 2.6(d), then Purchaser and Sellers shall undertake to agree on the final  Working Capital Purchase Price Adjustment no later than 5 days after the date on which Sellers delivered such Adjustment Notice to Purchaser. If the final Working Capital Purchase Price Adjustment is mutually agreed upon in writing by the Parties during such 5-day period, then the final Working Capital Purchase Price Adjustment as so agreed will be considered conclusive and binding on Sellers and Purchaser.

(f)     In the event that the final Working Capital Purchase Price Adjustment is not mutually agreed upon by the Parties during the 5-day period referenced in Section 2.6(e), then either Sellers or Purchaser may file a motion with the Bankruptcy Court for determination of same. The date on which the final Working Capital Purchase Price Adjustment is finally determined in accordance with Section 2.6 is referred to as the "Determination Date."

(g)      Within five Business Days after the Determination Date, Sellers or Purchaser, as applicable, shall make (or cause to be made) a true-up payment of the Working Capital Purchase Price Adjustment to the other in accordance with this Section 2.6(g), so that, after giving effect to such payment and subject to the following sentence, Sellers and Purchaser are in the same position they would have been in had payments at the Closing been based on the finally determined Working Capital Purchase Price Adjustment (without any interest on such true-up payment).

2.7      Withholding.  Purchaser shall not be entitled to deduct and withhold from any amounts otherwise payable pursuant to this Agreement, except to the extent resulting from a change in Tax Law after the date hereof. Purchaser and Sellers shall cooperate in good faith to reduce or otherwise eliminate any such withholding obligation to the extent permitted by applicable Law.

## ARTICLE III

## REPRESENTATIONS AND WARRANTIES OF SELLERS[3]

Except as (i) disclosed in any forms, statements or other documents filed with the Bankruptcy Court or (ii) set forth in Sections 6.5(a) and **Error! Reference source not found.**, Sellers represent and warrant to Purchaser as follows as of the date hereof.

3.1      Organization and Qualification. Each Seller (a) is an entity duly incorporated or organized, validly existing and in good standing under the Laws of the jurisdiction of its incorporation or organization, as applicable, (b) has all requisite power and authority to own and operate its properties and to carry on its businesses as now conducted, subject to the provisions of the Bankruptcy Code, and (c) is qualified to do business and is in good standing (or its equivalent) in every jurisdiction in which its ownership of property or the conduct of its business as now conducted requires it to qualify.

3.2      Authorization of Agreement. The execution, delivery, and performance of this Agreement by Sellers, and the consummation by Sellers of the transactions contemplated hereby, subject to requisite Bankruptcy Court approvals, have been duly and validly authorized by all requisite corporate or similar organizational action, and no other corporate or similar organizational proceedings on its part are necessary to authorize the execution, delivery or performance of this Agreement by Sellers. Subject to requisite Bankruptcy Court approvals, this Agreement has been duly and validly executed and delivered by each Seller, and, assuming this Agreement is a valid and binding obligation of Purchaser, this Agreement constitutes a valid and binding obligation of Sellers, enforceable against each Seller in accordance with its terms, except as limited by the Bankruptcy Case, including, without limitation, application of bankruptcy, insolvency, reorganization, fraudulent conveyance, moratorium, or other Laws relating to or affecting creditors' rights or general principles of equity (whether considered in a proceeding in equity or at law) (the "Enforceability Exceptions").

---

[3]      Note to Draft: All representations and warranties subject to review by Sellers.

3.3    Conflicts; Consents.

(a)    Assuming that (y) requisite Bankruptcy Court approvals are obtained, and (z) all necessary notices, authorizations, approvals, Orders, permits, or consents are made, given, or obtained (as applicable), the execution, delivery, and performance by Sellers of this Agreement and the consummation by Sellers of the transactions contemplated hereby, do not: (i) violate the certificate of formation, limited liability company agreement or equivalent organizational documents of either Seller; (ii) violate any Law applicable to either Seller or by which any property or asset of either Seller is bound; or (iii) result in any breach of, constitute a default (or an event that, with notice or lapse of time or both, would become a default) under, create in any party thereto the right to terminate or cancel, or require any consent under, or result in the creation or imposition of any Encumbrance (other than a Permitted Encumbrance) on any property or asset of either Seller under, any material Contract.

(b)    Neither Seller is required to file, seek, or obtain any notice, authorization, approval, Order, permit, or consent of or with any Governmental Body in connection with the execution, delivery and performance by such Seller of this Agreement or the consummation by such Seller of the transactions contemplated hereby, except (i) requisite Bankruptcy Court approvals, or (ii) where failure to obtain such consent, approval, authorization or action, or to make such filing or notification, is not material to the Acquired Assets taken as a whole, or (iii) as may be necessary as a result of any facts or circumstances relating to Purchaser or any of its Affiliates.

3.4    Title to Acquired Assets. Subject to requisite Bankruptcy Court approvals and except as a result of the commencement of the Bankruptcy Case, Sellers own good title to the Acquired Assets, free and clear of all Encumbrances, except for Permitted Encumbrances.

3.5    Permits; Compliance with Laws. Sellers are in compliance, in all material respects, with all applicable Laws with respect to the ownership and operation of the Acquired Assets, and during the prior two (2) years Sellers have not received any written notice of any action or proceeding against it alleging any failure to comply in any material respect with any such Laws. No investigation by any Governmental Body with respect to the Acquired Assets is pending or, to Sellers' knowledge, threatened, and during the prior two (2) years Sellers have not received any written notice of any such investigation.

3.6    Brokers. There is no investment banker, broker, finder or other such intermediary that has been retained by, or has been authorized to act on behalf of, Sellers and is entitled to a fee or commission in connection with the transactions contemplated by this Agreement from Sellers.

3.7    Absence of Certain Changes. Since June 4th, 2021 and through the date of this Agreement, Sellers have not engaged in any of the activities that, if engaged in on or after the date of this Agreement, would have required Purchaser's consent pursuant to the terms and provisions of this Agreement, including, without limitation, Section 6.1.

3.8    No Other Representations or Warranties. Except for the representations and warranties expressly contained in this Article III (in accordance with the express terms and conditions (including limitations and exclusions) of this Agreement) (it being understood that Purchaser and the Purchaser Group have relied only on such express representations and

warranties), Purchaser acknowledges and agrees, on its own behalf and on behalf of the Purchaser Group, that neither Sellers nor any other Person on behalf of Sellers makes, and neither Purchaser nor any member of the Purchaser Group has relied on, the accuracy or completeness of any express or implied representation or warranty with respect to Sellers or any of their respective Subsidiaries, the Acquired Assets or with respect to any information, statements, disclosures, documents, projections, forecasts or other material of any nature made available or provided by any Person (including in any projections, any confidential information memorandum or similar document, or in any diligence materials, including in any dataroom or datasite or elsewhere) to either Purchaser or any of its Affiliates or Advisors on behalf of Sellers or any of their Affiliates or Advisors. Without limiting the foregoing, neither Sellers nor any other Person will have or be subject to any Liability whatsoever to either Purchaser, or any other Person, resulting from the distribution to either Purchaser or any of its Affiliates or Advisors, or either Purchaser's or any of its Affiliates' or Advisors' use of or reliance on, any such information, including any information, statements, disclosures, documents, projections, forecasts or other material made available to either Purchaser or any of its Affiliates or Advisors or any discussions with respect to any of the foregoing information.

## ARTICLE IV

## REPRESENTATIONS AND WARRANTIES OF PURCHASER

Purchaser represents and warrants to Sellers as follows as of the date hereof.

4.1     <u>Organization and Qualification</u>. Purchaser (a) is an entity duly incorporated or organized, validly existing and in good standing under the Laws of the jurisdiction of its incorporation or organization, as applicable, (b) has all requisite power and authority to own and operate its properties and to carry on its businesses as now conducted, and (c) is qualified to do business and is in good standing (or its equivalent) in every jurisdiction in which its ownership of property or the conduct of its business as now conducted requires it to qualify, except where the failure to be so qualified would not reasonably be expected to have a material adverse effect on Purchaser's ability to consummate the transactions contemplated hereby.

4.2     <u>Authorization of Agreement</u>. The execution, delivery and performance of this Agreement by Purchaser, and the consummation by Purchaser of the transactions contemplated hereby, have been duly and validly authorized by all requisite corporate or similar organizational action, and no other corporate or similar organizational proceedings on its part are necessary to authorize the execution, delivery or performance of this Agreement by Purchaser. This Agreement has been duly and validly executed and delivered by Purchaser, and, assuming this Agreement is a valid and binding obligation of Sellers, this Agreement constitutes a valid and binding obligation of Purchaser, enforceable against Purchaser in accordance with its terms, except as limited by the Enforceability Exceptions.

4.3     <u>Conflicts; Consents</u>.

(a)     Assuming that all necessary notices, authorizations, approvals, Orders, permits, or consents are made, given, or obtained (as applicable), the execution, delivery and performance by Purchaser of this Agreement and the consummation by Purchaser of the

13

transactions contemplated hereby, do not: (i) violate the certificate of formation, limited liability company agreement or equivalent organizational documents of Purchaser; (ii) violate any Law applicable to Purchaser or by which any property or asset of Purchaser is bound; or (iii) result in any breach of, constitute a default (or an event that, with notice or lapse of time or both, would become a default) under, create in any party thereto the right to terminate or cancel, or require any consent under, or result in the creation or imposition of any Encumbrance on any property or asset of Purchaser under, Contract; except, in each case, for any such violations, breaches, defaults or other occurrences that would not, individually or in the aggregate, reasonably be expected to prevent or materially delay the ability of Purchaser to consummate the transactions contemplated hereby.

(b)     Purchaser is not required to file, seek, or obtain any notice, authorization, approval, Order, permit or consent of or with any Governmental Body in connection with the execution, delivery and performance by Purchaser of this Agreement or the consummation by Purchaser of the transactions contemplated hereby, except where failure to obtain such consent, approval, authorization or action, or to make such filing or notification, would not, individually or in the aggregate, reasonably be expected to prevent or materially delay the ability of Purchaser to consummate the transactions contemplated hereby.

4.4     Financing. Purchaser has, and will have at the Closing, sufficient funds in an aggregate amount necessary to pay the Closing Date Payment, to perform and satisfy the Assumed Liabilities as such Assumed Liabilities come due, and to consummate all of the other transactions contemplated by this Agreement, including the payment of all fees, expenses and other amounts required to be paid by Purchaser in connection with the transactions contemplated by this Agreement. In no event shall the receipt or availability of any funds or financing by Purchaser or any other financing or other transactions be a condition to Purchaser's obligations hereunder.

4.5     Brokers. Other than investment bankers, brokers, finders, or other intermediaries whose fees and expenses will be borne solely by Purchaser, there is no investment banker, broker, finder, or other intermediary which has been retained by or is authorized to act on behalf of Purchaser that might be entitled to any fee or commission in connection with the transactions contemplated by this Agreement.

4.6     No Litigation. There are no Actions pending or, to Purchaser's knowledge, threatened against or affecting Purchaser that will adversely affect Purchaser's performance under this Agreement or the consummation of the transactions contemplated by this Agreement.

4.7     No Other Representations or Warranties. Except for the representations and warranties expressly contained in this Article IV (in accordance with the express terms and conditions (including limitations and exclusions) of this Agreement) (it being understood that Sellers and Parent have relied only on such express representations and warranties), Sellers acknowledge and agree, on their own behalf and on behalf of the Parent, that neither Purchaser nor any other Person on behalf of Purchaser makes, and neither Sellers nor Parent have relied on, the accuracy or completeness of any express or implied representation or warranty with respect to Purchaser, the Acquired Assets or with respect to any information, statements, disclosures, documents, projections, forecasts or other material of any nature made available or provided by any Person (including in any projections, any confidential information memorandum or similar

14

document, or in any diligence materials, including in any dataroom or datasite or elsewhere) to either Sellers, Parent or any of their Affiliates or Advisors on behalf of Purchaser or any of its Affiliates or Advisors. Without limiting the foregoing, neither Purchaser nor any other Person will have or be subject to any Liability whatsoever to either Sellers , Parent or any other Person, resulting from the distribution to either Sellers, Parent or any of their Affiliates or Advisors, or either Sellers', Parent's or any of their Affiliates' or Advisors' use of or reliance on, any such information, including any information, statements, disclosures, documents, projections, forecasts or other material made available to either Sellers, Parent or any of their Affiliates or Advisors or any discussions with respect to any of the foregoing information.

**ARTICLE V**

**BANKRUPTCY COURT MATTERS**

5.1     <u>Bankruptcy Actions</u>.

(a)     From the date hereof until the earlier of (i) the termination of this Agreement in accordance with <u>Article VIII</u> and (ii) the Closing Date, Sellers shall work in good faith to obtain entry by the Bankruptcy Court of the Sale Order within 30 days of the filing date of June 16, 2021; <u>provided</u> that the Sale Order obtained after this date will not be a breach of the Sellers' obligations hereunder.

(b)     Purchaser shall promptly take all actions as are reasonably requested by Sellers to assist in obtaining the Bankruptcy Court's entry of the Sale Order and any other Order reasonably necessary in connection with the transactions contemplated by this Agreement as promptly as practicable, including furnishing affidavits, financial information, or other documents or information for filing with the Bankruptcy Court and making such employees and representatives of Purchaser and its Affiliates available to testify before the Bankruptcy Court for the purposes of, among other things providing necessary assurances of performance by Purchaser under this Agreement and demonstrating that Purchaser is a "good faith" purchaser under section 363(m) of the Bankruptcy Code.

(c)     Each of Sellers and Purchaser shall (i) appear formally or informally in the Bankruptcy Court if reasonably requested by the other Party or required by the Bankruptcy Court in connection with the transactions contemplated by this Agreement and (ii) keep the other reasonably apprised of the status of material matters related to the transactions contemplated by this Agreement, including, upon reasonable request promptly furnishing the other with copies of notices or other communications received by any Seller from the Bankruptcy Court or any third party and/or any Governmental Body with respect to the transactions contemplated by this Agreement.

(d)     Sellers' obligations under this Agreement and in connection with the transactions contemplated hereby and thereby are subject to entry of and, to the extent entered, the Sale Order. Nothing in this Agreement shall require Sellers to give testimony to or submit a motion to the Bankruptcy Court that is untruthful or to violate any duty of candor or other fiduciary duty to the Bankruptcy Court or its stakeholders.

15

5.2     Sale Order. The Sale Order shall, among other things, (a) approve, pursuant to sections 105, 363, and 365 of the Bankruptcy Code, (i) the execution, delivery and performance by Sellers of this Agreement, (ii) the sale of the Acquired Assets to Purchaser on the terms set forth herein and free and clear of all Encumbrances (other than Permitted Encumbrances), and (iii) the performance by Sellers of their respective obligations under this Agreement; and (b) find that Purchaser is a "good faith" buyer within the meaning of section 363(m) of the Bankruptcy Code not a successor to Sellers, and grant Purchaser the protections of section 363(m) of the Bankruptcy Code.

## ARTICLE VI

## COVENANTS AND AGREEMENTS

6.1     Conduct of Seller. Until the earlier of the termination of this Agreement and the Closing, except (w) for any limitations on operations imposed by the Bankruptcy Court or the Bankruptcy Code, (x) as required by applicable Law, (y) as otherwise required by or reasonably necessary to carry out the terms of this Agreement, or (z) with the prior written consent of Purchaser (which consent shall not be unreasonably withheld, conditioned or delayed), Sellers (i) shall operate the Acquired Assets in the Ordinary Course in all material respects, (ii) shall continue to make sufficient expenditures to maintain business operations at the current level and (iii) shall not:

(a)     sell, assign, license, transfer, convey, lease, surrender, relinquish or otherwise dispose of any of the Acquired Assets;

(b)     subject any of the Acquired Assets to any Encumbrance, except for Permitted Encumbrances; or

(c)     agree or commit to do any of the foregoing.

Nothing contained in this Agreement is intended to give either Purchaser or its Affiliates, directly or indirectly, the right to control or direct the business of Sellers or the Acquired Assets prior to the Closing.

6.2     Access to Information.

(a)     From the date hereof until the Closing (or the earlier termination of this Agreement pursuant to Article VIII), Sellers will provide Purchaser and its authorized Advisors with reasonable access and upon reasonable advance notice and during regular business hours to the books and records of Sellers and their respective Subsidiaries with respect to the Acquired Assets, in order for Purchaser and its authorized Advisors to access such information regarding the Acquired Assets as Purchaser reasonably deem necessary in connection with effectuating the transactions contemplated by this Agreement; provided that (i) such access does not unreasonably interfere with the normal operations of Sellers and their respective Subsidiaries, (ii) such access will occur in such a manner as Sellers reasonably determine to be appropriate to protect the confidentiality of the transactions contemplated by this Agreement, (iii) all requests for access will be directed to Houlihan Lokey, Inc. or such other Person(s) as Sellers may designate in writing from time to time and (iv) nothing herein will require Sellers to provide access to, or to disclose

16

any information to, Purchaser if such access or disclosure (A) would cause significant competitive harm to Sellers or any of their respective Subsidiaries if the transactions contemplated by this Agreement are not consummated unless Purchaser signs a confidentiality agreement regarding such information , (B) would require Sellers or any of their respective Subsidiaries to disclose any financial or proprietary information of or regarding the Affiliates of Sellers or otherwise disclose information regarding the Affiliates of Sellers that Sellers deem to be commercially sensitive unless Purchaser signs a confidentiality agreement regarding such information, (C) would waive any legal privilege or (D) would be in violation of applicable Laws or the provisions of any agreement to which Sellers or any of their respective Subsidiaries; provided that, in the event that Sellers withhold access or information in reliance on the foregoing clause (C) or (D), Sellers shall provide (to the extent reasonably practicable without waiving or violating the applicable legal privilege or Law) notice to Purchaser that such access or information is being so withheld and shall use commercially reasonable efforts to provide such access or information in a way that would not risk waiver of such legal privilege or applicable Law.

(b)     The information provided pursuant to this Section 6.2 will be used solely for the purpose of effecting the transactions contemplated hereby, and will be governed by all the terms and conditions of the Confidentiality Agreement. Purchaser will, and will cause its Advisors to, abide by the terms of the Confidentiality Agreement with respect to such access and any information furnished to Purchaser or any of its Advisors. Sellers make no representation or warranty as to the accuracy of any information, if any, provided pursuant to this Section 6.2, and Purchaser may not rely on the accuracy of any such information, in each case, other than the Express Representations.

(c)     Except as otherwise agreed to by Sellers in writing, Purchaser will not, and will not permit any member of the Purchaser Group to, contact any officer, manager, director, employee, customer, supplier, lessee, lessor, lender, noteholder or other material business relation of Sellers or their respective Subsidiaries prior to the Closing with respect to Sellers, their respective Subsidiaries, their respective businesses or the transactions contemplated by this Agreement without the prior consent of Sellers (which consent shall not be unreasonably withheld, conditioned, or delayed) for each such contact.

6.3     Regulatory Approvals.

(a)     Sellers will (i) make or cause to be made all filings and submissions required to be made by Sellers under any applicable Laws for the consummation of the transactions contemplated by this Agreement, (ii) cooperate with Purchaser in exchanging such information and providing such assistance as Purchaser may reasonably request in connection with the foregoing and (iii) (A) supply promptly any additional information and documentary material that may be requested in connection with such filings and (B) use reasonable best efforts to take all actions necessary to obtain all required clearances in connection with such filings.

(b)     Purchaser will, and will cause its Affiliates and Advisors to, (i) make or cause to be made all filings and submissions required to be made by any member of the Purchaser Group under any applicable Laws for the consummation of the transactions contemplated by this Agreement, (ii) cooperate with Sellers in exchanging such information and providing such assistance as Sellers may reasonably request in connection with all of the foregoing, and (iii)

17

(A) supply promptly any additional information and documentary material that may be requested in connection with such filings and (B) use reasonable best efforts to take all actions necessary to obtain all required clearances.

6.4    Reasonable Best Efforts; Cooperation.

(a)    Subject to the other terms of this Agreement provisions hereof, each Party shall, and shall cause its Advisors to, use its reasonable best efforts to perform its obligations hereunder and to take, or cause to be taken, and do, or cause to be done, all things necessary, proper or advisable under applicable Law to cause the transactions contemplated herein to be effected as soon as practicable, but in any event on or prior to the Outside Date, in accordance with the terms hereof and to cooperate with each other Party and its Advisors in connection with any step required to be taken as a part of its obligations hereunder. Except as otherwise specifically required by the terms and provisions of this Agreement, the "reasonable best efforts" of any Party will not require such Party or any of its respective Subsidiaries, Affiliates or Advisors to expend any money to remedy any breach of any representation or warranty, to commence any Action, to waive or surrender any right, to modify any Contract or to waive or forego any right, remedy or condition hereunder.

(b)    The obligations of Sellers pursuant to this Agreement, including this Section 6.4, shall be subject to any Orders entered, or approvals or authorizations granted or required, by or under the Bankruptcy Court or the Bankruptcy Code (including in connection with the Bankruptcy Case) and each of Sellers' obligations as a debtor-in-possession to comply with any order of the Bankruptcy Court (including the Sale Order) and Sellers' duty to seek and obtain the highest or otherwise best price for the Acquired Assets as required by the Bankruptcy Code.

6.5    Notification of Certain Matters.

(a)    Sellers will promptly notify Purchaser of: (i) any notice or other communication from any Person alleging that the consent of such Person is or may be required in connection with the transactions contemplated by this Agreement; (ii) any notice or other communication from any Governmental Body related to or in connection with the transactions contemplated by this Agreement; (iii) any Actions relating to or involving or otherwise affecting either Sellers or Parent or their Affiliates that, if pending on the date of this Agreement, would have been required to have been disclosed pursuant to Article III or that relate to the transactions contemplated by this Agreement; and (iv) promptly upon discovery thereof, any variances from, or the existence or occurrence of any event, fact or circumstance arising after the execution of this Agreement that would reasonably be expected to cause, any of the representations and warranties contained in Article III to be untrue or inaccurate such that the condition set forth in Section 7.2(a) not to be satisfied.

(b)    Purchaser will promptly notify Sellers of: (i) any notice or other communication from any Person alleging that the consent of such Person is or may be required in connection with the transactions contemplated by this Agreement; (ii) any notice or other communication from any Governmental Body related to or in connection with the transactions contemplated by this Agreement; (iii) any Actions relating to or involving or otherwise affecting either Purchaser or its Affiliates that, if pending on the date of this Agreement, would have been

18

required to have been disclosed pursuant to <u>Section 4.6</u> or that relate to the transactions contemplated by this Agreement; and (iv) promptly upon discovery thereof, any variances from, or the existence or occurrence of any event, fact or circumstance arising after the execution of this Agreement that would reasonably be expected to cause, any of the representations and warranties contained in <u>Article IV</u> to be untrue or inaccurate such that the condition set forth in <u>Section 7.2(a)</u> not to be satisfied.

(c)     any breach or inaccuracy of any representation or warranty contained in this Agreement at any time during the term hereof that could reasonably be expected to cause the conditions set forth in <u>Article VII</u> not to be satisfied; <u>provided</u> that the delivery of any notice pursuant to this <u>Section 6.5(a)</u> will not limit the remedies available to Sellers under or with respect to this Agreement.

6.6     <u>Further Assurances</u>. From time to time, as and when requested by any Party and at such requesting Party's expense, any other Party will execute and deliver, or cause to be executed and delivered, all such documents and instruments and will take, or cause to be taken, all such further or other actions as such requesting Party may reasonably deem necessary or desirable to evidence and effectuate the transactions contemplated by this Agreement.

6.7     [<u>Insurance Matters</u>. Except as set forth below, Purchaser acknowledges that, upon Closing, all insurance coverage provided in relation to the Acquired Assets that is maintained by Sellers or any of their respective Affiliates (whether such policies are maintained with third party insurers or with a Seller or its Affiliates) shall cease to provide any coverage with respect to the Acquired Assets and no further coverage shall be available to Purchaser or the Acquired Assets under any such policies. Notwithstanding the foregoing, the Parent (i) shall maintain its existing professional liability coverage related to the operations of the Sellers for a period of not less than 30 days after the Closing (the "**Transition Coverage Period**"), (ii) shall not remove the Sellers as named insured under any such policy during the Transition Coverage Period, and (iii) shall, at the [●]'s expense, maintain professional liability coverage (through a practice policy or tail policy) to provide coverage for a period of five years from the date of Closing for any engineering services performed by Katerra Engineering or Equilibrium Engineers on any projects related to the Acquired Assets. Purchaser shall use commercially reasonable efforts to procure, as soon as possible after Closing and at its sole expense, a professional liability practice policy to cover Purchaser's future services, and shall use commercially reasonable efforts to ensure that such coverage is effective prior to the expiration of the Transition Coverage Period.]

6.8     <u>Undetermined Contract Obligations</u>. As promptly as possible following the date hereof, and in no event after August 15, 2021, Purchaser will determine whether to exclude certain contracts and leases, including without limitation the real property leases of the Business in Atlanta, Georgia, Chapel Hill, North Carolina, Alexandria, Virginia, and Lexington, Kentucky. Purchaser will be liable for timely payment of all obligations due under such contracts and leases until the Bankruptcy Court-approved assumption and assignment date or rejection date of such contracts (the "<u>Undetermined Contract Obligations</u>"). Purchaser will be liable for any Undetermined Contract Obligations incurred by Sellers to maintain contracts until assumption or rejection of such contracts if the Bankruptcy Court ultimately approves the transaction contemplated by this Agreement. However, if the Bankruptcy Court does not approve the

transactions contemplated by this Agreement, Sellers or third-party buyer will be liable for such costs.

6.9     Receipt of Misdirected Assets. From and after the Closing, if a Seller or any of its Affiliates receives any right, property or asset that is an Acquired Asset, such Seller shall promptly transfer or cause such of its Affiliates to transfer such right, property or asset (and shall promptly endorse and deliver any such asset that is received in the form of cash, checks or other documents) to Purchaser, and such asset will be deemed the property of Purchaser held in trust by such Seller for Purchaser until so transferred. From and after the Closing, if Purchaser or any of its Affiliates receives any right, property or asset that is an Excluded Asset, Purchaser shall promptly transfer or cause such of its Affiliates to transfer such asset (and shall promptly endorse and deliver any such right, property or asset that is received in the form of cash, checks, or other documents) to Sellers, and such asset will be deemed the property of Sellers held in trust by Purchaser for Sellers until so transferred.

6.10     Acknowledgment by Purchaser.

(a)     Purchaser acknowledges and agrees, on its own behalf and on behalf of the Purchaser Group, that its has conducted to its full satisfaction an independent investigation and verification of the business, condition, operations, liabilities, and prospects of Sellers with respect to the Acquired Assets, and, in making its determination to proceed with the transactions contemplated by this Agreement, Purchaser and the Purchaser Group have relied solely on the results of the Purchaser Group's own independent investigation and verification and have not relied on, are not relying on, and will not rely on, Sellers, any of their respective Subsidiaries or Affiliates, any information, statements, disclosures, documents, projections, forecasts or other material made available to Purchaser or any of its Affiliates or Advisors in any dataroom, any information presentation, or any projections or any information, statements, disclosures or materials, in each case, whether written or oral, made or provided by, or as part of, any of the foregoing or any other Seller Party, or any failure of any of the foregoing to disclose or contain any information, except for the representations and warranties made by Sellers to Purchaser in Article III (in accordance with the express terms and conditions (including limitations and exclusions) of this Agreement) (the "Express Representations") (it being agreed that Purchaser and the Purchaser Group have relied only on the Express Representations). Purchaser acknowledges and agrees, on its own behalf and on behalf of the Purchaser Group, that (i) the Express Representations are the sole and exclusive representations, warranties and statements of any kind made to Purchaser or any member of the Purchaser Group and on which Purchaser or any member of the Purchaser Group may rely in connection with the transactions contemplated by this Agreement; and (ii) all other representations, warranties and statements of any kind or nature expressed or implied, whether in written, electronic or oral form, including (1) the completeness or accuracy of, or any omission to state or to disclose, any information (other than solely to the extent expressly set forth in the Express Representations) including in any dataroom, information presentation, projections, meetings, calls or correspondence with management of Sellers and their respective Subsidiaries, any of the Seller Parties or any other Person on behalf of Sellers, their respective Subsidiaries or any of the Seller Parties or any of their respective Affiliates or Advisors and (2) any other statement relating to the historical, current or future business, condition, results of operations, assets, liabilities, properties, contracts, and prospects of Sellers or any of their respective Subsidiaries, or the quality, quantity or condition of Sellers' or their respective

Subsidiaries' assets, are, in each case, specifically disclaimed by Sellers, on their behalf and on behalf of the Seller Parties, and Sellers. Purchaser, on its own behalf and on behalf of the Purchaser Group: (x) disclaims reliance on the items in clause (ii) in the immediately preceding sentence and (y) acknowledges and agrees that it has relied on, is relying on and will rely on only the items in clause (i) in the immediately preceding sentence. Without limiting the generality of the foregoing, Purchaser acknowledges and agrees, on its own behalf and on behalf of the Purchaser Group, that neither Sellers, nor any other Person (including the Seller Parties), has made, is making or is authorized to make, and Purchaser, on its own behalf and on behalf of the Purchaser Group, hereby waive, all rights and claims it or they may have against any Seller Party with respect to the accuracy of, any omission or concealment of, or any misstatement with respect to, (A) any potentially material information regarding Sellers, their respective Subsidiaries or any of their respective assets (including the Acquired Assets), Liabilities or operations and (B) any warranty or representation (whether in written, electronic or oral form), express or implied, as to the quality, merchantability, fitness for a particular purpose, or condition of Sellers' or their respective Subsidiaries' business, operations, assets, liabilities, prospects or any portion thereof, except, in each case, solely to the extent expressly set forth in the Express Representations.

(b)     Purchaser acknowledges and agrees, on its own behalf and on behalf of the Purchaser Group, that it will not assert, institute, or maintain, and will cause each member of the Purchaser Group not to assert, institute or maintain, any Action that makes any claim contrary to the agreements and covenants set forth in this <u>Section 6.10</u>, including any such Action with respect to the distribution to Purchaser or any member of the Purchaser Group, or Purchaser's or any member of the Purchaser Group's use, of the information, statements, disclosures or materials in any information presentation, dataroom, or projections or any other information, statements, disclosures, or materials, in each case whether written or oral, provided by them or any other Seller Party or any failure of any of the foregoing to disclose any information.

(c)     Purchaser acknowledges and agrees, on its own behalf and on behalf of the Purchaser Group, that it will provide payment in full to all vendors listed on <u>Annex D</u> to the extent that those vendors have not received payment from the Sellers of the amounts specified in <u>Annex D</u>.

(d)     Purchaser acknowledges and agrees, on its own behalf and on behalf of the Purchaser Group, that the covenants and agreements contained in this <u>Section 6.10</u> (i) require performance after the Closing to the maximum extent permitted by applicable Law and will survive the Closing for twenty (20) years; and (ii) are an integral part of the transactions contemplated by this Agreement and that, without these agreements set forth in this <u>Section 6.10</u>, Sellers would not enter into this Agreement.

6.11     <u>[EMPLOYEE MATTERS COVENANTS].</u>[4]

---

[4]     NTD: Customary employee related covenant is being prepared by Sellers and will be incorporated into the next draft, which will reflect the business agreement between the parties that Purchaser and Seller will work in good faith to facilitate transition of (i) all employees that the Purchaser intends to keep and (ii) any contracts and leases that Purchaser intends to assume.

## ARTICLE VII

## CONDITIONS TO CLOSING

7.1     <u>Conditions Precedent to the Obligations of Purchaser and Sellers</u>. The respective obligations of each Party to this Agreement to consummate the transactions contemplated by this Agreement are subject to the satisfaction (or to the extent permitted by Law, written waiver by each of Sellers and Purchaser) on or prior to the Closing Date, of each of the following conditions:

(a)     No court or other Governmental Body has issued, enacted, entered, promulgated or enforced any Law or Order (that is final and non-appealable and that has not been vacated, withdrawn or overturned) restraining, enjoining or otherwise prohibiting the transactions contemplated by this Agreement; and

(b)     the Bankruptcy Court shall have entered the Sale Order.

7.2     <u>Conditions Precedent to the Obligations of Purchaser</u>. The obligations of Purchaser to consummate the transactions contemplated by this Agreement are subject to the satisfaction (or to the extent permitted by Law, written waiver by Purchaser in its sole discretion), on or prior to the Closing Date, of each of the following conditions:

(a)     the representations and warranties made by Sellers in <u>Article III</u> shall be true and correct in each case as of the date hereof and as of the Closing Date (disregarding all qualifications or limitations as to "materiality" or "Material Adverse Effect" and words of similar import set forth therein), as though such representations and warranties had been made on and as of the Closing Date (except that representations and warranties that are made as of a specified date need be true and correct only as of such date), except where the failure of such representations and warranties to be true and correct has not had, and would not reasonably be expected to have, individually or in the aggregate, a Material Adverse Effect; <u>provided</u> that the representations set forth in <u>Sections 3.1</u>, <u>3.2</u>, and <u>3.6</u> will be true and correct in all material respects;

(b)     Sellers shall have performed in all material respects all of the covenants and agreements required to be performed by Sellers under this Agreement at or prior to the Closing; and

(c)     Sellers shall have delivered, or caused to be delivered, to Purchaser all of the items set forth in <u>Section 2.4</u>.

7.3     <u>Conditions Precedent to the Obligations of Sellers</u>. The obligations of Sellers to consummate the transactions contemplated by this Agreement are subject to the satisfaction (or to the extent permitted by Law, written waiver by Sellers in its their discretion), on or prior to the Closing Date, of each of the following conditions:

(a)     the representations and warranties made by Purchaser in <u>Article IV</u> shall be true and correct in all material respects (without giving effect to any materiality or similar qualification contained therein), in each case as of the date hereof and as of the Closing Date, with the same force and effect as though all such representations and warranties had been made as of the Closing Date (other than representations and warranties that by their terms address matters

22

only as of another specified date, which shall be so true and correct only as of such other specified date), except where the failure of such representations or warranties to be so true and correct has not had, and would not reasonably be expected to have, a material adverse effect on Purchaser's ability to consummate the transactions contemplated hereby;

(b)     Purchaser shall have performed in all material respects all of the covenants and agreements required to be performed by it under this Agreement at or prior to the Closing; and

(c)     Purchaser shall have delivered, or caused to be delivered, to Sellers all of the items set forth in <u>Section 2.5</u>.

7.4     <u>Waiver of Conditions</u>. Except in the case of fraud, upon the occurrence of the Closing, any condition set forth in this <u>Article VII</u> that was not satisfied as of the Closing will be deemed to have been waived for all purposes by the Party having the benefit of such condition as of and after the Closing. Neither Purchaser nor Sellers may rely on the failure of any condition set forth in this <u>Article VII</u>, as applicable, to be satisfied if such failure was caused by such Party's failure to use, as required by this Agreement, its reasonable best efforts to consummate the transactions contemplated hereby.

## ARTICLE VIII

## TERMINATION

8.1     <u>Termination of Agreement</u>. This Agreement may be terminated only in accordance with this <u>Section 8.1</u>. This Agreement may be terminated at any time prior to the Closing:

(a)     by the mutual written consent of Sellers and Purchaser;

(b)     by written notice of either Purchaser or Sellers, upon the issuance by any Governmental Body of an Order restraining, enjoining, or otherwise prohibiting the consummation of the transactions contemplated by this Agreement or declaring unlawful the transactions contemplated by this Agreement, and such Order having become final, binding and non-appealable; <u>provided</u> that no termination may be made by a Party under this <u>Section 8.1(b)</u> if the issuance of such Order was caused by a Party's breach of this Agreement, whether through any action or inaction of such Party;

(c)     by written notice of either Purchaser or Sellers, if the Closing shall not have occurred on or before August 12, 2021 (the "<u>Outside Date</u>"); <u>provided</u> that a Party shall not be permitted to terminate this Agreement pursuant to this <u>Section 8.1(c)</u> if the failure of the Closing to have occurred by the Outside Date was caused by a Party's breach of this Agreement, whether through any action or inaction of such Party;

(d)     by written notice from Sellers to Purchaser, upon a breach of any covenant or agreement on the part of Purchaser, or if any representation or warranty of Purchaser will have become untrue, in each case, such that the conditions set forth in <u>Section 7.3(a)</u> or <u>7.3(b)</u> would not be satisfied, including a breach of Purchaser's obligation to consummate the Closing; <u>provided</u> that (i) if such breach is curable by Purchaser then Sellers may not terminate this Agreement under this <u>Section 8.1(d)</u> unless such breach has not been cured by the date which is the earlier of

23

(A) two (2) Business Days prior to the Outside Date and (B) thirty (30) days after Sellers notify Purchaser in writing of such breach and (ii) the right to terminate this Agreement pursuant to this Section 8.1(d) will not be available to Sellers at any time that any Seller is in material breach of, any covenant, representation or warranty hereunder;

(e)     by written notice from Purchaser to Sellers, upon a breach of any covenant or agreement on the part of Sellers, or if any representation or warranty of Sellers will have become untrue, in each case, such that the conditions set forth in Section 7.2(a) or 7.2(b) would not be satisfied, including a breach of Sellers' or Parent's obligation to consummate the Closing; provided that (i) if such breach is curable by Sellers then Purchaser may not terminate this Agreement under this Section 8.1(e) unless such breach has not been cured by the date which is the earlier of (A) two (2) Business Days prior to the Outside Date and (B) thirty (30) days after Purchaser notifies Sellers in writing of such breach and (ii) the right to terminate this Agreement pursuant to this Section 8.1(e) will not be available to Purchaser at any time that Purchaser is in material breach of, any covenant, representation or warranty hereunder;

(f)     by written notice from Sellers to Purchaser, if all of the conditions set forth in Sections 7.1 and 7.2 have been satisfied (other than conditions that by their nature are to be satisfied at the Closing, but subject to the satisfaction or waiver of such conditions at the Closing) or waived and Purchaser fails to complete the Closing at the time required by Section 2.3; or

(g)     by written notice from Sellers to Purchaser, if (i) Sellers or the board of directors of either Seller determines that proceeding with the transactions contemplated by this Agreement or failing to terminate this Agreement would be inconsistent with its or such Person's or body's fiduciary duties, and/or (ii) the Sale Order is not approved by the Bankruptcy Court.

8.2     Effect of Termination.

(a)     In the event of termination of this Agreement pursuant to Section 8.1, this Agreement shall forthwith become void and there shall be no liability on the part of any Party or any of its partners, officers, directors, incorporators or shareholders; provided that Section 1.1, this Section 8.2, and Article X shall survive any such termination; provided further that no termination will relieve Purchaser from any liability for direct damages (Sellers and Parent hereby waiving any special, indirect or consequential damages), losses, costs, or expenses (including reasonable legal fees and expenses actually incurred) resulting from any willful breach of this Agreement prior to the date of such termination (which, for the avoidance of doubt, will be deemed to include any failure by Purchaser to consummate the Closing if and when it is obligated to do so hereunder provided that neither of Sellers or Parent are also in default under this Agreement).

(b)     If this Agreement has been terminated by Sellers pursuant to Section 8.1(d) or 8.1(f), then authorized representatives of Sellers and Purchaser shall execute and deliver joint written instructions to the Escrow Agent pursuant to the Escrow Agreement instructing the Escrow Agent to disburse the Deposit to Sellers or one of their Affiliates by wire transfer of immediately available funds in accordance with such written instructions.  The Parties agree that Sellers' right to retain the Deposit, as set forth herein, is not a penalty, but rather is liquidated damages in a reasonable amount that will compensate Sellers for their respective efforts and resources expended and the opportunities foregone while negotiating this Agreement and in reliance on this Agreement

and on the expectation of the consummation of the transactions contemplated hereby, which amount would otherwise be impossible to calculate with precision. If Sellers sell a material portion of the Acquired Assets to another party rendering Closing impossible, the Deposit will be returned to Purchaser no later than 10 days following closing of such sale to a third party.

(c)     If this Agreement has been terminated by any Party, other than as contemplated by Section 8.2(b), then authorized representatives of Sellers and Purchaser shall execute and deliver joint written instructions to the Escrow Agent pursuant to the Escrow Agreement instructing the Escrow Agent to disburse the Deposit to Purchaser or one of its Affiliates by wire transfer of immediately available funds in accordance with such written instructions.

(d)     In the event that the Sellers terminate this agreement in an exercise of their fiduciary duties in order to undertake a substantially similar sale with a third party, the Purchaser shall be entitled to the return of its Deposit and a break-up fee in the amount of forty nine thousand dollars ($49,000).

## ARTICLE IX

## TAXES

9.1    Transfer Taxes. Any sales, use, purchase, transfer, franchise, deed, fixed asset, stamp, documentary stamp, use, or other Taxes and recording charges payable solely by reason of the sale of the Acquired Assets under this Agreement or the transactions contemplated hereby (the "Transfer Taxes") shall be borne and timely paid by Purchaser only to the extent not exempt under the Bankruptcy Code, as applicable to the transfer of the Acquired Assets pursuant to this Agreement, and Purchaser shall timely file all Tax Returns related to any Transfer Taxes. Sellers and Purchaser shall use commercially reasonable efforts and cooperate in good faith to exempt all such transactions from any Transfer Taxes, including pursuant to section 1146(a) of the Bankruptcy Code.

9.2    Allocation of Purchase Price. For U.S. federal and applicable state and local income Tax purposes, Purchaser, Sellers, and their respective Affiliates shall allocate the purchase price (and any assumed liabilities treated as part of the purchase price for applicable income Tax purposes) among the Acquired Assets in accordance with the methodology to be agreed upon by the parties as set forth below (the "Allocation Methodology"). Within ninety (90) days following Closing, Purchaser shall provide a proposed allocation to Sellers setting forth the allocation of the Purchase Price (and other amounts treated as purchase price for U.S. federal income Tax purposes) among the Acquired Assets in accordance with the Allocation Methodology (the "Allocation"). If Sellers deliver a written objection within thirty (30) days after receipt of the draft Allocation proposed by Purchaser, then Purchaser and Sellers shall negotiate in good faith to resolve any such objection, and, if Sellers and Purchaser cannot resolve such dispute within thirty (30) days of Purchaser's receipt of Sellers' objection, then a nationally recognized accounting firm mutually acceptable to Purchaser and Sellers shall resolve such dispute and the resolution of such dispute shall be final and binding on the Parties.  The non-prevailing Party in such dispute shall be responsible for the fees of such accounting firm. The Parties and their respective Affiliates shall file all Tax Returns in accordance with such Allocation (as finally determined under this Section

25

9.2) and not take any Tax-related action inconsistent with the Allocation, in each case, unless otherwise required by a "determination" within the meaning of Section 1313(a) of the Code.

9.3     Cooperation. Purchaser and Sellers shall reasonably cooperate, as and to the extent reasonably requested by the other Party, in connection with the filing of Tax Returns and any Action, audit, litigation, or other proceeding with respect to Taxes.

9.4     Allocation of Tax Liability. For all purposes under this Agreement, in the case of any Straddle Period, the portion of Taxes (or any Tax refund and amount credited against any Tax) that are allocable to the portion of the Straddle Period ending on the Closing Date will be (i) in the case of property Taxes and other Taxes imposed on a periodic basis without regard to income, gross receipts or sales, deemed to be the amount of such Taxes (or Tax refund or amount credited against Tax) for such entire Straddle Period multiplied by a fraction, the numerator of which is the number of calendar days in the portion of such Straddle Period ending on the end of the Closing Date and the denominator of which is the number of calendar days in such entire Straddle Period, and (ii) in the case of all other Taxes, determined as though the taxable year of each of Sellers terminated at the end of the Closing Date.

9.5     Transferred Employees. Purchaser and Sellers hereby agree to follow the alternate procedure for United States employment tax withholding as provided in Section 5 of Rev. Proc. 2004-53, 2004-34 I.R.B. 320. Accordingly, Sellers shall have no United States employment tax reporting responsibilities, and Purchaser or its Affiliate, as the successor employer to Sellers, shall have full United States employment tax reporting responsibilities, for any transferred employees subject to United States employment taxes following the close of business on the Closing Date. In addition, Purchaser and Sellers hereby agree to adopt the "alternative procedure" of Revenue Procedure 2004-53 for purposes of filing IRS Forms W-4 (Employee's Withholding Allowance Certificate) and W-5 (Earned Income Credit Advance Payment Certificate).  This Section 9.5 shall survive the Closing Date.

## ARTICLE X

## MISCELLANEOUS

10.1     Non-Survival of Representations and Warranties and Certain Covenants; Certain Waivers; Release.

(a)     Each of the representations and warranties and the covenants and agreements (to the extent such covenant or agreement contemplates or requires performance by such Party prior to the Closing) of the Parties set forth in this Agreement or in any other document contemplated hereby, or in any certificate delivered hereunder or thereunder, will terminate effective immediately as of the Closing such that no claim for breach of any such representation, warranty, covenant or agreement, detrimental reliance or other right or remedy (whether in contract, in tort or at law or in equity) may be brought with respect thereto after the Closing, other than in each case in the case of fraud. Each covenant and agreement that explicitly contemplates performance after the Closing, will, in each case and to such extent, expressly survive the Closing in accordance with its terms, and if no term is specified, then for twenty (20) years following the Closing Date, and nothing in this Section 10.1 will be deemed to limit any rights or remedies of

any Person for breach of any such surviving covenant or agreement. Purchaser and Sellers acknowledge and agree, on their own behalf and on behalf of the Purchaser Group or the Seller Parties, as the case may be, that the agreements contained in this Section 10.1 (a) require performance after the Closing to the maximum extent permitted by applicable Law and will survive the Closing for twenty (20) years; and (b) are an integral part of the transactions contemplated hereby and that, without the agreements set forth in this Section 10.1, none of the Parties would enter into this Agreement.

(b)  Effective upon the Closing, and including with respect to the LAS Released Claim, Purchaser, on its own behalf and on behalf of the Purchaser Group, on the one hand, and Sellers, on their own behalf and on behalf of the Seller Parties, on the other hand, hereby release, remise, acquit and forever discharge the other of the Purchaser Group or Seller Parties, as applicable, from any and all claims, contracts, demands, causes of action, disputes, controversies, suits, cross-claims, torts, losses, attorneys' fees and expenses, obligations, agreements, covenants, damages, Liabilities, costs and expenses, whether known or unknown, whether anticipated or unanticipated, whether claimed or suspected, whether fixed or contingent, whether yet accrued or not, whether damage has resulted or not, whether at law or in equity, whether arising out of agreement or imposed by statute or common law, of any kind, nature, or description, including, without limitation as to any of the foregoing, any claim by way of indemnity or contribution, arising from or related in any way, either directly or indirectly, to any action or inaction of any member of the Purchaser Group or any Seller Party, as applicable, relating in any way to the transactions contemplated by this Agreement or the Bankruptcy Case, other than in each case in the case of fraud.  Subject to entry of the Sale Order, the foregoing release shall be binding on any trustee or estate representative appointed in the Bankruptcy Case or any successor case. For the avoidance of doubt, the release contemplated in this Section 10.1(b) shall not apply to LAS Non-Released Claim.]

10.2    Expenses. Whether or not the Closing takes place, except as otherwise provided herein (including, for the avoidance of doubt, Section 8.2), all fees, costs and expenses (including fees, costs and expenses of Advisors) incurred in connection with the negotiation of this Agreement and the other agreements contemplated hereby, the performance of this Agreement and the other agreements contemplated hereby and the consummation of the transactions contemplated hereby and thereby will be paid by the Party incurring such fees, costs and expenses; it being acknowledged and agreed that all Transfer Taxes will be allocated pursuant to Section 9.1.

10.3    Notices. Except as otherwise expressly provided herein, all notices, demands and other communications to be given or delivered under or by reason of the provisions of this Agreement will be in writing and will be deemed to have been given (a) when personally delivered, (b) when transmitted by electronic mail, if transmitted prior to 5:00 p.m. Eastern time on a Business Day, otherwise on the next succeeding Business Day, (c) the day following the day on which the same has been delivered prepaid to a reputable national overnight air courier service or (d) the third (3rd) Business Day following the day on which the same is sent by certified or registered mail, postage prepaid, in each case, to the respective Party at the number, electronic mail address or street address, as applicable, set forth below, or at such other number, electronic mail address or street address as such Party may specify by written notice to the other Party.

Notices to Purchaser:

Lord Aeck Sargent Planning & Design, Inc.
1175 Peachtree Street, NE, Suite 2400
Atlanta, GA, 30361, USA
Attention:        [_____]
Email:             [_____]

with a copy to (which shall not constitute notice):

Rountree Leitman & Klein, LLC
2987 Clairmont Rd., Ste. 350
Atlanta, Georgia 30329
Attention: Benjamin R. Keck
bkeck@rlklawfirm.com

Davis, Matthews & Quigley, P.C.
3400 Peachtree Road NE, Suite 1400
Atlanta, Georgia 30326
Attention: Mina A. Elmankabady
melmankabady@dmqlaw.com

Notices to Seller and Parent:

Katerra Inc.
9305 E. Via de Ventura, Suite 200
Scottsdale, AZ 85258
Attention:        Chris Wells
Email:             [_____]

with a copy to (which shall not constitute notice):

Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attention:      Joshua A. Sussberg, P.C.
                Christine A Okike
                Dan Latona
Email:          joshua.sussberg@kirkland.com
                christine.okike@kirkland.com
                dan.latona@kirkland.com

Kirkland & Ellis LLP
3330 Hillview Avenue
Palo Alto, CA 94304
Attention:      Rodin M. Hai-Jew, P.C.
                Katya Boyko
                Neil Datar
Email:          rodin.hai-jew@kirkland.com
                katya.boyko@kirkland.com
                neil.datar@kirkland.com

10.4    <u>Binding Effect; Assignment</u>. This Agreement shall be binding upon Purchaser and, subject to the entry into and terms of the Sale Order, Sellers, and shall inure to the benefit of and be so binding on the Parties and their respective successors and permitted assigns, including any trustee or estate representative appointed in the Bankruptcy Case or any successor Chapter 7 case.

10.5    <u>Amendment and Waiver</u>. Any provision of this Agreement or exhibits hereto may be (a) amended only in a writing signed by Purchaser and Sellers or (b) waived only in a writing executed by the Person against which enforcement of such waiver is sought. No waiver of any provision hereunder or any breach or default thereof will extend to or affect in any way any other provision or prior or subsequent breach or default.

10.6    <u>Third Party Beneficiaries</u>. Except for the Seller Parties, which are intended third party beneficiaries of this Agreement and shall be entitled to enforce the terms of this Agreement as if a direct party hereto, and except as otherwise expressly provided herein, nothing expressed or referred to in this Agreement will be construed to give any Person other than the Parties any legal or equitable right, remedy, or claim under or with respect to this Agreement or any provision of this Agreement.

10.7    <u>Non-Recourse</u>. This Agreement may only be enforced against, and any Action based upon, arising out of or related to this Agreement may only be brought against, the entities that are expressly named as parties to this Agreement. Except to the extent named as a party to this Agreement, and then only to the extent of the specific obligations of such parties set forth in this Agreement, no past, present or future shareholder, member, partner, manager, director, officer, incorporator, employee, Affiliate, agent or Advisor of any Party or any Subsidiary of either Seller or Purchaser will have any liability (whether in contract, tort, equity or otherwise) for any of the

representations, warranties, covenants, agreements or other obligations or liabilities of any of the parties to this Agreement or for any Action based upon, arising out of or related to this Agreement.

10.8     Severability. Whenever possible, each provision of this Agreement will be interpreted in such manner as to be effective and valid under applicable Law, but if any provision of this Agreement is held to be prohibited by or invalid under applicable Law in any jurisdiction, such provision will be ineffective only to the extent of such prohibition or invalidity in such jurisdiction, without invalidating the remainder of such provision or the remaining provisions of this Agreement or in any other jurisdiction.

10.9     Construction. The language used in this Agreement will be deemed to be the language chosen by the Parties to express their mutual intent, and no rule of strict construction will be applied against any Person. The headings of the sections and paragraphs of this Agreement have been inserted for convenience of reference only and will in no way restrict or otherwise modify any of the terms or provisions hereof.

10.10    [Reserved]

10.11    Complete Agreement. This Agreement, together with the Confidentiality Agreement and any other agreements expressly referred to herein or therein, contains the entire agreement of the Parties respecting the sale and purchase of the Acquired Assets and the transactions contemplated by this Agreement and supersedes all prior agreements among the Parties respecting the sale and purchase of the Acquired Assets and the transactions contemplated by this Agreement. In the event an ambiguity or question of intent or interpretation arises with respect to this Agreement, the terms and provisions of the execution version of this Agreement will control and prior drafts of this Agreement and the documents referenced herein will not be considered or analyzed for any purpose (including in support of parol evidence proffered by any Person in connection with this Agreement), will be deemed not to provide any evidence as to the meaning of the provisions hereof or the intent of the Parties with respect hereto and will be deemed joint work product of the Parties.

10.12    Specific Performance. The Parties agree that irreparable damage, for which monetary relief, even if available, would not be an adequate remedy, would occur in the event that any provision of this Agreement is not performed in accordance with its specific terms or is otherwise breached, including if any of the Parties fails to take any action required of it hereunder to consummate the transactions contemplated by this Agreement. It is accordingly agreed that (a) the Parties will be entitled to an injunction or injunctions, specific performance or other equitable relief to prevent breaches of this Agreement and to enforce specifically the terms and provisions hereof in the courts described in Section 10.13 without proof of damages or otherwise, this being in addition to any other remedy to which they are entitled under this Agreement, and (b) the right of specific performance and other equitable relief is an integral part of the transactions contemplated by this Agreement and without that right, neither Sellers nor Purchaser would have entered into this Agreement. The Parties acknowledge and agree that any Party pursuing an injunction or injunctions or other Order to prevent breaches of this Agreement and to enforce specifically the terms and provisions of this Agreement in accordance with this Section 10.12 will not be required to provide any bond or other security in connection with any such Order. The remedies available to Sellers pursuant to this Section 10.12 will be in addition to any other remedy

to which they were entitled under this Agreement, and the election to pursue an injunction or specific performance will not restrict, impair or otherwise limit Sellers from seeking to collect or collecting damages as limited pursuant to this Agreement. Sellers and Parent hereby waive all rights to any special, indirect, or consequential damages against Purchaser. Purchaser hereby waives all rights to any special, indirect, or consequential damages against Sellers and Parent.

If, prior to the Outside Date, any Party brings any action, in each case in accordance with Section 10.12, to enforce specifically the performance of the terms and provisions hereof by any other Party, the Outside Date will automatically be extended (y) for the period during which such action is pending, plus ten (10) Business Days or (z) by such other time period established by the court presiding over such action, as the case may be. In no event will this Section 10.12 be used, alone or together with any other provision of this Agreement, to require Sellers to remedy any breach of any representation or warranty of Sellers made herein.

10.13   Jurisdiction and Exclusive Venue. Each of the Parties irrevocably agrees that any Action that may be based upon, arising out of, or related to this Agreement or the negotiation, execution or performance of this Agreement and the transactions contemplated hereby brought by any other Party or its successors or assigns will be brought and determined only in (a) the Bankruptcy Court and any federal court to which an appeal from the Bankruptcy Court may be validly taken or (b) in the event the Bankruptcy Case is closed, or if the Bankruptcy Court is unwilling or unable to hear such Action, in the United States District Court for [the Northern District of Georgia] (or, if the United States District Court for the [Northern District of Georgia] declines to accept jurisdiction over a particular matter, any state or federal court within the State of [Georgia]) ((a) and (b), the "Chosen Courts"), and each of the Parties hereby irrevocably submits to the exclusive jurisdiction of the Chosen Courts for itself and with respect to its property, generally and unconditionally, with regard to any such Action arising out of or relating to this Agreement and the transactions contemplated hereby. Each of the Parties agrees not to commence any Action relating thereto except in the Chosen Courts, other than Actions in any court of competent jurisdiction to enforce any judgment, decree or award rendered by any Chosen Court, and no Party will file a motion to dismiss any Action filed in a Chosen Court on any jurisdictional or venue-related grounds, including the doctrine of *forum non-conveniens*. The Parties irrevocably agree that venue would be proper in any of the Chosen Courts, and hereby irrevocably waive any objection that any such court is an improper or inconvenient forum for the resolution of such Action. Each of the Parties further irrevocably and unconditionally consents to service of process in the manner provided for notices in Section 10.3. Nothing in this Agreement will affect the right of any Party to this agreement to serve process in any other manner permitted by Law.

10.14   Governing Law; Waiver of Jury Trial.

(a)      Except to the extent the mandatory provisions of the Bankruptcy Code apply, this Agreement, and any Action that may be based upon, arising out of or related to this Agreement or the negotiation, execution or performance of this Agreement or the transactions contemplated hereby will be governed by and construed in accordance with the internal Laws of the State of [Georgia] applicable to agreements executed and performed entirely within such State without regards to conflicts of law principles of the State of [Georgia] or any other jurisdiction that would cause the Laws of any jurisdiction other than the State of [Georgia] to apply.

(b)     EACH PARTY ACKNOWLEDGES AND AGREES THAT ANY CONTROVERSY THAT MAY ARISE UNDER THIS AGREEMENT, THE DOCUMENTS AND AGREEMENTS CONTEMPLATED HEREBY AND THE TRANSACTIONS CONTEMPLATED HEREBY AND THEREBY IS LIKELY TO INVOLVE COMPLICATED AND DIFFICULT ISSUES AND THEREFORE HEREBY WAIVES, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, ANY RIGHT IT MAY HAVE TO A TRIAL BY JURY IN ANY ACTION BASED ON, ARISING OUT OF OR RELATED TO THIS AGREEMENT, ANY DOCUMENT OR AGREEMENT CONTEMPLATED HEREBY OR THE TRANSACTIONS CONTEMPLATED HEREBY AND THEREBY. EACH OF THE PARTIES AGREES AND CONSENTS THAT ANY SUCH ACTION WILL BE DECIDED BY COURT TRIAL WITHOUT A JURY AND THAT THE PARTIES THIS AGREEMENT MAY FILE AN ORIGINAL COUNTERPART OF A COPY OF THIS AGREEMENT WITH ANY COURT AS WRITTEN EVIDENCE OF THE CONSENT OF THE PARTIES TO THE IRREVOCABLE WAIVER OF THEIR RIGHT TO TRIAL BY JURY. EACH PARTY (I) CERTIFIES THAT NO ADVISOR OF ANY OTHER PARTY HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT SUCH OTHER PARTY WOULD NOT, IN THE EVENT OF LITIGATION, SEEK TO ENFORCE THE FOREGOING WAIVER AND (II) ACKNOWLEDGES THAT IT AND THE OTHER PARTIES HAVE BEEN INDUCED TO ENTER INTO THIS AGREEMENT BY, AMONG OTHER THINGS, THE MUTUAL WAIVERS AND CERTIFICATIONS IN THIS SECTION.

10.15   No Right of Set-Off. Purchaser, on its own behalf and on behalf the Purchaser Group and its and their respective successors and permitted assigns, hereby waives any rights of set-off, netting, offset, recoupment, or similar rights that Purchaser, any member of the Purchaser Group or any of its or their respective successors and permitted assigns has or may have with respect to the payment of the Purchase Price or any other payments to be made by Purchaser pursuant to this Agreement or any other document or instrument delivered by Purchaser in connection herewith.

10.16   Counterparts and PDF. This Agreement and any other agreements referred to herein or therein, and any amendments hereto or thereto, may be executed in multiple counterparts, any one of which need not contain the signature of more than one Party hereto or thereto, but all such counterparts taken together will constitute one and the same instrument. Any counterpart, to the extent signed and delivered by means of a facsimile machine, .PDF or other electronic transmission, will be treated in all manner and respects as an original contract and will be considered to have the same binding legal effects as if it were the original signed version thereof delivered in person. Minor variations in the form of the signature page to this Agreement or any agreement or instrument contemplated hereby, including footers from earlier versions of this Agreement or any such other document, will be disregarded in determining the effectiveness of such signature. At the request of any party or pursuant to any such contract, each other party hereto or thereto will re-execute original forms thereof and deliver them to all other parties. No party hereto or to any such contract will raise the use of a facsimile machine, .PDF or other electronic transmission to deliver a signature or the fact that any signature or contract was transmitted or communicated through the use of facsimile machine, .PDF or other electronic transmission as a defense to the formation of a contract and each such party forever waives any such defense.

10.17   Publicity. Neither Sellers nor Purchaser shall issue any press release or public announcement concerning this Agreement or the transactions contemplated hereby without obtaining the prior written approval of the other Party, which approval will not be unreasonably withheld or delayed, unless, in the reasonable judgment of Purchaser or Sellers, disclosure is otherwise required (i) by applicable Law, (ii) by the Bankruptcy Court with respect to filings to be made with the Bankruptcy Court in connection with this Agreement, (iii) pursuant to pleadings filed in the Bankruptcy Cases or (iv) by the applicable rules of any stock exchange on which Purchaser or Sellers lists securities, provided that the Party intending to make such release shall use its best efforts consistent with such applicable Law or Bankruptcy Court requirement to consult with the other Party with respect to the text thereof.

10.18   Bulk Sales Laws. The Parties intend that pursuant to section 363(f) of the Bankruptcy Code, the transfer of the Acquired Assets shall be free and clear of any security interests in the Acquired Assets, including any liens or claims arising out of the bulk transfer laws, and the Parties shall take such steps as may be necessary or appropriate to so provide in the Sale Order. In furtherance of the foregoing, each Party hereby waives compliance by the Parties with the "bulk sales," "bulk transfers" or similar Laws and all other similar Laws in all applicable jurisdictions in respect of the transactions contemplated by this Agreement.

10.19   Fiduciary Obligations. Nothing in this Agreement, or any document related to the transactions contemplated hereby, will require Sellers or any of their respective directors, officers or members, in each case, in their capacity as such, to take any action, or to refrain from taking any action, to the extent inconsistent with their fiduciary obligations. For the avoidance of doubt, Sellers retain the right to pursue any Alternative Transaction that, in Sellers' business judgment, will maximize the value of their estates.

10.20   Further Assurances. The Parties agree (a) to furnish upon request to each other such further information, (b) to execute, acknowledge and deliver to each other such other documents and (c) to do such other acts and things, all as the other Party may reasonably request for the purpose of carrying out the intent of this Agreement and the documents referred to in this Agreement.

10.21   Severability. If any provision of this Agreement is held invalid or unenforceable by any court of competent jurisdiction, the other provisions of this Agreement shall remain in full force and effect.  Any provision of this Agreement held invalid or unenforceable only in part or degree shall remain in full force and effect to the extent not held invalid or unenforceable.

10.22   Waiver of Rescission. Sellers and Purchaser acknowledge that, following the Closing, the payment of money, as limited by the terms of this Agreement, shall be adequate compensation for Breach of any representation, warranty, covenant or agreement contained herein or for any other claim arising in connection with or with respect to the Contemplated Transactions. As the payment of money shall be adequate compensation, following Closing, Sellers and Purchaser waive any right to rescind this Agreement or any of the transactions contemplated hereby.

# ARTICLE XI

## ADDITIONAL DEFINITIONS AND INTERPRETIVE MATTERS

11.1    <u>Certain Definitions</u>.

(a)    "<u>Action</u>" means any action, claim (including a counterclaim, cross-claim, or defense), complaint, grievance, summons, suit, litigation, arbitration, mediation, audit, proceeding (including any civil, criminal, administrative, investigative or appellate proceeding), prosecution, contest, hearing, inquiry, inquest, audit, examination or investigation, of any kind whatsoever, regardless of the legal theory under which such liability or obligation may be sought to be imposed, whether sounding in contract or tort, or whether at law or in equity, or otherwise under any legal or equitable theory, commenced, brought, conducted or heard by or before, or otherwise involving, any Governmental Body.

(b)    "<u>Advisors</u>" means, with respect to any Person, the accountants, attorneys, consultants, advisors, investment bankers, or other representatives of such Person.

(c)    "<u>Affiliate</u>" means, with respect to any Person, any other Person that, directly or indirectly through one or more intermediaries, controls, or is controlled by, or is under common control with, such Person, and the term "control" (including the terms "controlled by" and "under common control with") means the possession, directly or indirectly, of the power to direct or cause the direction of the management and policies of such Person, whether through ownership of voting securities, by Contract or otherwise.

(d)    "<u>Alternative Transaction</u>" means any transaction (or series of transactions), whether direct or indirect, concerning a sale, merger, acquisition, issuance, financing, recapitalization, reorganization, liquidation or disposition, in each case, pursuant to which the Acquired Assets are to be transferred to any Person other than Purchaser or any of its Affiliates or any plan of reorganization which has been approved by the Bankruptcy Court and does not contemplate or does not permit the sale of the Acquired Assets to Purchaser pursuant to this Agreement.

(e)    "<u>Assigned Contracts</u>" means those certain executory contracts and leases to be assumed by one or more of the Sellers and assigned to the Purchaser under this agreement, subject to the approval of the Bankruptcy Court in the Sale Order.

(f)    "<u>Business</u>" means [the business of the Sellers as conducted on the Closing Date, including the business of providing architectural services.

(g)    "<u>Business Day</u>" means any day other than a Saturday, Sunday or other day on which banks in Atlanta, Georgia are authorized or required by Law to be closed.

(h)    "<u>Code</u>" means the United States Internal Revenue Code of 1986, as amended.

(i)    "<u>Consent</u>" means any approval, consent, ratification, permission, waiver or authorization, or an Order of the Bankruptcy Court that deems or renders unnecessary the same.

(j)      "Contract" means any contract, purchase order, service order, sales order, indenture, note, bond, lease, sublease, license or other agreement, whether written or oral, that is binding upon a Person or its property.

(k)      "COVID-19" means SARS-CoV-2 or COVID-19, and any evolutions or mutations thereof or related or associated epidemics, pandemics or disease outbreaks.

(l)      "COVID-19 Measures" means any quarantine, "shelter in place," "stay at home," workforce reduction, social distancing, shut down, closure, sequester, safety or similar Law, directive, guidelines or recommendations promulgated by any industry group or any Governmental Body, including the Centers for Disease Control and Prevention and the World Health Organization, in each case, in connection with or in response to COVID-19, including the CARES Act and Families First Act.

(m)      "Deposit" means the earnest money deposit of $700,000 (as adjusted pursuant to the terms and provisions of Section 2.6 of this Agreement) that Purchaser or one of their Affiliates have made with the Escrow Agent pursuant to the Escrow Agreement.

(n)      "Encumbrance" means any lien (as defined in section 101(37) of the Bankruptcy Code), encumbrance, claim (as defined in section 101(5) of the Bankruptcy Code), charge, mortgage, deed of trust, option, pledge, security interest or similar interests, title defects, hypothecations, easements, rights of way, encroachments, judgments, conditional sale or other title retention agreements and other similar impositions, imperfections or defects of title or restrictions on transfer, use voting, receipt of income or exercise of any other attribute of ownership.

(o)      "Equipment" means any and all equipment, computers, furniture, furnishings, fixtures, office supplies, supply inventory, vehicles and all other fixed assets.

(p)      "Escrow Agent" means Prime Clerk LLC.

(q)      "Escrow Agreement" means that certain escrow agreement by and among [Katerra Inc.], Purchaser and the Escrow Agent.

(r)      "Excluded Assets" means those assets, liabilities, rights, obligations and other items listed on Annex C, including all Tax refunds and other Tax attributes.

(s)      "Excluded Liabilities" means all liabilities of the Business that are not Assumed Liabilities.

(t)      "GAAP" means United States generally accepted accounting principles as in effect from time to time, consistently applied.

(u)      "Governmental Authorization" means any permit, license, certificate, approval, consent, permission, clearance, designation, qualification or authorization issued, granted, given or otherwise made available by or under the authority of any Governmental Body or pursuant to any Law.

(v)    "<u>Governmental Body</u>" means any government, quasi-governmental entity, or other governmental or regulatory body, agency or political subdivision thereof of any nature, whether foreign, federal, state or local, or any agency, branch, department, official, entity, instrumentality or authority thereof, or any court or arbitrator (public or private) of applicable jurisdiction.

(w)    ["<u>Included IP</u>" means all marks, brands, patents or other intellectual property assets owned by, exclusive to or being used only or substantially primarily by the Business, including without limitation those items identified in <u>Annex A</u>, which, for the avoidance of doubt, shall not include in any event any intellectual property that will continue to be shared with an affiliate of the Sellers after the Closing (including "Katerra" and katerra.com).][5]

(x)    ["<u>LAS Non-Released Claim</u>" means the first $50,000 in amount of the claim held by LAS Member, LLC related to certain earnout obligations.]

(y)    ["<u>LAS Released Claim</u>" means the claim held by LAS Member, LLC related to certain earnout obligations, and estimated at approximately $2 million plus interest, except to the extent of the LAS Non-Released Claim.]

(z)    "<u>Law</u>" means any federal, state, provincial, local, municipal, foreign or international, multinational or other law, statute, legislation, constitution, principle of common law, resolution, ordinance, code, edict, decree, proclamation, treaty, convention, rule, regulation, ruling, directive, pronouncement, determination, decision, opinion or requirement issued, enacted, adopted, promulgated, implemented or otherwise put into effect by or under the authority of any Governmental Body.

(aa)    "<u>Liability</u>" means, as to any Person, any debt, adverse claim, liability (including any liability that results from, relates to or arises out of tort or any other product liability claim), duty, responsibility, obligation, commitment, assessment, cost, expense, loss, expenditure, charge, fee, penalty, fine, contribution, or premium of any kind or nature whatsoever, whether known or unknown, asserted or unasserted, absolute or contingent, direct or indirect, accrued or unaccrued, liquidated or unliquidated, or due or to become due, and regardless of when sustained, incurred or asserted or when the relevant events occurred or circumstances existed.

(bb)    "<u>Material Adverse Effect</u>" means any event, change, occurrence, or effect (each, an "<u>Effect</u>") that, individually or in the aggregate with all other Effects, has had, or would reasonably be expected to have, a material adverse effect on the Acquired Assets; <u>provided</u> that none of the following shall constitute, or be taken into account in determining whether or not there has been, a Material Adverse Effect: (i) Effects in, arising from or relating to general business or economic conditions affecting the industry in which Sellers and their Subsidiaries operate, (ii) Effects in, arising from or relating to national or international political or social conditions, including the engagement by the United States in hostilities or the escalation thereof, whether or not pursuant to the declaration of a national emergency or war, or the occurrence or the escalation of any military, cyber or terrorist attack upon the United States, or any of its territories, possessions, or diplomatic or consular offices or upon any military installation, asset, equipment or personnel

---

[5]    NTD: Katerra to confirm.

of the United States, (iii) Effects in, arising from or relating to financial, banking, or securities markets (including (A) any disruption of any of the foregoing markets, (B) any change in currency exchange rates, (C) any decline or rise in the price of any security, commodity, contract or index and (D) any increased cost, or decreased availability, of capital or pricing or terms related to any financing for the transactions contemplated by this Agreement), (iv) Effects in, arising from or relating to changes in, GAAP, (v) Effects in, arising from or relating to changes in, Laws or other binding directives or determinations issued or made by or agreements with or consents of any Governmental Body, (vi) Effects in, arising from or relating to (A) the taking of any action permitted or contemplated by this Agreement or at the request of Purchaser or its Affiliates, (B) the failure to take any action if such action is prohibited by this Agreement, (C) Purchaser's failure to consent to any of the actions restricted in <u>Section 6.1</u> or (D) the negotiation, announcement or pendency of this Agreement or the transactions contemplated hereby or the identity, nature or ownership of Purchaser, including the impact thereof on the relationships, contractual or otherwise, of the business of Sellers or any of their respective Subsidiaries with employees, customers, lessors, suppliers, vendors or other commercial partners, (vii) Effects in, arising from or relating to any existing event, occurrence, or circumstance with respect to which Purchaser has knowledge as of the date hereof, (viii) Effects that arise from any seasonal fluctuations in the business, (ix) any failure, in and of itself, to achieve any budgets, projections, forecasts, estimates, plans, predictions, performance metrics or operating statistics or the inputs into such items (whether or not shared with Purchaser or its Affiliates or Advisors) (but, for the avoidance of doubt, not the underlying causes of any such failure to the extent such underlying cause is not otherwise excluded from the definition of Material Adverse Effect), (x) the effect of any action taken by the Purchaser or its Affiliates with respect to the transactions completed by this Agreement or the financing thereof or any breach by Purchaser of this Agreement (xi) (A) the commencement or pendency of the Bankruptcy Case; (B) any objections in the Bankruptcy Court to (1) this Agreement or any of the transactions contemplated hereby or thereby or (2) the reorganization of Sellers; (C) any Order of the Bankruptcy Court or any actions or omissions of Sellers or their respective Subsidiaries in compliance therewith; except in the case of the clauses (i), (ii) or (iii), to the extent such Effects have a materially disproportionate impact on the Acquired Assets, as compared to other participants engaged in the industries and geographies in which Sellers operate.

(cc)    "<u>Order</u>" means any order, injunction, judgment, decree, ruling, writ, assessment or arbitration award of a Governmental Body, including any Order entered by the Bankruptcy Court in the Bankruptcy Case.

(dd)    "<u>Ordinary Course</u>" means (i) any action taken the ordinary and usual course of operations of the Acquired Assets taken as a whole taking into account the commencement of the Bankruptcy Case and (ii) any other reasonable action taken with respect to the Acquired Assets in response to the actual or anticipated effect of COVID-19 or any COVID-19 Measures.

(ee)    "<u>Pay When Paid Contract</u>" means a contract where the counterparty is a subcontractor who is entitled to payment when the applicable Seller receives payment from its client on the prime contract for that project.

(ff)    "<u>Permitted Encumbrances</u>" means (i) Encumbrances for utilities and current Taxes not yet due and payable or being contested in good faith or the non-payment of which is permitted or required under the Bankruptcy Code; (ii) easements, rights of way, restrictive

covenants, encroachments and similar non-monetary encumbrances or non-monetary impediments against any of the Acquired Assets which do not, individually or in the aggregate, adversely affect the operation of the Acquired Assets and, in the case of the Owned Real Property and Leased Real Property, which do not, individually or in the aggregate, adversely affect the use or occupancy of such Owned Real Property or Leased Real Property as it relates to the operation of the Acquired Assets, (iii) applicable zoning Laws, building codes, land use restrictions and other similar restrictions imposed by Law which are not violated by the current use or occupancy of such Owned Real Property or Leased Real Property, as applicable, (iv) materialmans', mechanics', artisans', shippers', warehousemans' or other similar common law or statutory liens incurred after the Petition Date in the Ordinary Course for amounts not yet due and payable, (v) licenses granted on a non-exclusive basis, (vi) such other Encumbrances or title exceptions as Purchaser may approve in writing in its sole discretion or which do not, individually or in the aggregate, materially and adversely affect the operation of the Acquired Assets, and (vii) any Encumbrances that will be removed or released by operation of the Sale Order.

(gg)    "Person" means an individual, corporation, partnership, limited liability company, joint venture, association, trust, unincorporated organization, labor union, estate, Governmental Body or other entity or group.

(hh)    "Purchaser Group" means Purchaser, any Affiliate of Purchaser and each of their respective former, current or future Affiliates, officers, directors, employees, partners, members, managers, agents, Advisors, successors or permitted assigns.

(ii)    "Sale Order" means an order substantially in the form attached hereto as Exhibit B and otherwise reasonably acceptable to the Parties.

(jj)    "Seller Parties" means Sellers and their respective Subsidiaries and each of their respective former, current, or future Affiliates, officers, directors, employees, partners, members, equityholders, controlling or controlled Persons, managers, agents, Advisors, successors or permitted assigns.

(kk)    "Straddle Period" means any taxable period that includes (but does not end on) the Closing Date.

(ll)    "Subsidiary" or "Subsidiaries" means, with respect to any Person, any corporation of which a majority of the total voting power of shares of stock entitled (without regard to the occurrence of any contingency) to vote in the election of directors, managers or trustees thereof is at the time owned or controlled, directly or indirectly, by such Person or one or more of the other Subsidiaries of such Person or a combination thereof or any partnership, association or other business entity of which a majority of the partnership or other similar ownership interest is at the time owned or controlled, directly or indirectly, by such Person or one or more Subsidiaries of such Person or a combination thereof.

(mm)    "Tax" or "Taxes" means any federal, state, local, foreign or other income, gross receipts, capital stock, franchise, profits, withholding, social security, unemployment, disability, real property, ad valorem/personal property, stamp, excise, occupation, sales, use,

transfer, value added, import, export, alternative minimum or estimated tax, including any interest, penalty or addition thereto.

(nn)    "Tax Return" means any return, claim for refund, report, statement or information return relating to Taxes required to be filed with a Governmental Body, including any schedule or attachment thereto, and including any amendments thereof.

11.2    Index of Defined Terms.[6]

Acquired Assets .......................................... 5

Agreement................................................... 5

Allocation................................................... 23

Allocation Methodology ........................... 23

Assignment and Assumption Agreement.... 7

Bankruptcy Case .......................................... 5

Bankruptcy Code ........................................ 5

Bankruptcy Court....................................... 5

Bankruptcy Rules........................................ 5

Chosen Courts........................................... 29

Closing ...................................................... 7

Closing Date................................................. 7

Enforceability Exceptions......................... 10

Express Representations ........................... 18

Outside Date.............................................. 21

Parties......................................................... 5

Party .......................................................... 5

Purchaser.................................................... 5

Seller .......................................................... 5

Transfer Taxes ......................................... 23

Updated Schedules................................... 17

11.3    Rules of Interpretation. Unless otherwise expressly provided in this Agreement, the following will apply to this Agreement, and any other certificate, instrument, agreement or other document contemplated hereby or delivered hereunder.

(a)    Accounting terms which are not otherwise defined in this Agreement have the meanings given to them under GAAP consistently applied. To the extent that the definition of an accounting term defined in this Agreement is inconsistent with the meaning of such term under GAAP, the definition set forth in this Agreement will control.

(b)    The terms "hereof," "herein" and "hereunder" and terms of similar import are references to this Agreement as a whole and not to any particular provision of this Agreement. Section, clause, schedule and exhibit references contained in this Agreement are references to sections, clauses, schedules and exhibits in or to this Agreement, unless otherwise specified. All Exhibits annexed hereto or referred to herein are hereby incorporated in and made a part of this Agreement as if set forth in full herein. Any capitalized terms used in any Exhibit but not otherwise defined therein shall be defined as set forth in this Agreement.

(c)    Whenever the words "include," "includes" or "including" are used in this Agreement, they will be deemed to be followed by the words "without limitation." Where the context permits, the use of the term "or" will be equivalent to the use of the term "and/or."

(d)    The words "to the extent" shall mean "the degree by which" and not "if."

---

[6]    NTD: To be updated in the final execution version.

(e)     When calculating the period of time before which, within which or following which any act is to be done or step taken pursuant to this Agreement, the date that is the reference date in calculating such period will be excluded. If the last day of such period is a day other than a Business Day, the period in question will end on the next succeeding Business Day.

(f)     Words denoting any gender will include all genders, including the neutral gender. Where a word is defined herein, references to the singular will include references to the plural and vice versa.

(g)     The word "will" will be construed to have the same meaning and effect as the word "shall". The words "shall," "will," or "agree(s)" are mandatory, and "may" is permissive.

(h)     All references to "$" and dollars will be deemed to refer to United States currency unless otherwise specifically provided.

(i)     All references to a day or days will be deemed to refer to a calendar day or calendar days, as applicable, unless otherwise specifically provided.

(j)     Any reference to any agreement or contract will be a reference to such agreement or contract, as amended, modified, supplemented or waived.

(k)     Any reference to any particular Code section or any Law will be interpreted to include any amendment to, revision of or successor to that section or Law regardless of how it is numbered or classified; provided that, for the purposes of the representations and warranties set forth herein, with respect to any violation of or non-compliance with, or alleged violation of or non-compliance, with any Code section or Law, the reference to such Code section or Law means such Code section or Law as in effect at the time of such violation or non-compliance or alleged violation or non-compliance.

*[Signature page(s) follow.]*

**IN WITNESS WHEREOF**, the Parties have caused this Agreement to be executed by their respective duly authorized officers as of the date first above written.

<u>**SELLERS**</u>:

Lord Aeck Sargent, Inc.

By: _____
Name: _____
Title: _____

Lord Aeck Sargent, a Katerra Company PLLC

By: _____
Name: _____
Title: _____

<u>**PARENT**</u>:

Katerra, Inc.

By: _____
Name: _____
Title: _____

**<u>PURCHASER</u>:**

Lord Aeck Sargent Planning & Design, Inc.

By: _____

Name: _____

Title: _____

**Annex A**

**Included IP**

"Included IP" means all marks, brands, patents or other intellectual property assets owned by, exclusive to or being used only or substantially primarily by the Business, including without limitation the following:

a. www.lordaecksargent.com

b. Facebook – Lord Aeck Sargent (www.facebook.com/LordAeckSargent)

c. Twitter - @lordaecksargent (https://twitter.com/LordAeckSargent)

d. Instagram - @lordaecksargent (https://www.instagram.com/lordaecksargent/)

e. LinkedIn – Lord Aeck Sargent (https://www.linkedin.com/company/lord-aeck-sargent/ or https://www.linkedin.com/company/64622/admin/)

f. All Intellectual Property associated with projects, staff and/or contracts that has not otherwise been transferred to a client or third party, including any media, photography, drawings, renderings, specifications, design documents, video files and other instruments.

g. Published papers and books, unpublished white papers

h. Promotional and marketing materials

i. Conference and event presentations and materials

j. YouTube Channel: Lord Aeck Sargent - YouTube or https://www.youtube.com/channel/UCJofTj7XNoyNgMauJopKEeQ

k. Vimeo Channel: Lord Aeck & Sargent (vimeo.com) or https://vimeo.com/lordaecksargent

l. All inventions, improvements, designs, original works of authorship, formulas, processes, compositions of matter, computer software programs, databases, mask works, confidential information, trade secrets, and copyrightable works made, created, conceived, or first reduced to practice by employees whether or not in the scope of their employment, and whether or not patentable, copyrightable, or protectable as trade secrets, and that (i) are developed using equipment, supplies, facilities, or trade secrets of the Sellers, or (ii) result from work performed by employees for the Sellers, or (iii) relate to the Sellers's business or actual or demonstrably anticipated research and development.

**Annex B**

**Assumed Liabilities**

| | |
|---|---|
| **Tax Matters** | ▪ *Transfer Taxes*. Purchaser shall be responsible for any and all transfer, documentary, sales, use, gross receipts, stamp, registration, value added, recording, escrow and other similar taxes and fees (including any penalties and interest) imposed or assessed as a result of the transactions contemplated hereby (including recording and escrow fees and any real property or leasehold interest transfer and any similar Tax) payable in connection with the sale ("Transfer Taxes"). <br>▪ *Operational Taxes.* Purchaser shall be responsible for any and all property taxes, operational taxes, and other taxes on account of or attributable to the Acquired Assets. |
| **Cure Costs** | Purchaser shall be responsible for payment of all Cure Costs for all Assigned Contracts. |
| **Undetermined Contract Obligations** | Purchaser shall be responsible for certain post-petition costs related to certain contracts as set forth in Section 6.8, to the extent that such costs are not duplicative of Cure Costs or any other Assumed Liabilities. |
| **Pay When Paid Contracts** | Purchaser shall be liable for payment of any amounts owed related to any Pay When Paid Contracts, even if such liabilities do not constitute Cure Costs. |
| **Liens on Acquired Assets** | Purchaser shall be liable for any liens filed on Acquired Assets after the Petition Date. |
| **[Unpaid Employee Obligations]** | [With respect to current employees of the Seller as of the Closing who are retained by the Purchaser post-Closing, Purchaser shall be liable for all accrued and unpaid employee salaries and wages, related payroll taxes, and accrued employee benefits, including statutory paid time off (PTO); provided however, that except as specifically set forth herein, the Purchaser is not assuming any liabilities related to any claims of any former employees or any claims that may arise or be asserted under and state or federal law, including without limitation any claims under the Worker Adjustment and Retraining Notification (WARN) Act, 29 U.S.C. § 2101 *et seq.*, and similar state and federal laws related to notices to laid off employees, the Fair Labor Standards Act (FLSA), 29 U.S.C. § 203 *et seq.*, and similar federal and state employee-protection laws, or any other legal theory under which an employer may be held liable for claims other than the liabilities specifically assumed herein.] |
| **Other Assumed Liabilities** | Purchaser may in its discretion, but is not required to, assume any liabilities that it chooses to assume in its sole discretion. |

## Annex C

### Excluded Assets

1. The real property leases for offices located in Ann Arbor, Michigan and Austin, Texas, with landlords Ashley Group, L.L.C. and Cousins 816 Congress LLC, respectively.

2. The contract between Seller and Student Residence and Dining Facility for Texas Southern University in Houston, TX.

3. The three contracts between Seller and affiliates of Texas developer Bomasada for apartment projects in Oklahoma City, OK; Tulsa, OK; and Birmingham, AL.

4. All claims and causes of action arising under chapter 5 of the Bankruptcy Code.

5. All rights under any contracts that are not Assigned Contracts.

6. Any Tax refund or reimbursement due to Seller.

7. All amounts owed to Seller by any one or more of Seller's Affiliates.

8. Any shares of stock or other equity interests in Seller.

9. All rights of Seller arising under this Agreement.

10. Any assets, properties and/or rights identified by Purchaser in writing (including any contract previously designated as an Assigned Contract) in its sole discretion, at any time until the date that is three (3) Business Days prior to the Closing Date.

11. All rights to bank accounts and deposit accounts of the Sellers existing at the moment prior to Closing.

**Annex D**

**Seller Pay When Paid Vendors**

| Vendor | Amount |
|---|---|
| ADE Construction Consultants, Inc. | $5,750.00 |
| Freedman Engineering Group | $19,775.21 |
| TG&W Engineers, Inc. | $38,051.75 |
| Phillips Gradick Engineering, PC | $1,000.00 |
| Asakura Robinson Company, LLC | $27,673.75 |
| Uzun+Case, LLC | $3,000.00 |
| JQ Engineering LLP | $3,650.00 |
| American Elevator of Atlanta, Inc. | $3,057.27 |
| IMEG | $925.00 |
| Gessner Engineering, LLC | $1,260.00 |
| Dutton Engineering | $6,271.75 |
| Affiliated Engineers, Inc. | $126.80 |
| Eberly & Associates, Inc. | $645.00 |
| Jensen Hughes, Inc. | $2,424.00 |
| Newcomb & Boyd | $5,242.92 |
| Professional Service Industries, Inc. (PSI) | $3,760.00 |
| Atkins North America, Inc. | $2,134.85 |
| RMF Engineering, Inc. | $15,978.00 |
| Stewart, Inc. | $1,200.00 |
| Staggs and Fisher Consulting Engineers, Inc. | $15,000.00 |
| HDR, Inc. dba HDR Engineering | $12,187.87 |
| New South Associates, Inc. | $9,569.57 |
| Silman | $500.00 |
| Air Technologies, Inc. | $600.00 |
| Gordon Brns CCA, LLC | $5,517.98 |
| Theatre Consultants Collaborative, Inc. | $8,182.35 |
| PFA Architects, P.A. | $8,580.42 |
| Thorburn Associates, Inc. | $2,560.00 |
| The Fire Consultants, Inc. | $1,550.00 |
| Dewberry Engineers Inc. | $4,545.00 |
| McVeigh & Mangum Engineering, Inc. | $15,971.03 |
| Dynamic Civil Solutions, Inc. | $300.00 |

| | |
|---|---|
| Camacho Associates, Inc. | $131.25 |
| Affiliated Engineers, Inc. | $26,760.77 |
| Newcomb & Boyd | $36,981.40 |
| PECGA LLC dba Palmer Engineering Company | $518.00 |
| RMF Engineering, Inc. | $6,480.00 |
| ADE Construction Consultants, Inc. | $5,750.00 |
| Freedman Engineering Group | $19,775.21 |
| TG&W Engineers, Inc. | $38,051.75 |
| Phillips Gradick Engineering, PC | $1,000.00 |
| Asakura Robinson Company, LLC | $27,673.75 |
| Uzun+Case, LLC | $3,000.00 |
| JQ Engineering LLP | $3,650.00 |
| American Elevator of Atlanta, Inc. | $3,057.27 |
| IMEG | $925.00 |
| Gessner Engineering, LLC | $1,260.00 |
| Dutton Engineering | $6,271.75 |
| **Total:** | $297,861.94 |

## Exhibit 2

**Assigned Contract Schedule**

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 1 | 271 WEST MAIN STREET, LLC<br>269 West Main Street, Suite 600<br>Lexington, KY 40507 | Lord, Aeck & Sargent, Inc. | Lease Agreement dated 11/12/2014 | | $0.00 | $0.00 | $0.00 |
| 2 | 4b Technology Group<br>12600 Northborough Drive, Suite 290<br>Houston, TX 77067 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 07/11/2019 | 11087-00 TAMU West Campus Dining Facility | $0.00 | $0.00 | $0.00 |
| 3 | 5600 Columbia Owner LLC<br>4101 Lorcom Lane<br>Arlington, VA 22207 | Lord, Aeck & Sargent, Inc. | Owner-Architect Agreement dated 10/01/2017 | 10787-00 5600 Columbia Pike | $0.00 | $0.00 | $0.00 |
| 4 | AAA Environmental<br>P.O. Box 5605<br>Spartanburg, SC 29304 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 10/30/2013 | 10280-00 UNC MEJ Full Building Renovation | $0.00 | $0.00 | $0.00 |
| 5 | AAA Environmental<br>2036 Chesnee Highway<br>Spartanburgh, SC 29303 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | | $0.00 | $0.00 | $0.00 |
| 6 | Aaron Diamond AIDS Research Center<br>455 First Avenue 7th Floor<br>New York, NY 10016 | Lord, Aeck & Sargent, Inc. | Professional Services Agreement dated 02/02/2017 | 10730-01 Aaron Diamond AIDS Research Center | $0.00 | $0.00 | $0.00 |
| 7 | ACC Construction Corp.<br>6 East 32nd Street<br>New York, NY 11021 | Lord, Aeck & Sargent, Inc. | Digital Data Licensing Agreement dated 10/23/2018 | 10730-01 Aaron Diamond AIDS Research Center | $0.00 | $0.00 | $0.00 |
| 8 | ACC Construction Corp.<br>6 East 32nd Street<br>New York, NY 11021 | Lord, Aeck & Sargent, Inc. | Digital Data Licensing Agreement dated 05/04/2018 | 10730-01 Aaron Diamond AIDS Research Center | $0.00 | $0.00 | $0.00 |
| 9 | Access Partnership, LP<br>3267 Bee Caves Road<br>Suite 107-502<br>Austin, TX 78746 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 01/15/2020 | 11180-60 AAC Woodfield Brier Creek | $0.00 | $0.00 | $0.00 |
| 10 | Acustica, LLC<br>103 Pearl Street SE<br>Atlanta, GA 30316 | Lord, Aeck & Sargent, Inc. | Master Agreement Between Architect and Consultant dated 01/10/2020 | 11055-01 Peachtree Church Campus Improvements | $0.00 | $0.00 | $0.00 |
| 11 | ADE Construction Consultants, Inc.<br>1298 Rockbridge Road Suite A<br>Stone Mountain, GA 30087 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 03/24/2021 | 11014-00 NPS Lost Colony Amphitheater Wastewater | $0.00 | $0.00 | $0.00 |
| 12 | ADE Construction Consultants, Inc.<br>1298 Rockbridge RoadSuite A<br>Stone Mountain, GA 30087 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 03/24/2021 | 11014-00 NPS Lost Colony Amphitheater Wastewater | $0.00 | $0.00 | $0.00 |
| 13 | ADE Construction Consultants, Inc.<br>1298 Rockbridge Road<br>Ste. A<br>Stone Mountain, GA 30087 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11276-00 NPS MLK Birth Home Rehabilitation | $0.00 | $5,500.00 | $5,500.00 |
| 14 | ADE Construction Consultants, Inc.<br>1298 Rockbridge Road<br>Suite A<br>Stone Mountain, GA 30087 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 06/11/2021 | 11277-00 NPS Cumberland Island Parking Lots | $0.00 | $0.00 | $0.00 |
| 15 | ADE Construction Consultants, Inc.<br>1298 Rockbridge Road Suite A<br>Stone Mountain, GA 30087 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 11/20/2020 | 11278-00 NPS Replace EBC Lifts | $0.00 | $0.00 | $0.00 |
| 16 | ADE Construction Consultants, Inc.<br>1298 Rockbridge Road Suite A<br>Stone Mountain, GA 30087 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 06/12/2021 | 11293-01 NPS MALU Exterior Lighting Improvements | $0.00 | $0.00 | $0.00 |
| 17 | ADE Construction Consultants, Inc.<br>1298 Rockbridge Road Suite A<br>Stone Mountain, GA 30087 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 04/07/2021 | 11358-00 NPS REER HVAC System Design | $0.00 | $0.00 | $0.00 |
| 18 | ADE Construction Consultants, Inc.<br>1298 Rockbridge Road<br>Ste. A<br>Stone Mountain, GA 30087 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11396-00 UK - Frazee Hall Modernization | $0.00 | $6,927.07 | $6,927.07 |
| 19 | ADE Construction Consultants, Inc.<br>1298 Rockbridge Road Suite A<br>Stone Mountain, GA 30087 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 09/08/2020 | 11408-60 NPS Russell Cave Visitor Ctr Rehab | $0.00 | $0.00 | $0.00 |
| 20 | ADE Construction Consultants, Inc.<br>1298 Rockbridge Road<br>Ste. A<br>Stone Mountain, GA 30087 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11476-00 UK - Delta Gamma Add / Reno | $0.00 | $9,438.60 | $9,438.60 |
| 21 | AECOM Technical Services, Inc.<br>500 West Jefferson Street, Suite 1600<br>Louisville, KY 40202 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement dated 01/06/2016 | 10662-00 Town Branch Commons Program Manager | $0.00 | $0.00 | $0.00 |
| 22 | AEI Consultants<br>2500 Camino Diablo Blvd<br>Walnut Creek CA 94597 | Lord, Aeck & Sargent, Inc. | Consultant Master Services Agreement dated 11/13/2018 | 11039-00 Arlington Lofts Project Site Reports | $0.00 | $0.00 | $0.00 |
| 23 | AEI Consultants<br>2500 Camino Diablo Blvd<br>Walnut Creek CA 94597 | Lord, Aeck & Sargent, Inc. | Associate Consultant Work Order dated 08/12/2019 | 11039-00 Arlington Lofts Project Site Reports | $0.00 | $0.00 | $0.00 |
| 24 | Affiliated Engineers, Inc.<br>One Harbor Place<br>777 S. Harbour Island Blvd<br>Suite 450<br>Tampa, FL 33637 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10729-60 ECU Life Sciences | $0.00 | $46,685.00 | $46,685.00 |
| 25 | Affiliated Engineers, Inc.<br>P.O. Box 44991<br>Madison, WI 53744-4991 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 07/10/2019 | 11044-00 UM - BSRB Vivarium Outfitting | $0.00 | $0.00 | $0.00 |
| 26 | AEI Affiliated Engineers<br>12300 Twinbrook Parkway #600<br>Rockville, MD 20850 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 05/03/2019 | 11102-00 GWU Ross Hall 4th Floor Lab Renovation | $0.00 | $0.00 | $0.00 |
| 27 | Affiliated Engineers, Inc.<br>One Harbor Place<br>777 S. Harbour Island Blvd<br>Suite 450<br>Tampa, FL 33637 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11172-60 WCU Quad Stair | $0.00 | $1,500.00 | $1,500.00 |
| 28 | Affiliated Engineers, Inc.<br>One Harbor Place<br>777 S. Harbour Island Blvd<br>Suite 450<br>Tampa, FL 33637 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11173-60 WCU Stillwell Renovation | $0.00 | $8,474.50 | $8,474.50 |
| 29 | Affiliated Engineers, Inc.<br>One Harbor Place<br>777 S. Harbour Island Blvd<br>Suite 450<br>Tampa, FL 33637 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11229-60 WCU Hunter Library Renovation Concept | $0.00 | $4,250.00 | $4,250.00 |

Note:   Assumption and assignment to be effective as of the later of: (x) closing of the Sale, (y) 14 days following service of this notice, and (z) resolution (as between the parties or by order of the Court) of any timely, pending Cure Objections.

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 30 | Affiliated Engineers, Inc.<br>One Harbour Place<br>777 S. Harbour Island Blvd<br>Suite 450<br>Tampa, FL 33637 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11262-01 Sage Hall Phase One Renovations | $0.00 | $9,166.19 | $9,166.19 |
| 31 | Affiliated Engineers, Inc.<br>One Harbour Place<br>777 S. Harbour Island Blvd<br>Suite 450<br>Tampa, FL 33637 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $8,152.51 | $8,152.51 |
| 32 | Air Technologies, Inc.<br>PO Box 129<br>Manchaca, TX 78652-0129 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11279-02 UT Austin - Belardi Lab Renovation - EER | $0.00 | $1,200.00 | $1,200.00 |
| 33 | Air Technologies, Inc.<br>PO Box 129<br>Manchaca, TX 78652-0129 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11279-03 UT Austin - Wang Lab Renovation - BME | $0.00 | $1,550.00 | $1,550.00 |
| 34 | Air Technologies, Inc.<br>PO Box 129<br>Manchaca, TX 78652-0129 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $600.00 | $600.00 |
| 35 | AKF Engineers, LLP<br>One Liberty Plaza<br>165 Broadway, 22nd Floor<br>New York, NY 10006 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 06/12/2018 | 10730-01 Aaron Diamond AIDS Research Center | $0.00 | $0.00 | $0.00 |
| 36 | AKF Engineers, LLP<br>One Liberty Plaza<br>165 Broadway<br>22nd Floor<br>New York, NY 10006 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $19,985.40 | $19,985.40 |
| 37 | AKM Surveying, Inc.<br>P.O. Box 5730<br>St. Marys, GA 31558 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 05/22/2020 | 11277-00 NPS Cumberland Island Parking Lots | $0.00 | $0.00 | $0.00 |
| 38 | American Elevator<br>4177 Suwanee Dam Rd.<br>Suwanee, GA 30024 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant for Special Services dated 06/05/2020 | 11278-00 NPS Replace EBC Lifts | $0.00 | $0.00 | $0.00 |
| 39 | American Elevator of Atlanta, Inc.<br>4177 Suwanee Dam Road<br>Suwanee, GA 30024 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11278-00 NPS Replace EBC Lifts | $0.00 | $393.62 | $393.62 |
| 40 | Andrews, Hammock & Powell, Inc (AH&P)<br>250 Charter Lane<br>Suite 100<br>Macon, GA 31210 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10928-00 WVU Beckley P3 Student Housing | $0.00 | $7,500.00 | $7,500.00 |
| 41 | Andropogon Associates, Ltd.<br>10 Shurs Lane<br>Philadelphia, PA 19127 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10921-00 | $0.00 | $3,062.00 | $3,062.00 |
| 42 | Andropogon Associates Ltd<br>10 Shurs Lane<br>Philadelphia, PA 19127 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 02/07/2020 | 11178-00 Trees Atlanta - New Urban Ecology Center | $0.00 | $0.00 | $0.00 |
| 43 | Andropogon Associates, Ltd.<br>10 Shurs Lane<br>Philadelphia, PA 19127 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 02/07/2020 | 11178-00 Trees Atlanta - New Urban Ecology Center | $0.00 | $0.00 | $0.00 |
| 44 | Andropogon Associates, Ltd.<br>10 Shurs Lane<br>Philadelphia, PA 19127 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $19,006.60 | $19,006.60 |
| 45 | AP Americas, Inc<br>8101 Ridgepoint Drive #107<br>Irving, TX 75063 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 03/28/2019 | 11044-00 UM - BSRB Vivarium Outfitting | $0.00 | $0.00 | $0.00 |
| 46 | Arbor Guard Tree Specialists<br>P.O. Box 477<br>Avondale Estates, GA 30002 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant for Special Services dated 05/15/2020 | 11277-00 NPS Cumberland Island Parking Lots | $0.00 | $0.00 | $0.00 |
| 47 | Arborguard Tree Specialists<br>PO Box 477<br>Avondale Estates, GA  3002 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 05/20/2020 | 11277-00 NPS Cumberland Island Parking Lots | $0.00 | $0.00 | $0.00 |
| 48 | Asakura Robinson Company, LLC<br>1224 East 12th Street, Suite 310<br>Austin, TX, 78702 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 07/11/2019 | 11087-00 TAMU West Campus Dining Facility | $0.00 | $0.00 | $0.00 |
| 49 | Asakura Robinson Company, LLC<br>1224 East 12th Street, Suite 310<br>Austin, TX, 78702 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 07/19/2019 | 11087-00 TAMU West Campus Dining Facility | $0.00 | $0.00 | $0.00 |
| 50 | Asakura Robinson Company, LLC<br>2500 Summer Street<br>Suite 3228<br>Houston, TX 77007 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11273-00 City of Austin Faulk Library/History Ctr | $0.00 | $5,751.50 | $5,751.50 |
| 51 | Asakura Robinson Company, LLC<br>2500 Summer Street<br>Suite 3228<br>Houston, TX 77007 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $1,427.98 | $1,427.98 |
| 52 | Atkins North America Inc<br>482 S Keller Rd<br>Orlando, FL 32810 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 11/15/2018 | 10488-03 NPS - Santa Elena & San Agustin Mod | $0.00 | $0.00 | $0.00 |
| 53 | Atkins North America, Inc.<br>1600 River Edge Parkway, NW<br>Suite 600<br>Atlanta, GA 30328-4612 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10960-02 NPS ANJO Title III Services | $0.00 | $9,097.55 | $9,097.55 |
| 54 | Atkins North America, Inc.<br>800 Waterford Way, Suite 700<br>Miami, FL 33126 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 10/02/2019 | 11187-00 NPS - HSR, DD and CD for Historic Sites | $0.00 | $0.00 | $0.00 |
| 55 | Atlantic Realty<br>One Alliance, Suite 1250<br>3500 Lenox Road<br>Atlanta, GA 30326 | Lord, Aeck & Sargent, Inc. | Professional Architectural Services dated 12/21/2018 | 11083-00 Atlantic Realty - Tilly Mill Mixed-Use | $0.00 | $0.00 | $0.00 |
| 56 | Atlantic Shores Environmental Services<br>154 Backhoe Road<br>Leland, NC 28451 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 10/09/2018 | 11014-00 NPS Lost Colony Amphitheater Wastewater | $0.00 | $0.00 | $0.00 |
| 57 | Atlantic Shores Environmental Services, Ltd.<br>154 Backhoe Road<br>Leland, NC 28451 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 10/09/2018 | 11014-00 NPS Lost Colony Amphitheater Wastewater | $0.00 | $0.00 | $0.00 |
| 58 | Atlantic Shores Environmental Services,  Ltd.<br>154 Backhoe Road<br>Leland, NC 28451 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 02/02/2021 | 11014-00 NPS Lost Colony Amphitheater Wastewater | $0.00 | $0.00 | $0.00 |

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 59 | Atlantic Shores Environmental Services, Ltd.<br>175-1 Venture Drive<br>Belville, NC 28451 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $20,565.50 | $20,565.50 |
| 60 | Atomic Entertainment Development Intermediate, LLC<br>P.O. Box 170397<br>Atlanta, GA 30317 | Lord, Aeck & Sargent, Inc. | Master Agreement Between Architect and Consultant dated 01/01/2018 | 10829-00 Atomic - Pratt Pullman Redevelopment | $0.00 | $0.00 | $0.00 |
| 61 | Atomic Entertainment Development Intermediate, LLC<br>P.O. Box 170397<br>Atlanta, GA 30317 | Lord, Aeck & Sargent, Inc. | Master Agreement Between Architect and Consultant dated 01/22/2018 | 10829-00 Atomic - Pratt Pullman Redevelopment | $0.00 | $0.00 | $0.00 |
| 62 | Ayoroa|Simmons, PLLC<br>266 East Short Street Suite 140<br>Lexington, KY 40507 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 09/01/2020 | 11396-00 UK - Frazee Hall Modernization | $0.00 | $0.00 | $0.00 |
| 63 | BAA Mechanical Engineers, Inc.<br>500 Bishop Street<br>Suite E2<br>Atlanta, GA 30318 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10772-08 MSM NCPC Title III Office Renovation | $0.00 | $3,050.00 | $3,050.00 |
| 64 | Baker Foodservice Design, Inc.<br>dba Bakergroup<br>2220 East Paris Avenue SE<br>Grand Rapids, MI 49546 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10921-00 | $0.00 | $0.00 | $0.00 |
| 65 | Baker Foodservice Design, Inc.<br>dba Bakergroup<br>2220 East Paris Avenue SE<br>Grand Rapids, MI 49546 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $25,981.65 | $25,981.65 |
| 66 | Bakergroup<br>2220 East Paris Avenue SE<br>Grand Rapids, MI 49546 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 07/10/2019 | 11087-00 TAMU West Campus Dining Facility | $0.00 | $0.00 | $0.00 |
| 67 | Balfour Beatty<br>600 Galleria Parkway, Suite 1800<br>Atlanta, GA 30339 | Lord, Aeck & Sargent, Inc. | Licensing Agreement dated 10/14/2014 | 10373-00 WSSU New Residence Hall | $0.00 | $0.00 | $0.00 |
| 68 | Balfour Beatty<br>406 South McDowell Street  Suite 200<br>Raleigh, NC 27601 | Lord, Aeck & Sargent, Inc. | Licensing Agreement dated 12/16/2016 | 10373-00 WSSU New Residence Hall | $0.00 | $0.00 | $0.00 |
| 69 | Barber McMurrv Architects LLC<br>505 Market Street Suite 300<br>Knoxville, TN 37902 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 11/20/2018 | 11034-00 UTIA Energy & Environmental Science | $0.00 | $0.00 | $0.00 |
| 70 | Barber McMurrv Architects LLC<br>505 Market Street. Suite 300<br>Knoxville, TN 37902 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 11/20/2018 | 11034-00 UTIA Energy & Environmental Science | $0.00 | $0.00 | $0.00 |
| 71 | Barber McMurrv Architects LLC<br>505 Market Street, Suite 300<br>Knoxville, TN 37902 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 11/20/2020 | 11034-00 UTIA Energy & Environmental Science | $0.00 | $0.00 | $0.00 |
| 72 | Barber McMurrv Architects LLC<br>505 Market Street, Suite 300<br>Knoxville, TN 37902 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 11/20/2018 | 11034-00 UTIA Energy & Environmental Science | $0.00 | $0.00 | $0.00 |
| 73 | Barber McMurry Architects LLC<br>505 Market Street. Suite 300<br>Knoxville, TN 37902 | Lord, Aeck & Sargent, Inc. | Amendment to Agreement dated 04/02/2020 | 11034-00 UTIA Energy & Environmental Science | $0.00 | $0.00 | $0.00 |
| 74 | BarberMcMurry Architects LLC<br>505 Market St Suite 300<br>Knoxville, TN 37902 | Lord, Aeck & Sargent, Inc. | Amendment to Agreement Between Architect and Consultant dated 08/15/2017 | 11034-00 UTIA Energy & Environmental Science | $0.00 | $0.00 | $0.00 |
| 75 | Barge Waggoner Stunner and Cannon, Inc.<br>1110 Market Street  Suite 200<br>Chattanooga, TN 37402 | Lord, Aeck & Sargent, Inc. | Consulting Services Agreement dated 11/18/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 76 | Barge Waggoner Sumner and Cannon Inc<br>1110 Market St Ste 200<br>Chattanooga, TN  37402 | Lord, Aeck & Sargent, Inc. | Amendment to The Consulting Services Agreement dated 02/02/2015 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 77 | Bauer Askew Architecture, pllc<br>1615 Sixteenth Ave South<br>Nashville, TN 37212 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 10/27/2020 | 11266-00 Vanderbilt University Confidential Prj | $0.00 | $0.00 | $0.00 |
| 78 | BCWH Inc.<br>1840 West Broad Sh eet, Suite 400<br>Richmond, Virginia 23220 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 01/28/2014 | 10287-00 VCU Sanger Hall Renovation Phase II | $0.00 | $0.00 | $0.00 |
| 79 | Bennett Preservation Engineering, P.C.<br>17 Lockwood Drive, Suite 500<br>Charleston, SC 29401 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 05/21/2020 | 11157-01 NPS Fort Pulaski Bridges Title III Svs | $0.00 | $0.00 | $0.00 |
| 80 | Bennett Preservation Engineering PC<br>17 Lockwood Drive<br>Suite 500<br>Charleston, SC 29401 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11297-00 All Saints Crack Repair | $0.00 | $35,423.30 | $35,423.30 |
| 81 | Bennett Preservation Engineering PC<br>17 Lockwood Drive  Suite 500<br>Charleston, SC  29401 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 05/09/2021 | 11601-00 NPS FOSU Ft Sumter Stair and Guardrail | $0.00 | $0.00 | $0.00 |
| 82 | Biohabitats, Inc.<br>2081 Clipper Park Road<br>Baltimore, MD 21211 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 02/07/2020 | 11178-00 Trees Atlanta - New Urban Ecology Center | $0.00 | $0.00 | $0.00 |
| 83 | Bissell Professional Group, Inc<br>3512 North Croatan Highway<br>Kitty Hawk, NC 27949 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 10/09/2018 | 11014-00 NPS Lost Colony Amphitheater Wastewater | $0.00 | $0.00 | $0.00 |
| 84 | Bissell Professional Group, Inc.<br>3512 North Croatan Highway<br>Kitty Hawk, NC 27949 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 10/09/2018 | 11014-00 NPS Lost Colony Amphitheater Wastewater | $0.00 | $0.00 | $0.00 |
| 85 | Bissell Professional Group, Inc<br>3512 North Croatan Highway<br>Kitty Hawk, NC 27949 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 02/02/2021 | 11014-00 NPS Lost Colony Amphitheater Wastewater | $0.00 | $0.00 | $0.00 |
| 86 | Bleakly Advisory Group<br>1447 Peachtree Street NE #610<br>Atlanta, GA | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement Between Architect and Consultant dated 10/19/2020 | 11375-00 Forest Park Downtown Master Plan Update | $0.00 | $11,152.00 | $11,152.00 |
| 87 | Bleakly Advisory Group, Inc. DBA KB Advisory Group<br>1447 Peachtree Street NE<br>Suite 610<br>Atlanta, GA 30309 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | | $0.00 | $0.00 | $0.00 |
| 88 | BOARD OF REGENTS OF THE  UNIVERSITY SYSTEM OF GEORGIA<br>270 Washington Street<br>Atlanta, GA 30334 | Lord, Aeck & Sargent, Inc. | Professional Services Design Contract dated 09/19/2019 | 11162-00 UGA College of Vet Med Anatomy Lab | $0.00 | $0.00 | $0.00 |

Note:  Assumption and assignment to be effective as of the later of: (x) closing of the Sale, (y) 14 days following service of this notice, and (z) resolution (as between the parties or by order of the Court) of any timely, pending Cure Objections.

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 89 | BOARD OF REGENTS OF THE  UNIVERSITY SYSTEM OF GEORGIA 270 Washington Street, SW 6th Floor Atlanta, GA 30334 | Lord, Aeck & Sargent, Inc. | Professional Services Design Contract dated 10/23/2019 | 11196-00 Georgia Tech - Technology Square Phase 3 | $0.00 | $0.00 | $0.00 |
| 90 | Board of Regents of the Texas A&M University System Office of Facilities Planning & Construction The Texas A&M University System 301 Tarrow Street, 7th  Floor College Station, TX 77840-7896 | Lord, Aeck & Sargent, Inc. | Engineering Services Agreement dated 04/29/2019 | 11087-00 TAMU West Campus Dining Facility | $0.00 | $0.00 | $0.00 |
| 91 | Board of Regents of the University System of Georgia 270 Washington Street Atlanta, GA 30334 | Lord, Aeck & Sargent, Inc. | form of Task Assignment Order for Use With Construction Manager dated 02/11/2020 | 11162-00 UGA College of Vet Med Anatomy Lab | $0.00 | $0.00 | $0.00 |
| 92 | Board of Regents of the University System of Georgia 270 Washington Street S.W. Atlanta, GA 30334 | Lord, Aeck & Sargent, Inc. | Agreement to Amend General Consultant Contract dated 03/29/2021 | 11245-00 UGA Holmes-Hunter Academic Building | $0.00 | $0.00 | $0.00 |
| 93 | Board of Regents of the University System of Georgia 270 Washington Street S.W. Atlanta, GA 30334 | Lord, Aeck & Sargent, Inc. | Design Professional Contract dated 02/15/2021 | 11439-00 GSU - Dental Hygiene Teaching Lab Add | $0.00 | $0.00 | $0.00 |
| 94 | Board of Trustees of the University of Alabama for the University of Alabama at Birmingham. 1720 2nd Ave. South Birmingham, AL 35294-4554 | Lord, Aeck & Sargent, Inc. | Consulting Agreement dated 05/05/2019 | 11038-60 UAB - Science & Engineering Complex Prgm | $0.00 | $0.00 | $0.00 |
| 95 | Board of Trustees, Clemson University c/o Capital Projects 191 Old Greenville Highway Clemson, SC 29634 | Lord, Aeck & Sargent, Inc. | Standard Agreement Between Owner and Architect dated 11/30/2018 | 10987-00 Clemson Daniel Hall Renovation and Expan | $0.00 | $0.00 | $0.00 |
| 96 | Boswell & Associates, Inc. 2090 Cannon Way Marietta, GA 30064 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11136-00 CAU Rehabilitation Park Street Methodist | $0.00 | $2,400.00 | $2,400.00 |
| 97 | Boswell & Associates, Inc. 2090 Cannon Way Marietta, GA 30064 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11172-60 WCU Quad Stair | $0.00 | $1,200.00 | $1,200.00 |
| 98 | Boswell & Associates, Inc. 2090 Cannon Way Marietta, GA 30064 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11293-01 NPS MALU Exterior Lighting Improvements | $0.00 | $750.00 | $750.00 |
| 99 | Boswell & Associates, Inc. 2090 Cannon Way Marietta, GA 30064 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11396-00 UK - Frazee Hall Modernization | $0.00 | $2,250.00 | $2,250.00 |
| 100 | Boswell & Associates, Inc. 2090 Cannon Way Marietta, GA 30064 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11439-00 GSU - Dental Hygiene Teaching Lab Add | $0.00 | $2,250.00 | $2,250.00 |
| 101 | Boswell & Associates, Inc. 2090 Cannon Way Marietta, GA 30064 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $3,200.00 | $3,200.00 |
| 102 | Bovay Engineers Inc 11757 Katy Freeway, Suite 700A Houston, TX 77079 | Lord, Aeck & Sargent, Inc. | Professional Service Contract dated 10/18/2019 | | $0.00 | $0.00 | $0.00 |
| 103 | Bowers + Kubota Consulting, Inc. (B+K) 94-408 Akoki Street 201A Waipahu HI 96797 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Consultant and Subconsultant dated 06/24/2020 | 11329-00 Hawaii PSD Sustainability Strategic Plan | $0.00 | $0.00 | $0.00 |
| 104 | BOERS + KUBOTA CONSULTING, INC. 94-408 Akoki Street, 201-A Waipahu, HI  96797 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 11/11/2020 | 11401-00 Hilo Medical Center LEED | $0.00 | $0.00 | $0.00 |
| 105 | BOWERS + KUBOTA CONSULTING, INC. 94-408 Akoki St., Ste. 201A Waipahu, HI 96797-2733 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 02/09/2021 | 11495-00 Bachman Hall LEED Support | $0.00 | $0.00 | $0.00 |
| 106 | Bowers + Kubota Management (BK) 94-408 Akoki Street, Suite 201-B Waipahu, HI 96797 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Consultant and Subconsultant dated 03/24/2020 | 11234-00 COE POH Code 6 Design for Medical Clinic | $0.00 | $0.00 | $0.00 |
| 107 | Breedlove Land Planning, Inc. 15 Simpson Street NW Atlanta, GA 30308 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 03/28/2019 | 11275-00 Lifecycle Building Center Renovation | $0.00 | $0.00 | $0.00 |
| 108 | Breedlove Land Planning, Inc. 15 Simpson Street NW Atlanta, GA 30308 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 03/28/2019 | 11275-00 Lifecycle Building Center Renovation | $0.00 | $0.00 | $0.00 |
| 109 | BrightTree Studios dba BrightTree Studios 524 Alpha Drive Pittsburgh, PA 15238 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10921-00 | $0.00 | $1,509.55 | $1,509.55 |
| 110 | Brown + Kubican, PSC 2224 Young Drive Lexington, Kentucky 40505 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 09/01/2020 | 11396-00 UK - Frazee Hall Modernization | $0.00 | $0.00 | $0.00 |
| 111 | Brown + Kubican, PSC 2224 Young Drive Lexington, KY 40505 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11476-60 UK - Delta Gamma Add / Reno | $0.00 | $12,300.00 | $12,300.00 |
| 112 | Brown + Kubican, PSC 2224 Young Drive Lexington, KY 40505 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 02/08/2020 | 11476-60 UK - Delta Gamma Add / Reno | $0.00 | $0.00 | $0.00 |
| 113 | Building & Earth Sciences, Inc 5545 Derby Drive Birmingham, AL 35210-5414 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant for Special Services dated 02/24/2021 | 11431-00 UAB - SOM Research Bldg Feasibility | $0.00 | $0.00 | $0.00 |
| 114 | Building Conservation Associates, Inc. 242 Cherry Street Philadelphia, PA 19106 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 10/22/2019 | 11187-00 NPS - HSR, DD and CD for Historic Sites | $0.00 | $0.00 | $0.00 |
| 115 | Building Conservation Associates, Inc. 242 Cherry Street Philadelphia, PA 19106 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 10/22/2019 | 11187-00 NPS - HSR, DD and CD for Historic Sites | $0.00 | $0.00 | $0.00 |
| 116 | Building Conservation Associates, Inc. 242 Cherry Street Philadelphia, PA 19106 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement - Amendment 1 dated 10/22/2019 | 11187-00 NPS - HSR, DD and CD for Historic Sites | $0.00 | $0.00 | $0.00 |
| 117 | Camacho Associates, Inc. 3103 Medlock Bridge Road Norcross, GA 30071 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 09/04/2019 | 11095-00 Camp Twin Lakes Rutledge II | $0.00 | $0.00 | $0.00 |
| 118 | Camacho Associates Inc 1303 Medlock Bridge Road Norcross, GA 30071 | Lord, Aeck & Sargent, Inc. | Service Contract dated 12/10/2020 | 11290-00 Birmingham Prince Hall Lodge Rehab | $0.00 | $0.00 | $0.00 |
| 119 | Camacho Associates, Inc. 3103 Medlock Bridge Road Norcross, GA 30071 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11290-60 Birmingham Prince Hall Lodge Rehab | $0.00 | $656.25 | $656.25 |

Note:   Assumption and assignment to be effective as of the later of: (x) closing of the Sale, (y) 14 days following service of this notice, and (z) resolution (as between the parties or by order of the Court) of any timely, pending Cure Objections.

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 120 | Camp Twin Lakes, Inc.<br>1100 Spring Street, Suite 260<br>Atlanta, GA 30309 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 04/02/2019 | 11095-00 Camp Twin Lakes Rutledge II | $0.00 | $0.00 | $0.00 |
| 121 | Camp Twin Lakes, Inc.<br>1100 Spring Street, Suite 260<br>Atlanta, GA 30309 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Owner and Architect dated 04/02/2019 | 11095-00 Camp Twin Lakes Rutledge II | $0.00 | $0.00 | $0.00 |
| 122 | Campus Realty Advisors<br>3101 Towncreek Parkway, Suite 420<br>Atlanta, GA 30339 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Owner and Consultant dated 10/29/2019 | 11125-00 CRA - Catalyst | $0.00 | $0.00 | $0.00 |
| 123 | Carol McCulloch Drafting, LLC<br>508 East Dryden Street<br>Odessa, MO 64076 | Lord, Aeck & Sargent, Inc. | Licensing Agreement dated 04/13/2017 | 10373-00 WSSU New Residence Hall | $0.00 | $0.00 | $0.00 |
| 124 | CDM Lighting Design Group, LLC<br>1344 La France Street NE<br>Suite 1<br>Atlanta, GA 30307 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10979-00 UDR Newport Village Phase II | $0.00 | $13,750.00 | $13,750.00 |
| 125 | Cedar River Properties<br>711 Fountain Street<br>Ann Arbor, MI 48103 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Owner and Architect dated 01/23/2020 | 10960-03 NPS ANJO Wayside Design | $0.00 | $0.00 | $0.00 |
| 126 | Central Atlanta Progress, Inc.<br>84 Walton Street NW<br>Suite 500<br>Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Professional Services Agreement dated 03/05/2020 | 11271-00 Prince Hall Grand Lodge of GA Rehab | $0.00 | $0.00 | $0.00 |
| 127 | CFR Engineering Consultants, Inc<br>20251 Century Blvd.<br>Suite 120<br>Germantown, MD 20874 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11094-02 GMU A/E Term Contract Johnson Ctr 2nd Fl | $0.00 | $361.25 | $361.25 |
| 128 | CFR Engineering<br>20251 Century Boulevard #120<br>Gennantown, Maryland 20874 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement dated 09/25/2020 | 11094-20 GMU Innovation Lease Space Room 109A | $0.00 | $0.00 | $0.00 |
| 129 | CFR Engineering<br>20251 Century Boulevard #120<br>Gennantown, Maryland 20874 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement Between Architect and Consultant dated 03/11/2021 | 11094-20 GMU Innovation Lease Space Room 109A | $0.00 | $0.00 | $0.00 |
| 130 | CFR Engineering, Inc<br>20251 Century Boulevard #120<br>Germantown, MD  20874 | Lord, Aeck & Sargent, Inc. | Amendment to Consultant Services Agreement dated 01/29/2021 | 11094-20 GMU Innovation Lease Space Room 109A | $0.00 | $0.00 | $0.00 |
| 131 | CFR Engineering, Inc<br>20251 Century Boulevard #120<br>Gennantown. MD 20874 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement Between Architect and Consultant dated 03/11/2021 | 11094-20 GMU Innovation Lease Space Room 109A | $0.00 | $0.00 | $0.00 |
| 132 | CFR Engineering, Inc<br>20251 Century Boulevard #120<br>Germantown, Maryland 20874 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement dated 09/23/2020 | 11094-21 Exploratory Hall L304 – SEM/TEM Install | $0.00 | $0.00 | $0.00 |
| 133 | CFR Engineering, Inc<br>20251 Century Boulevard #120<br>Germantown, Maryland 20874 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement dated 09/23/2020 | 11094-21 Exploratory Hall L304 – SEM/TEM Install | $0.00 | $0.00 | $0.00 |
| 134 | CFR Engineering Consultants, Inc<br>20251 Century Blvd.<br>Suite 120<br>Germantown, MD 20874 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $68,660.69 | $68,660.69 |
| 135 | CINCINNATI METROPOLITAN HOUSING AUTHORITY<br>1635 Western Ave.<br>Cincinnati, OH 45214 | Lord, Aeck & Sargent, Inc. | Contract Acceptance and Award dated 04/06/2021 | 11582-60 West End CNI Master Planner | $0.00 | $0.00 | $0.00 |
| 136 | City of Asheville | Lord, Aeck & Sargent, Inc. | Amendment to Contractor Agreement dated 06/01/2018 | 10918-60 Asheville Affordable Hsg Due Diligence | $0.00 | $0.00 | $0.00 |
| 137 | City of Asheville | Lord, Aeck & Sargent, Inc. | Assignment of Contractor Agreement dated 08/09/2018 | 10918-60 Asheville Affordable Hsg Due Diligence | $0.00 | $0.00 | $0.00 |
| 138 | City of Austin, Texas<br>P.O. Box 1088<br>Austin, TX  78767 | Lord, Aeck & Sargent, Inc. | Professional Services Agreement dated 01/29/2021 | 11273-00 City of Austin Faulk Library/History Ctr | $0.00 | $0.00 | $0.00 |
| 139 | City of Avondale Estates<br>21 N. Avondale Plaza<br>Avondale Estates, Georgia 30002 | Lord, Aeck & Sargent, Inc. | Urban Design Services Agreement dated 12/16/2020 | 11254-00 Avondale Estates - Downtown Design Study | $0.00 | $0.00 | $0.00 |
| 140 | City of Forest Park<br>745 Forest Parkway<br>Forest Park, GA 30297 | Lord, Aeck & Sargent, Inc. | Professional Services Agreement dated 10/19/2020 | 11375-00 Forest Park Downtown Master Plan Update | $0.00 | $0.00 | $0.00 |
| 141 | CITY OF MONROE, GEORGIA<br>215 N. Broad Street<br>Monroe, GA 30655 | Lord, Aeck & Sargent, Inc. | Letter Agreement for Professional Consulting & Planning Services dated 05/13/2021 | 11600-00 Monroe, GA - 140 Blaine Street | $0.00 | $0.00 | $0.00 |
| 142 | Civil & Environmental Consultants, Inc.<br>2704 Cherokee Farm Way<br>Suite 101<br>Knoxville, TN 37920 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11465-00 UTK - Innovation South Build-Out - Prgm | $0.00 | $3,279.21 | $3,279.21 |
| 143 | Civil Design Concepts, P.A.<br>168 Patton Avenue<br>Asheville, NC 28801 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $16,837.50 | $16,837.50 |
| 144 | Clark Atlanta University<br>223 James P. Brawley Drive SW<br>Atlanta, GA  30314 | Lord, Aeck & Sargent, Inc. | Amendment to Professional Services Agreement dated 06/01/2012 | 11136-00 CAU Rehabilitation Park Street Methodist | $0.00 | $0.00 | $0.00 |
| 145 | Clark Atlanta University<br>223 James P. Brawley Drive, SW<br>Atlanta, GA 30314 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 08/27/2019 | 11136-00 CAU Rehabilitation Park Street Methodist | $0.00 | $0.00 | $0.00 |
| 146 | Clark Atlanta University<br>223 James P. Brawley Drive, SW<br>Atlanta, GA 30314 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 08/27/2019 | 11136-00 CAU Rehabilitation Park Street Methodist | $0.00 | $0.00 | $0.00 |
| 147 | CLH Design, P.A.<br>400 Regency Forest Drive<br>Suite 120<br>Cary, NC 27518 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10729-60 ECU Life Sciences | $0.00 | $5,250.00 | $5,250.00 |
| 148 | CLH Design, P.A.<br>400 Regency Forest Drive<br>Suite 120<br>Cary, NC 27518 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $2,395.00 | $2,395.00 |
| 149 | CMTA Inc<br>2429 Members Way Lexington KY<br>Lexington KY | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 01/21/2020 | 11235-00 UK Arboretum Visitor Center Expansion | $0.00 | $0.00 | $0.00 |

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 150 | CMTA Inc<br>2429 Members Way Lexington KY 40504<br>Lexington KY 40504 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 01/21/2020 | 11235-00 UK Arboretum Visitor Center Expansion | $0.00 | $0.00 | $0.00 |
| 151 | CMTA, Inc.<br>2429 Members Way<br>Lexington, KY 40504 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 04/08/2021 | 11447-60 UC CEAS Facilities Master Plan | $0.00 | $0.00 | $0.00 |
| 152 | CMTA, Inc.<br>315 W. Broad St.<br>Suite 400<br>Richmond, VA 23220 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11556-00 SELC Charlottesville Office Fit-Out | $0.00 | $5,750.00 | $5,750.00 |
| 153 | Cole Technologies Group<br>510 Fifth Avenue<br>Pelham, New York 10803 | Lord, Aeck & Sargent, Inc. | Licensing Agreement dated 03/15/2018 | 10730-01 Aaron Diamond AIDS Research Center | $0.00 | $0.00 | $0.00 |
| 154 | Colin Gordon Associates<br>150 North Hill Drive #15<br>Brisbane, CA 94005 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 06/09/2020 | 11094-20 GMU Innovation Lease Space Room 109A | $0.00 | $0.00 | $0.00 |
| 155 | Colin Gordon Associates<br>150 North Hill Drive #15<br>Brisbane, CA 94005 | Lord, Aeck & Sargent, Inc. | Standard form Agreement Between Architect and Consultant dated 05/26/2020 | 11094-20 GMU Innovation Lease Space Room 109A | $0.00 | $0.00 | $0.00 |
| 156 | Colin Gordon Associates<br>150 North Hill Drive #15<br>Brisbane, CA 94005 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 08/21/2020 | 11094-21 Exploratory Hall L304 – SEM/TEM Install | $0.00 | $1,500.00 | $1,500.00 |
| 157 | Colin Gordon Associates<br>150 North Hill Drive #15<br>Brisbane, CA 94005 | Lord, Aeck & Sargent, Inc. | Standard form Agreement Between Architect and Consultant dated 05/26/2020 | 11094-21 Exploratory Hall L304 – SEM/TEM Install | $0.00 | $0.00 | $0.00 |
| 158 | Colin Gordon Associates<br>150 North Hill Drive, Suite 15<br>Brisbane, CA 94005 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $2,250.00 | $2,250.00 |
| 159 | COLONY SQUARE (COLONY MIDTOWN'), L.P<br>400 Colony Square Building<br>Atlanta, GA 30361 | Lord, Aeck & Sargent, Inc. | First Amendment of Lease for Storage dated 09/24/2013 | | $0.00 | $0.00 | $0.00 |
| 160 | Commissioning & Green Building Solutions, Inc. (CxGBS)<br>1885 Lawrenceville Suwanee Rd<br>Suite 110<br>Lawrenceville, GA 30043 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $871.00 | $871.00 |
| 161 | Commissioning Consultants, LLP<br>P.O. Box 6527<br>Greenville, SC 29606 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $1,000.00 | $1,000.00 |
| 162 | Contineo Group, LLC<br>755 Commerce Drive<br>Suite 800<br>Decatur, GA 30030 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 04/10/2019 | 11145-00 Bank of America Plaza Redesign | $0.00 | $0.00 | $0.00 |
| 163 | Contineo Group, LLC<br>755 Commerce Drive<br>Suite 800<br>Decatur, GA 30030 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $370.00 | $370.00 |
| 164 | Conway & Owen, Inc<br>1455 Bluegrass Lakes Parkway<br>Alpharetta, GA 30004 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 08/27/2019 | 11136-00 CAU Rehabilitation Park Street Methodist | $0.00 | $4,387.50 | $4,387.50 |
| 165 | Conway & Owen<br>1455 Bluegrass Lakes Parkway<br>Alpharetta, GA 30004 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 02/02/2021 | 11405-00 201 Joseph E. Lowery Rehabilitation | $0.00 | $13,236.40 | $13,236.40 |
| 166 | Conway & Owen<br>1455 Bluegrass Lakes Parkway<br>Alpharetta, GA 30004 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | | $0.00 | $0.00 | $0.00 |
| 167 | Cooper & Company<br>304 Tribble Gap Road   Suite 100<br>Cumming, GA 30040 | Lord, Aeck & Sargent, Inc. | Digital Data Licensing Agreement dated 12/20/2019 | 10504-02 Duluth Library Design & Construction | $0.00 | $0.00 | $0.00 |
| 168 | Cooper & Company<br>304 Tribble Gap Road Suite 100<br>Cumming, GA 30040 | Lord, Aeck & Sargent, Inc. | Digital Data Licensing Agreement dated 12/20/2019 | 10504-02 Duluth Library Design & Construction | $0.00 | $0.00 | $0.00 |
| 169 | Covenant College<br>14049 Scenic Highway<br>Lookout Mountain, GA 30750 | Lord, Aeck & Sargent, Inc. | Amendment - Non Compete Agreement dated 05/02/2015 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 170 | Covenant College<br>14049 Scenic Highway<br>Lookout Mountain, GA 30750 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 04/19/2018 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 171 | Covenant College<br>14049 Scenic Highway<br>Lookout Mountain, GA 30750 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 06/20/2018 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 172 | Covenant College<br>14049 Scenic Highway<br>Lookout Mountain, GA 30750 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 06/23/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 173 | Covenant College<br>14049 Scenic Highway<br>Lookout Mountain, GA 30750 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 06/23/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 174 | Covenant College<br>14049 Scenic Highway<br>Lookout Mountain, GA 30750 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 06/23/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 175 | Covenant College<br>14049 Scenic Highway<br>Lookout Mountain, Georgia 30750 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 06/23/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 176 | Covenant College<br>14049 Scenic Highway<br>Lookout Mountain, GA 30750 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 06/23/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 177 | Covenant College<br>14049 Scenic Highway<br>Lookout Mountain, GA 30750 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 06/23/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 178 | Covenant College<br>14049 Scenic Highway<br>Lookout Mountain, GA 30750 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 01/16/2017 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 179 | Covenant College<br>14049 Scenic Highway<br>Lookout Mountain, GA 30750 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 06/23/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 180 | Covenant College, a C Corporation in the State of Georgia<br>14049 Scenic<br>Lookout Mountain, Georgia | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 06/23/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |

Note:   Assumption and assignment to be effective as of the later of: (x) closing of the Sale, (y) 14 days following service of this notice, and (z) resolution (as between the parties or by order of the Court) of any timely, pending Cure Objections.

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 181 | Covenant College, a C Corporation in the State of Georgia 14049 Scenic Highway Lookout Mountain, GA 30750 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 06/23/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 182 | Covenant College, a C Corporation in the State of Georgia 14049 Scenic Lookout Mountain, Georgia 30750 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Owner and Architect dated 06/03/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 183 | Covenant College, a C Corporation in the State of Georgia 14049 Scenic Highway Lookout Mountain, Georgia | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 06/23/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 184 | Covenant College 14049 Scenic Highway Lookout Mountain, GA 30750 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 06/23/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 185 | Covenant College David Northcutt Campus Architect, 14049 Scenic Hwy. Lookout Mountain, GA 30750 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 06/23/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 186 | Covenant College 14049 Scenic Highway Lookout Mountain, GA 30750 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 02/19/2010 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 187 | CPP Wind Engineering & Air Quality Consultants 7365 Greendale Road Windsor, CO | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $850.00 | $850.00 |
| 188 | Datacom Design Group, LLC 7600 Burnet Road Suite 350 Austin, TX 78757-1267 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10881-00 Travis County Probate Court | $0.00 | $1,462.50 | $1,462.50 |
| 189 | David Sacks Landscape Architecture, LLC 89 Dartmouth Avenue Avondale Estate, GA 30002 | Lord, Aeck & Sargent, Inc. | Service Contract dated 05/30/2020 | 11276-00 NPS MLK Birth Home Rehabilitation | $0.00 | $3,338.25 | $3,338.25 |
| 190 | David Sacks Landscape Architecture,  LLC 89 Dartmouth Avenue Avondale Estates, GA 30002 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 04/29/2020 | 11277-00 NPS Cumberland Island Parking Lots | $0.00 | $0.00 | $0.00 |
| 191 | David Sacks Landscape Architecture, LLC 89 Dartmouth Avenue Avondale Estates, GA 30002 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 04/29/2020 | 11277-00 NPS Cumberland Island Parking Lots | $0.00 | $0.00 | $0.00 |
| 192 | David Sacks Landscape Architecture 89 Dartmouth Ave Avondale Estates, GA 30002 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 04/16/2021 | 11316-00 NPS CARI Survey & Trail Rehabilitation | $0.00 | $0.00 | $0.00 |
| 193 | David Sacks Landscape Architecture, LLC 89 Dartmouth Avenue Avondale Estates, GA 30002 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 08/12/2020 | 11316-00 NPS CARI Survey & Trail Rehabilitation | $0.00 | $0.00 | $0.00 |
| 194 | David Sacks Landscape Architecture 89 Dartmouth Avenue Avondale Estates, GA 30002 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 04/16/2021 | 11316-00 NPS CARI Survey & Trail Rehabilitation | $0.00 | $0.00 | $0.00 |
| 195 | David I. Sacks dba David Sacks RLA 89 Dartmouth Avenue Avondale Estates, GA 30002 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | | $0.00 | $0.00 | $0.00 |
| 196 | Delta Consulting, Inc. 740 Front Street Natchitoches, LA 71457 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 08/12/2020 | 11316-00 NPS CARI Survey & Trail Rehabilitation | $0.00 | $0.00 | $0.00 |
| 197 | Delta Consulting, Inc. 740 Front Street Natchitoches, LA 71457 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 04/16/2021 | 11316-00 NPS CARI Survey & Trail Rehabilitation | $0.00 | $0.00 | $0.00 |
| 198 | Department of Health and Human Services - Property & Construction Raleigh, NC Raleigh, NC | Lord, Aeck & Sargent, Inc. | Professional Services Agreement dated 12/15/2020 | 11449-60 NC DHHS Virology Renovation | $0.00 | $0.00 | $0.00 |
| 199 | Develop Louisville 611 W JEFFERSON ST LOUISVILLE, KY 40223 | Lord, Aeck & Sargent, Inc. | Purchase Agreement dated 01/09/2020 | 11237-00 Cherokee Triangle Bonnycastle Plan | $0.00 | $0.00 | $0.00 |
| 200 | Dewberry 2610 Wycliff Road #410 Raleigh, NC 27607 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement Between Architect and Consultant dated 08/05/2020 | 11252-60 Duke Chesterfield 2020 | $0.00 | $0.00 | $0.00 |
| 201 | Dewberry Engineers, Inc. 2610 Wycliff Road #410 Raleigh, NC 27607 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement Between Architect and Consultant dated 05/19/2020 | 11270-60 Duke Bryan - Huang Lab | $0.00 | $0.00 | $0.00 |
| 202 | Dewberry Engineers, Inc. 2610 Wycliff Road #410 Raleigh, NC 27607 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement Amendment Number: 001 dated 04/22/2021 | 11270-60 Duke Bryan - Huang Lab | $0.00 | $0.00 | $0.00 |
| 203 | Dewberry Engineers Inc. PO Box 821824 Philadelphia, PA 19182-1824 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $8,670.00 | $8,670.00 |
| 204 | Diversified/DC River 300 S Krueger Street Suring, WI 54174 | Lord, Aeck & Sargent, Inc. | Digital Data Licensing Agreement dated 11/01/2018 | 10730-01 Aaron Diamond AIDS Research Center | $0.00 | $0.00 | $0.00 |
| 205 | DOI, NPS, NERO & NER SOUTH KABO National Park Service Northeast Regional Contracting South/Philadelphia MABO 1234 Market Street, 20th Floor Philadelphia PA 19107 | Lord, Aeck & Sargent, Inc. | Amendment of Solicitation/Modification of Contract 09/20/2019 | 11186-00 NPS Shenandoah Skyline Drive Stone Walls | $0.00 | $0.00 | $0.00 |
| 206 | DORMA USA, Inc. One Derma Drive Reamstown, PA 17567 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant for Special Services dated 12/11/2017 | 10730-01 Aaron Diamond AIDS Research Center | $0.00 | $0.00 | $0.00 |
| 207 | DPR Construction 3301 Windy Ridge Parkway, Suite 500 Atlanta GA 30339 | Lord, Aeck & Sargent, Inc. | Professional Services Agreement dated 02/26/2021 | 11168-01 GATV Innovation Labs Design/Build Svcs | $0.00 | $0.00 | $0.00 |
| 208 | DPR Construction 3301 Windy Ridge Parkway, Suite 500 Atlanta GA 30339 | Lord, Aeck & Sargent, Inc. | Professional Services Agreement dated 02/26/2021 | 11168-01 GATV Innovation Labs Design/Build Svcs | $0.00 | $0.00 | $0.00 |
| 209 | DPR Construction, A General Partnership 3301 Windy Ridge Parkway Suite 500 Atlanta, GA 30339 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 08/07/2020 | 11168-01 GATV Innovation Labs Design/Build Svcs | $0.00 | $0.00 | $0.00 |

Note:  Assumption and assignment to be effective as of the later of: (x) closing of the Sale, (y) 14 days following service of this notice, and (z) resolution (as between the parties or by order of the Court) of any timely, pending Cure Objections.

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 210 | DPR Construction, A General Partnership 3301 Windy Ridge Parkway  Suite 500 Atlanta, GA 30339 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 08/07/2020 | 11168-01 GATV Innovation Labs Design/Build Svcs | $0.00 | $0.00 | $0.00 |
| 211 | Duke University Health System DUMC 3019 Durham, NC  27710 | Lord, Aeck & Sargent, Inc. | form of Agreement dated 08/10/2020 | 11281-60 Duke BSL3 Study | $0.00 | $0.00 | $0.00 |
| 212 | Dutton Engineering P.O. Box 25369 Greenville, SC 29616 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10987-00 Clemson Daniel Hall Renovation and Expan | $0.00 | $1,500.00 | $1,500.00 |
| 213 | Dynamic Civil Solutions, Inc 2210 2nd Avenue North Birmingham, AL 35203 | Lord, Aeck & Sargent, Inc. | Amendment To The Consultant Services Agreement dated 11/14/2019 | 11199-60 Gaston Hotel Phase 2 | $0.00 | $0.00 | $0.00 |
| 214 | Dynamite Civil Solutions, Inc. 2210 2nd Avenue North Birmingham, AL 35203 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant for Special Services dated 11/14/2019 | 11199-60 Gaston Hotel Phase 2 | $0.00 | $0.00 | $0.00 |
| 215 | Dynamic Civil Solutions, Inc 2210 2nd Avenue North Birmingham, AL 35203 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement  Amendment Number: 001 dated 02/10/2021 | 11199-60 Gaston Hotel Phase 2 | $0.00 | $0.00 | $0.00 |
| 216 | Dynamic Civil Solutions 2210 2nd Avenue North Birmingham, AL 35203 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 07/17/2020 | 11365-60 St Paul UMC Exterior Restoration | $0.00 | $8,387.00 | $8,387.00 |
| 217 | Dynamic Civil Solutions, Inc. 2210 2nd Aveue North Birmingham, AL 35203 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | | $0.00 | $0.00 | $0.00 |
| 218 | E. Escher Inc 655 Hembree Parkway Suite G Roswell, GA 30076 | Lord, Aeck & Sargent, Inc. | Digital Data Licensing Agreement dated 06/08/2016 | 11168-01 GATV Innovation Labs Design/Build Svcs | $0.00 | $0.00 | $0.00 |
| 219 | Earth Play, LLC 502 South Albany Street Ithaca, NY 14850 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 09/04/2019 | 11095-00 Camp Twin Lakes Rutledge II | $0.00 | $0.00 | $0.00 |
| 220 | East Carolina University 1001 East Fourth Street Greenville, NC 27858-4353 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 01/18/2018 | 10729-60 ECU Life Sciences | $0.00 | $0.00 | $0.00 |
| 221 | East Carolina University 1001 East Fourth Street Greenville, NC 27858-4353 | Lord, Aeck & Sargent, Inc. | Agreement  Between Owner and Designer dated 08/08/2017 | 10729-60 ECU Life Sciences | $0.00 | $0.00 | $0.00 |
| 222 | Eberly & Associates 2951 Flowers Road South #119 Atlanta, GA 30341 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 03/15/2019 | 11136-00 CAU Rehabilitation Park Street Methodist | $0.00 | $1,225.00 | $1,225.00 |
| 223 | Eberly & Associates 2915 Flowers Road South Suite 119 Atlanta GA 30341 Atlanta GA 30341 | Lord, Aeck & Sargent, Inc. | Subconsulting Services Agreement dated 03/10/2020 | 11241-00 Oglethorpe University - Schall Woodland | $0.00 | $0.00 | $0.00 |
| 224 | Eberly & Associates, Inc. 2951 Flowers Road South #119 Atlanta, GA 30341 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 02/02/2021 | 11405-00 201 Joseph E. Lowery Rehabilitation | $0.00 | $7,758.03 | $7,758.03 |
| 225 | Eberly & Associates, Inc. 2951 Flowers Road South Suite 119 Atlanta, GA 30345 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11439-00 GSU - Dental Hygiene Teaching Lab Add | $0.00 | $3,850.00 | $3,850.00 |
| 226 | EHI Consultants 815 W. Market Street #304 Louisville, KY 40202 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant for Special Services dated 01/12/2021 | 11399-00 Louisville Metro Dist 21 Historic Survey | $0.00 | $0.00 | $0.00 |
| 227 | EJP Consulting Group, LLC Corporate Office PO Box 56434 Washington, DC 20040 | Lord, Aeck & Sargent, Inc. | Consulting Agreement dated 03/01/2021 | 11530-00 Fresno Housing Authority CNI | $0.00 | $0.00 | $0.00 |
| 228 | Enica Engineering, PLLC. 39 West 37th Street 16th Floor New York, NY 10018 | Lord, Aeck & Sargent, Inc. | Digital Data Licensing Agreement dated 09/05/2018 | 10730-01 Aaron Diamond AIDS Research Center | $0.00 | $0.00 | $0.00 |
| 229 | Ennead Architects LLP PO BOX 22339 New York, NY 10087 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $75,000.00 | $75,000.00 |
| 230 | Environs, Inc. 4426 Greenbriar Rd Louisville, KY 40207 Louisville, KY 40207 | Lord, Aeck & Sargent, Inc. | Professional Services Agreement dated 02/07/2020 | 11237-00 Cherokee Triangle Bonnycastle Plan | $0.00 | $0.00 | $0.00 |
| 231 | Evergreen Architectural Arts 253 36th Street Suite 5-C Brooklyn, NY 11232 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 06/30/2020 | 11337-00 NPS - THLH Title III Services | $0.00 | $4,576.00 | $4,576.00 |
| 232 | Evergreen Architectural Arts 253 36th Street Suite 5-C Brooklyn, NY 11232 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement  Amendment Number: 001 dated 02/24/2021 | 11337-00 NPS - THLH Title III Services | $0.00 | $0.00 | $0.00 |
| 233 | Evergreene Architectural Arts, Inc 3009 Kaverton Road District Heights, MD 20747 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | | $0.00 | $0.00 | $0.00 |
| 234 | Fisher Engineering, Inc. 10475 Medlock Bridge Road Suite 520 Johns Creek, GA 30097 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 09/04/2019 | 11095-00 Camp Twin Lakes Rutledge II | $0.00 | $0.00 | $0.00 |
| 235 | Flippo Civil Design 1201 Peachtree Street #300 Atlanta, GA 30361 | Lord, Aeck & Sargent, Inc. | Master Agreement Between Architect and Consultant dated 02/25/2020 | 11055-05 Peachtree Church Campus Improvements | $0.00 | $0.00 | $0.00 |
| 236 | Flippo Civil Design, Inc. 1201 Peachtree Street NE #300 Atlanta, GA 30361 | Lord, Aeck & Sargent, Inc. | Master Agreement Between Architect and Consultant for Services Provided Under Multiple Service Orders dated 12/09/2019 | 11055-05 Peachtree Church Campus Improvements | $0.00 | $0.00 | $0.00 |
| 237 | Fox Theater, Inc. 60 Peachtree Street NE Atlanta, GA 30308 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement Between Owner and Architect dated 08/07/2018 | 10687-03 Fox Theatre Lobby Expansion/Apt Concept | $0.00 | $0.00 | $0.00 |
| 238 | Freedman Engineering Group 1000 Whitlock Avenue Suite 320, #218 Marietta, GA 30064 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 05/30/2020 | 11276-00 NPS MLK Birth Home Rehabilitation | $0.00 | $0.00 | $0.00 |

Note:   Assumption and assignment to be effective as of the later of: (x) closing of the Sale, (y) 14 days following service of this notice, and (z) resolution (as between the parties or by order of the Court) of any timely, pending Cure Objections.

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 239 | Freedman Engineering Group 1000 Whitlock Avenue Suite 320, #218 Marietta, GA 30064 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 04/15/2020 | 11277-00 NPS Cumberland Island Parking Lots | $0.00 | $7,231.56 | $7,231.56 |
| 240 | Freedman Engineering Group 1000 Whitlock Avenue Suite 320 #218 Marietta, GA 30064 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 03/01/2021 | 11293-01 NPS MALU Exterior Lighting Improvements | $0.00 | $0.00 | $0.00 |
| 241 | Freedman Engineering Group 1000 Whitlock Avenue Suite 320, #218 Marietta, GA 30064 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 06/18/2020 | 11304-00 NPS Carter Boyhood Home Fire Protection | $0.00 | $0.00 | $0.00 |
| 242 | Freedman Engineering Group 1000 Whitlock Avenue Suite 320, #218 Marietta, GA 30064 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 09/04/2020 | 11304-00 NPS Carter Boyhood Home Fire Protection | $0.00 | $0.00 | $0.00 |
| 243 | Freedman Engineering Group 1000 Whitlock Avenue Suite 320, #218 Marietta, Georgia 30064 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 08/12/2020 | 11316-00 NPS CARI Survey & Trail Rehabilitation | $0.00 | $0.00 | $0.00 |
| 244 | Freedman Engineering Group 1000 Whitlock Avenue   Suite 320, #218 Marietta, Georgia 30064 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 04/16/2021 | 11316-01 NPS CARI Oakland Plantation's Riverbank | $0.00 | $0.00 | $0.00 |
| 245 | Freedman Engineering Group 1000 Whitlock Avenue #320 Marietta, GA 30064 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 07/20/2020 | 11317-00 NPS Cumberland GAP NHP Gap Creek | $0.00 | $634.27 | $634.27 |
| 246 | Freedman Engineering Group 1000 Whitlock Avenue Suite 320, #218 Marietta, GA 30064 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 08/15/2020 | 11376-00 NPS MALU Retaining Wall & French Drain | $0.00 | $0.00 | $0.00 |
| 247 | Freedman Engineering Group 1000 Whitlock Avenue Suite 525, #218 Marietta, Georgia 30064 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 09/23/2020 | 11424-60 NPS Carver Museum Rehabilitation | $0.00 | $0.00 | $0.00 |
| 248 | Freedman Engineering Group 1000 Whitlock Avenue Suite 320, #218 Marietta, GA 30064 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | | $0.00 | $0.00 | $0.00 |
| 249 | Garbutt Construction | Lord, Aeck & Sargent, Inc. | Agreement Between Design Builder  and Design Professional for Limited Architectural Services dated 04/16/2021 | 11588-00 First Baptist Church of Savannah Plan | $0.00 | $0.00 | $0.00 |
| 250 | GeoHydro Engineers, Inc. 1000 Cobb Place Boulevard Suite 290 Kennesaw, Georgia 30144 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 12/02/2020 | 11187-00 NPS - HSR, DD and CD for Historic Sites | $0.00 | $0.00 | $0.00 |
| 251 | GeoHydro Engineers 1000 Cobb Place Boulevard Suite 290 Kennesaw, GA 30144 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant for Special Services dated 06/05/2020 | 11276-00 NPS MLK Birth Home Rehabilitation | $0.00 | $0.00 | $0.00 |
| 252 | GeoHydro Engineers 1000 Cobb Place Boulevard Suite 290 Kennesaw, GA 30144 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 04/29/2020 | 11277-00 NPS Cumberland Island Parking Lots | $0.00 | $0.00 | $0.00 |
| 253 | GeoHydro 1000 Cobb Place Blvd. #290 Kennesaw, Georgia 30144 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 07/20/2020 | 11317-00 NPS Cumberland GAP NHP Gap Creek | $0.00 | $0.00 | $0.00 |
| 254 | GeoHydro Engineeers, Inc. 1000 Cobb Place Boulevard Suite 290 Kennesaw, Georgia 30144 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant for Special Services 08/04/2020 | 11376-00 NPS MALU Retaining Wall & French Drain | $0.00 | $0.00 | $0.00 |
| 255 | GeoHydro Engineers, Inc. 1000 Cobb Place Boulevard Suite 290 Kennesaw, GA 30144 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 09/23/2020 | 11424-60 NPS Carver Museum Rehabilitation | $0.00 | $0.00 | $0.00 |
| 256 | George Mason University 9485 Innovation Drive Manassas, VA 20110 | Lord, Aeck & Sargent, Inc. | Professional Services Agreement dated 01/16/2020 | 11094-20 GMU Innovation Lease Space Room 109A | $0.00 | $0.00 | $0.00 |
| 257 | George Mason University 9485 Innovation Drive Manassas, VA 20110 | Lord, Aeck & Sargent, Inc. | Contract for  Professional Services dated 07/13/2020 | 11094-21 Exploratory Hall L304 – SEM/TEM Install | $0.00 | $0.00 | $0.00 |
| 258 | George Mason University 9485 Innovation Drive Manassas, VA 20110 | Lord, Aeck & Sargent, Inc. | Contract for Professional Services dated 02/17/2020 | 11094-21 Exploratory Hall L304 – SEM/TEM Install | $0.00 | $0.00 | $0.00 |
| 259 | Georgia Civil, Inc. 311 North Main Street Unit C, Suite 101 PO BOX 896 Madison, GA 30650 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 04/02/2019 | 11095-00 Camp Twin Lakes Rutledge II | $0.00 | $6,800.52 | $6,800.52 |
| 260 | Georgia Civil, Inc. P.O. Box 896 Madison, GA 30650 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | | $0.00 | $0.00 | $0.00 |
| 261 | Georgia Tech Facilities, Inc. 221 Uncle Heinie Way, Lyman Hall Atlanta, GA 30332-0257 | Lord, Aeck & Sargent, Inc. | Services Agreement Amendment 2 dated 05/12/2016 | 10688-00 GA Tech - Living Building Project | $0.00 | $0.00 | $0.00 |
| 262 | Georgia Tech Facilities, Inc. 221 Uncle Heinie Way, Lyman Hall Atlanta, GA 30332-0257 | Lord, Aeck & Sargent, Inc. | Services Agreement Amendment 1 dated 05/12/2016 | 10688-00 GA Tech - Living Building Project | $0.00 | $0.00 | $0.00 |
| 263 | Georgia Tech Facilities, Inc. 221 Uncle Heinie Way Lyman Hall Atlanta, GA 30332-0257 | Lord, Aeck & Sargent, Inc. | Services Agreement Amendment 3 dated 05/12/2016 | 10688-00 GA Tech - Living Building Project | $0.00 | $0.00 | $0.00 |
| 264 | Georgia Tech Facilities, Inc. 221 Uncle Heinie Way Atlanta, GA 30332 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 06/19/2018 | 10688-00 GA Tech - Living Building Project | $0.00 | $0.00 | $0.00 |
| 265 | Georgia Tech Facilities, Inc. 221 Uncle Heinie Way Lyman Hall Atlanta, GA 30332-0257 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 05/12/2016 | 10688-00 GA Tech - Living Building Project | $0.00 | $0.00 | $0.00 |
| 266 | Georgia Tech Facilities, Inc. 221 Uncle  Heinie Way, Lyman Hall Atlanta, GA 30332-0257 | Lord, Aeck & Sargent, Inc. | General Consultant Agreement dated 11/13/2018 | 10688-02 Kendeda Building LEED Services | $0.00 | $0.00 | $0.00 |
| 267 | GeoSurvey, Ltd. 1660 Barnes Mill Road Marietta, Georgia 30062 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 10/09/2018 | 11257-00 NPS CRNRA Boundary Survey 2020 | $0.00 | $174.90 | $174.90 |
| 268 | GeoSurvey, Ltd. 1660 Barnes Mill Road Marietta, GA 30062 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 03/18/2020 | 11257-00 NPS CRNRA Boundary Survey 2020 | $0.00 | $0.00 | $0.00 |
| 269 | GeoSurvey, Ltd. 1660 Barnes Mill Road Marietta, Georgia 30062 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 08/04/2020 | 11376-00 NPS MALU Retaining Wall & French Drain | $0.00 | $0.00 | $0.00 |

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 270 | GeoSurvey, Ltd.<br>1660 Barnes Mill Road<br>Marietta, Georgia 30062 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 09/08/2020 | 11408-60 NPS Russell Cave Visitor Ctr Rehab | $0.00 | $0.00 | $0.00 |
| 271 | GeoSurvey, Ltd.<br>1660 Barnes Mill Road<br>Marietta, Georgia 30062 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 09/23/2020 | 11424-60 NPS Carver Museum Rehabilitation | $0.00 | $0.00 | $0.00 |
| 272 | GeoSurvey, Ltd.<br>1660 Barnes Mill Road<br>Marietta, GA 30062 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | | $0.00 | $0.00 | $0.00 |
| 273 | Gessner Engineering<br>2501 Ashford Drive<br>College Station, TX 77840 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 07/10/2019 | 11087-00 TAMU West Campus Dining Facility | $0.00 | $0.00 | $0.00 |
| 274 | Gessner Engineering<br>2501 Ashford Drive<br>College Station, TX, 77840 | Lord, Aeck & Sargent, Inc. | Service Contract dated 07/19/2019 | 11087-00 TAMU West Campus Dining Facility | $0.00 | $0.00 | $0.00 |
| 275 | Gessner Engineering<br>2501 Ashford Drive<br>College Station, TX 77840 | Lord, Aeck & Sargent, Inc. | Service Contract dated 07/10/2019 | 11087-00 TAMU West Campus Dining Facility | $0.00 | $0.00 | $0.00 |
| 276 | Gessner Engineering<br>2501 Ashford Drive<br>College Station, TX 77840 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 07/10/2019 | 11087-00 TAMU West Campus Dining Facility | $0.00 | $0.00 | $0.00 |
| 277 | Gessner Engineering, LLC<br>401 West 26th Street, Suite 3<br>Bryan, TX 77803 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $315.00 | $315.00 |
| 278 | GHC Facility Consultants, Inc.<br>42 West 38th Street<br>New York, NY 10018 | Lord, Aeck & Sargent, Inc. | Licensing Agreement dated 03/01/2018 | 10730-01 Aaron Diamond AIDS Research Center | $0.00 | $0.00 | $0.00 |
| 279 | Giacalone Design  Services Inc, | Lord, Aeck & Sargent, Inc. | Professional Service Contract dated 04/18/2019 | | $0.00 | $0.00 | $0.00 |
| 280 | Good Places LLC<br>1742 Ridgeway Avenue<br>Atlanta, GA 30318 | Lord, Aeck & Sargent, Inc. | Agreement Between Owner and Architect dated 09/22/2020 | 11416-00 College Park UMC HTC Consulting | $0.00 | $0.00 | $0.00 |
| 281 | Gordon Burns CCA, LLC<br>4596 Club Drive NE<br>Atlanta, GA 30319 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10504-03 Duluth Library Design & Construction | $0.00 | $343.00 | $343.00 |
| 282 | Gordon Burns CCA, LLC<br>4596 Club Drive NE<br>Atlanta, GA 30319 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11262-01 Sage Hall Phase One Renovations | $0.00 | $3,132.00 | $3,132.00 |
| 283 | GRESHAM SMITH<br>111 W. Main Street<br>Louisville, KY 40202 | Lord, Aeck & Sargent, Inc. | Subconsulting Services Agreement dated 02/14/2020 | 11237-00 Cherokee Triangle Bonnycastle Plan | $0.00 | $500.00 | $500.00 |
| 284 | Gresham Smith and Partners<br>222 Second Avenue, South<br>Suite 1400<br>Nashville, TN 37201-2308 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | | $0.00 | $0.00 | $0.00 |
| 285 | Grubb Properties, Inc.<br>4601 Park Road #450<br>Charlotte, NC 28209 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement Between Owner and Architect dated 04/01/2020 | 11248-60 Link Mint Street | $0.00 | $0.00 | $0.00 |
| 286 | Grubb Properties, Inc.<br>4601 Park Road #450<br>Charlotte, NC 28209 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement Between Owner and Architect dated 03/19/2020 | 11249-60 Link Montford Phase II | $0.00 | $0.00 | $0.00 |
| 287 | Grubb Properties, Inc.<br>4601 Park Road #450<br>Charlotte, NC 28209 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement Between Owner and Architect dated 04/01/2020 | 11256-00 Link Broad Avenue | $0.00 | $0.00 | $0.00 |
| 288 | Grubb Properties, Inc.<br>4601 Park Road #450<br>Charlotte, NC 28209 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement Between Owner and Architect dated 04/08/2020 | 11274-60 Link 4th Street | $0.00 | $0.00 | $0.00 |
| 289 | Grubb Properties, Inc.<br>4601 Park Road #450<br>Charlotte, NC 28209 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 05/29/2020 | 11295-00 Link Fitzsimmons | $0.00 | $0.00 | $0.00 |
| 290 | Gunn & Associates, P.C.<br>1200 Providence Park<br>Suite 200<br>Birmingham, AL 35242 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 12/10/2020 | 11290-00 Birmingham Prince Hall Lodge Rehab | $0.00 | $0.00 | $0.00 |
| 291 | Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046-6935 | Lord, Aeck & Sargent, Inc. | Design Agreement Standard Conditions dated 03/07/2018 | 10504-02 Duluth Library Design & Construction | $0.00 | $0.00 | $0.00 |
| 292 | HDR Architecture, Inc.<br>PO BOX 3480<br>Omaha, NE 68103 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10141-00 | $0.00 | $843.84 | $843.84 |
| 293 | HDR Architecture, Inc.<br>PO BOX 3480<br>Omaha, NE 68103 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $76,111.12 | $76,111.12 |
| 294 | HDR Engineering, Inc.<br>4830 W. Kennedy Boulevard, #400<br>Tampa, Fl 33609 | Lord, Aeck & Sargent, Inc. | Amendment To The Consultant Services Agreement dated 04/14/2020 | 11163-00 NPS Ft. Jefferson Counterscarp Repair VA | $0.00 | $9,187.91 | $9,187.91 |
| 295 | HDR Engineering, Inc.<br>4830 W. Kennedy Boulevard, #400<br>Tampa, FL 33609 | Lord, Aeck & Sargent, Inc. | Amendment To The Consultant Services Agreement dated 06/01/2020 | 11163-00 NPS Ft. Jefferson Counterscarp Repair VA | $0.00 | $0.00 | $0.00 |
| 296 | HDR Engineering, Inc.<br>4830 W. Kennedy Boulevard Suite 400<br>Tampa, FL 33609 | Lord, Aeck & Sargent, Inc. | Service Order dated 09/10/2019 | 11163-00 NPS Ft. Jefferson Counterscarp Repair VA | $0.00 | $0.00 | $0.00 |
| 297 | HDR Engineering, Inc.<br>4830 W. Kennedy Boulevard Suite 400<br>Tampa FL, 33609 | Lord, Aeck & Sargent, Inc. | Service Order dated 09/10/2019 | 11163-00 NPS Ft. Jefferson Counterscarp Repair VA | $0.00 | $0.00 | $0.00 |
| 298 | HDR Engineering, Inc.<br>1917 South 67th Street<br>Omaha, NE 68114 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 05/13/2020 | 11177-00 NPS EVERTamiami Trail Phase II | $0.00 | $0.00 | $0.00 |
| 299 | HDR Engineering, Inc.<br>1917 South 67th Street<br>Omaha, NE 68114 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 09/19/2019 | 11177-00 NPS EVERTamiami Trail Phase II | $0.00 | $0.00 | $0.00 |
| 300 | HDR Engineering, Inc.<br>1917 South 67th Street<br>Omaha, NE 68114 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement Between Architect and Consultant dated 09/19/2019 | 11177-00 NPS EVERTamiami Trail Phase II | $0.00 | $0.00 | $0.00 |
| 301 | HDR Engineering, Inc.<br>1917 South 67th Street<br>Omaha, NE 68114 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 05/28/2020 | 11186-00 NPS Shenandoah Skyline Drive Stone Walls | $0.00 | $0.00 | $0.00 |

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 302 | HDR Engineering, Inc.<br>1917 South 67th Street<br>Omaha, NE 68114 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement<br><br>Amendment Number: 002 dated 05/05/2021 | 11186-00 NPS Shenandoah Skyline Drive Stone Walls | $0.00 | $0.00 | $0.00 |
| 303 | HDR Engineering, Inc.<br>1917 South 67th Street<br>Omaha, NE 68114 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement dated 07/08/2020 | 11318-00 NPS Ft. Caroline National Memorial Dock | $0.00 | $32,384.81 | $32,384.81 |
| 304 | HDR, Inc. dba HDR Engineering<br>2517 Sir Barton Way<br>Lexington, KY 40509 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11327-00 NPS Vicksburg NMP Park-Wide Road Study | $0.00 | $249,419.30 | $249,419.30 |
| 305 | HDR Engineering, Inc.<br>1917 South 67th Street<br>Omaha, NE 68114 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement Between Architect and Consultant dated 09/15/2020 | 11336-00 NPS Harper's Ferry & HP Training Center | $0.00 | $1,495.06 | $1,495.06 |
| 306 | HDR Engineering, Inc<br>1917 South 67th Street<br>Omaha, NE 68114 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement dated 07/31/2020 | 11362-00 NPS Ft. Jefferson Dredging Analysis | $0.00 | $3,385.25 | $3,385.25 |
| 307 | HDR Engineering, Inc.<br>1917 South 67th Street<br>Omaha, NE 68114 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement<br><br>Amendment Number: 001 dated 03/11/2021 | 11362-00 NPS Ft. Jefferson Dredging Analysis | $0.00 | $0.00 | $0.00 |
| 308 | HDR Engineering, Inc.<br>1917 South 67th Street<br>Omaha, Nebraska 68114 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement Between Architect and Consultant dated 04/06/2021 | 11369-00 NPS GRSM Replace Wastewater System | $0.00 | $0.00 | $0.00 |
| 309 | HDR, Inc. dba HDR Engineering<br>2517 Sir Barton Way<br>Lexington, KY 40509 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $61,320.13 | $61,320.13 |
| 310 | HHB Engineers, P.C.<br>104 Josie Run<br>Prattville, AL 36066 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 11/08/2019 | 11199-60 Gaston Hotel Phase 2 | $0.00 | $0.00 | $0.00 |
| 311 | HHB Engineers, P.C.<br>104 Josie Run<br>Prattville, AL 36066 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 12/10/2020 | 11290-00 Birmingham Prince Hall Lodge Rehab | $0.00 | $0.00 | $0.00 |
| 312 | Highlands Performing Arts Center Inc<br>PO Box 296<br>Highlands, NC 28741 | Lord, Aeck & Sargent, Inc. | Service Contract dated 09/01/2020 | 11388-60 Highlands Performing Arts Center | $0.00 | $0.00 | $0.00 |
| 313 | Historic District Developers, LLC<br>319 17th Street North<br>Suite 200<br>Birmingham, AL 35203 | Lord, Aeck & Sargent, Inc. | Standard Short form of Agreement Between Owner and Architect dated 08/10/2020 | 11290-00 Birmingham Prince Hall Lodge Rehab | $0.00 | $0.00 | $0.00 |
| 314 | Historic District Developers, LLC<br>319 17th Street North Suite 200<br>Birmingham, AL 35203 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 05/19/2021 | 11290-00 Birmingham Prince Hall Lodge Rehab | $0.00 | $0.00 | $0.00 |
| 315 | IMEG<br>623 26th Avenue<br>Rock Island, IL 61201 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10881-00 Travis County Probate Court | $0.00 | $2,581.00 | $2,581.00 |
| 316 | Integral Consulting Engineering<br>1000 Marietta St NW ste 238<br>Atlanta GA 30318 | Lord, Aeck & Sargent, Inc. | Amendment to Consultant Service Agreement dated 04/24/2020 | 11178-00 Trees Atlanta - New Urban Ecology Center | $0.00 | $0.00 | $0.00 |
| 317 | Integral Consulting Engineering<br>1000 Marietta St 238<br>Atlanta GA 30318 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 07/13/2020 | 11178-00 Trees Atlanta - New Urban Ecology Center | $0.00 | $0.00 | $0.00 |
| 318 | Integral Consulting Engineering<br>1000 Marietta Street NW #238<br>Atlanta, GA 30318 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 03/29/2019 | 11275-00 Lifecycle Building Center Renovation | $0.00 | $0.00 | $0.00 |
| 319 | Integral Consulting Engineering<br>1000 Marietta Street NW #238<br>Atlanta, GA 30318 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 03/28/2019 | 11275-00 Lifecycle Building Center Renovation | $0.00 | $0.00 | $0.00 |
| 320 | Integral Group, LLC<br>1000 Marietta Street NW<br>Suite 112<br>Atlanta, GA 30318 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $27,490.00 | $27,490.00 |
| 321 | Integrated Engineering<br>166 Prosperous Place Suite 220<br>Lexington, KY 40509 | Lord, Aeck & Sargent, Inc. | Service Contract dated 02/22/2019 | 11069-00 AU Associates - The Oasis at Kearney Cre | $0.00 | $0.00 | $0.00 |
| 322 | Integrated Engineering<br>166 Prosperous Place<br>Suite 220<br>Lexington, KY 40509 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 02/22/2018 | 11069-00 AU Associates - The Oasis at Kearney Cre | $0.00 | $0.00 | $0.00 |
| 323 | Integrated Engineering<br>166 Prosperous Place Suite 220<br>Lexington, KY 40509 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 02/25/2020 | 11161-00 Polo Club Senior Housing | $0.00 | $1,321.28 | $1,321.28 |
| 324 | Integrated Engineering<br>166 Prosperous Place Suite 220<br>Lexington, KY 40509 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 02/25/2020 | 11161-00 Polo Club Senior Housing | $0.00 | $0.00 | $0.00 |
| 325 | Integrated Engineering<br>166 Prosperous Place Suite 220<br>Lexington, KY 40509 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 08/12/2020 | 11161-00 Polo Club Senior Housing | $0.00 | $0.00 | $0.00 |
| 326 | Integrated Engineering<br>166 Prosperous Place Suite 220<br>Lexington, KY 40509 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 08/12/2020 | 11161-00 Polo Club Senior Housing | $0.00 | $0.00 | $0.00 |
| 327 | Integrated Engineering, PLLC<br>166 Prosperous Place<br>Suite 220<br>Lexington, KY 40509 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 02/25/2020 | 11161-00 Polo Club Senior Housing | $0.00 | $0.00 | $0.00 |
| 328 | Integrated Engineering, PLLC<br>166 Prosperous Place Suite 220<br>Lexington, KY 40509 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement<br><br>Amendment Number: 002 dated 02/15/2021 | 11161-00 Polo Club Senior Housing | $0.00 | $0.00 | $0.00 |
| 329 | Integrated Engineering, operating as PRIME AE Group, Inc.<br>166 Prosperous Place<br>Suite 220<br>Lexington, KY 40509 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11161-01 AU Associates Interior Design | $0.00 | $2,671.28 | $2,671.28 |
| 330 | Integrated Engineering, PLLC<br>166 Prosperous Place<br>Suite 220<br>Lexington, KY 40509 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 02/08/2021 | 11476-60 UK - Delta Gamma Add / Reno | $0.00 | $0.00 | $0.00 |

Note:   Assumption and assignment to be effective as of the later of: (x) closing of the Sale, (y) 14 days following service of this notice, and (z) resolution (as between the parties or by order of the Court) of any timely, pending Cure Objections.

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 331 | Integrity Structural, Corporation 12777 Jones Road  Suite 388 Houston, TX 77070 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 04/24/2015 | 10399-00 Birmingham Lakeview | $0.00 | $2,850.00 | $2,850.00 |
| 332 | Integrity Structural Corp. 12777 Jones Road Suite 388 Houston, TX 77070 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10399-60 Birmingham Metro Rebuild A/E Consulting | $0.00 | $54,847.84 | $54,847.84 |
| 333 | International Fire Protection Inc. 5740 Highway 58 Harrison, Tennessee 3734 | Lord, Aeck & Sargent, Inc. | Licensing Agreement | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 334 | Intertek-Professional Service Industries, Inc. (PSI) 95 Chastain Road, NW Suite 301 Kennesaw, Georgia 30144 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 08/27/2020 | 11358-00 NPS REER HVAC System Design | $0.00 | $0.00 | $0.00 |
| 335 | Interweave People Place 935 Burns Drive SW Atlanta GA 30310 | Lord, Aeck & Sargent, Inc. | Amendment to Consultant Service Agreement dated 04/24/2020 | 11178-00 Trees Atlanta - New Urban Ecology Center | $0.00 | $0.00 | $0.00 |
| 336 | Interweave People Place 935 Burns Drive SW Atlanta, GA 30310 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 02/07/2020 | 11178-00 Trees Atlanta - New Urban Ecology Center | $0.00 | $0.00 | $0.00 |
| 337 | J& A Engineering Consultants, LLC 4994 Lower Roswell Road  Suite I Marietta, Georgia 30068 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 08/29/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 338 | J&A Engineering, LLC 4994 Lower Roswell Road Suite 1 Marietta, GA 30068 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10504-03 Duluth Library Design & Construction | $0.00 | $8,230.00 | $8,230.00 |
| 339 | J&A Engineering, LLC 4994 Lower Roswell Road Suite 1 Marietta, GA 30068 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10928-00 WVU Beckley P3 Student Housing | $0.00 | $8,401.00 | $8,401.00 |
| 340 | J&A Engineering, LLC 4994 Lower Roswell Road Suite 1 Marietta, Georgia 30068 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement dated 12/10/2020 | 11290-00 Birmingham Prince Hall Lodge Rehab | $0.00 | $0.00 | $0.00 |
| 341 | J&A Engineering, LLC 4994 Lower Roswell Road Suite 1 Marietta, GA 30068 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11290-60 Birmingham Prince Hall Lodge Rehab | $0.00 | $2,194.00 | $2,194.00 |
| 342 | J&A Engineering, LLC 1175 Peachtree Street Marietta, Georgia 30068 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement Between Architect and Consultant dated 03/15/2021 | 11405-00 201 Joseph E. Lowery Rehabilitation | $0.00 | $3,165.00 | $3,165.00 |
| 343 | J&A Engineering, LLC 4994 Lower Roswell Road Suite 1 Marietta, GA 30068 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11439-00 GSU - Dental Hygiene Teaching Lab Add | $0.00 | $1,350.00 | $1,350.00 |
| 344 | J&A Engineering, LLC 4994 Lower Roswell Road Suite 1 Marietta, GA 30068 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $7,112.50 | $7,112.50 |
| 345 | Jablonski Building Conservation, Inc 40 West 27th Street  Suite 1201 New York, NY 10001 | Lord, Aeck & Sargent, Inc. | Service Contract dated 06/05/2020 | 11276-00 NPS MLK Birth Home Rehabilitation | $0.00 | $3,040.00 | $3,040.00 |
| 346 | Jablonski Building Conservation, Inc. 40 West 27th Street 12th Floor New York, NY 10001 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | | $0.00 | $0.00 | $0.00 |
| 347 | Janette and Skip Hobbie | Lord, Aeck & Sargent, Inc. | Project Initiation Agreement Between Owner and Architect dated 01/26/2021 | 11516-00 The Pike Street Wine House | $0.00 | $0.00 | $0.00 |
| 348 | Jensen Hughes, Inc. 3610 Commerce Drive #817 Baltimore, MD 21227 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10979-00 UDR Newport Village Phase II | $0.00 | $1,840.92 | $1,840.92 |
| 349 | Jensen Hughes, Inc. 3610 Commerce Drive #817 Baltimore, MD 21227 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11262-01 Sage Hall Phase One Renovations | $0.00 | $6,461.50 | $6,461.50 |
| 350 | Jensen Hughes, Inc. 3610 Commerce Drive #817 Baltimore, MD 21227 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $1,845.00 | $1,845.00 |
| 351 | John Wesley Hammer Construction Co., Inc. 118 Barry Street Decatur, GA 30030 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11297-00 All Saints Crack Repair | $0.00 | $6,940.49 | $6,940.49 |
| 352 | Jordan & Skala Engineers, Inc. 17855 N. Dallas Parkway Suite 320 Dallas, TX 75287 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 04/24/2015 | 10399-00 Birmingham Lakeview | $0.00 | $1,955.00 | $1,955.00 |
| 353 | Jordan & Skala Engineers, Inc 4275 Shackleford Road Norcross, GA 30093 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 05/22/2020 | 10399-60 Birmingham Metro Rebuild A/E Consulting | $0.00 | $13,877.50 | $13,877.50 |
| 354 | Jordan & Skala Engineers, Inc. 4275 Shackleford Road Suite 200 Norcross, GA 30093 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10522-00 | $0.00 | $3,367.52 | $3,367.52 |
| 355 | Jordan & Skala Engineers, Inc. 4275 Shackleford Road Suite 200 Norcross, GA 30093 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11123-00 Avenida Fritz Farm | $0.00 | $36,645.00 | $36,645.00 |
| 356 | Jordan Foster Construction 2211 South IH 35  Suite 403 Austin, TX 78741 | Lord, Aeck & Sargent, Inc. | Licensing Agreement | 11087-00 TAMU West Campus Dining Facility | $0.00 | $0.00 | $0.00 |
| 357 | Jordan Foster Construction 2211 South IH 35  Suite 403  Austin, TX 78741 | Lord, Aeck & Sargent, Inc. | Licensing Agreement | 11087-00 TAMU West Campus Dining Facility | $0.00 | $0.00 | $0.00 |
| 358 | Jose I. Guerra, Inc. 1701 Directors Boulevard Suite 400 Austin, TX 78744 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant | 11273-00 City of Austin Faulk Library/History Ctr | $0.00 | $0.00 | $0.00 |
| 359 | Jose I. Guerra, Inc. 1033 La Posada Dr #220 Austin TX 78744 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 05/19/2021 | 11273-00 City of Austin Faulk Library/History Ctr | $0.00 | $0.00 | $0.00 |

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 360 | Jose I. Guerra, Inc<br>1701 Directors Boulevard Suite 400<br>Austin, TX 78744 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 05/19/2021 | 11273-00 City of Austin Faulk Library/History Ctr | $0.00 | $0.00 | $0.00 |
| 361 | JQ Engineering LLP<br>100 Glass Street<br>Dallas, TX 75207 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10881-00 Travis County Probate Court | $0.00 | $1,045.00 | $1,045.00 |
| 362 | JQ Engineering LLP<br>100 Glass Street<br>Dallas, TX 75207 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $1,460.00 | $1,460.00 |
| 363 | JQ Infrastructure, LLC<br>1301 West 7th Street, Suite 141B<br>Fort Worth, TX 76102 | Lord, Aeck & Sargent, Inc. | Service Contract dated 07/19/2019 | 11087-00 TAMU West Campus Dining Facility | $0.00 | $0.00 | $0.00 |
| 364 | JQ Infrastructure, LLC<br>1301 West 7th Street, Suite 141B<br>Fort Worth, TX 76102 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 07/10/2019 | 11087-00 TAMU West Campus Dining Facility | $0.00 | $0.00 | $0.00 |
| 365 | JQ Infrastructure, LLC<br>1301 West 7th Street, Suite 141B<br>Fort Worth, TX 76102 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 07/19/2019 | 11087-00 TAMU West Campus Dining Facility | $0.00 | $0.00 | $0.00 |
| 366 | Katerra Architecture LLC and Lord, Aeck & Sargent, Inc.<br>1175 Peachtree St NE Ste 2400<br>Atlanta, GA 30361-3552 | Lord, Aeck & Sargent, Inc. | Addendum to Intercompany Agreement dated 03/13/2020 | 11208-00 Feasibility & Historic Structures Study | $0.00 | $0.00 | $0.00 |
| 367 | Kentucky Landmark Hotels, LLC<br>2302 Post Office St. Suite 500<br>Galveston, TX 77550 | Lord, Aeck & Sargent, Inc. | Standard Short form of Agreement Between Owner and Architect dated 09/04/2019 | 11169-00 Brown Hotel Exterior Restoration | $0.00 | $0.00 | $0.00 |
| 368 | Kimley-Horn and Associates, Inc.<br>11720 Amber Park Drive<br>Suite 600<br>Alpharetta, GA 30009 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10772-14 MSM Campus Hardscape & Pedestrian Spaces | $0.00 | $9,053.13 | $9,053.13 |
| 369 | Kimley-Horn and Associates, Inc.<br>11720 Amber Park Drive<br>Suite 600<br>Alpharetta, GA 30009 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10772-17 MSM Conference Center Addition | $0.00 | $900.00 | $900.00 |
| 370 | Kimbey-Horn and Associates, Inc.<br>817 W Peachtree St NW, Suite 601<br>Atlanta, GA 30308 | Lord, Aeck & Sargent, Inc. | Subconsultingservicesagreement dated 02/10/2020 | 11230-00 Little 5 Points Mobility Study | $0.00 | $47,750.00 | $47,750.00 |
| 371 | Kimley-Horn and Associates, Inc.<br>11720 Amber Park Drive<br>Suite 600<br>Alpharetta, GA 30009 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $16,515.50 | $16,515.50 |
| 372 | Kirk Associates, LLC<br>West Office<br>3007 North 156th Drive<br>Goodyear, AZ 85395 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11276-00 NPS MLK Birth Home Rehabilitation | $0.00 | $14,700.00 | $14,700.00 |
| 373 | Kirk Associates, LLC<br>3007 North 156th Drive<br>Goodyear, Arizona 85395 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 09/23/2020 | 11424-60 NPS Carver Museum Rehabilitation | $0.00 | $0.00 | $0.00 |
| 374 | Kirk Value Planners<br>675 Spruce Hill Lane<br>Ortonville, MI 48462 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 01/15/2020 | 11163-00 NPS Ft. Jefferson Counterscarp Repair VA | $0.00 | $0.00 | $0.00 |
| 375 | Kirk Value Planners<br>675 Spruce Hill Lane<br>Ortonville, MI 48462 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 06/05/2020 | 11276-00 NPS MLK Birth Home Rehabilitation | $0.00 | $0.00 | $0.00 |
| 376 | Kirk Value Planners<br>675 Spruce Hill Lane<br>Ortonville, MI 48462 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 06/05/2020 | 11278-00 NPS Replace EBC Lifts | $0.00 | $0.00 | $0.00 |
| 377 | KLH Engineers, PSC<br>333 East Main Street<br>Lexington, KY 40507 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 02/22/2019 | 11069-00 AU Associates - The Oasis at Kearney Cre | $0.00 | $2,016.00 | $2,016.00 |
| 378 | KLH Engineers, PSC<br>333 East Main Street<br>Lexington, KY 40507 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 02/23/2020 | 11161-00 Polo Club Senior Housing | $0.00 | $1,245.00 | $1,245.00 |
| 379 | KLH Engineers, PSC<br>333 East Main Street<br>Lexington, KY 40507 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 08/12/2020 | 11161-00 Polo Club Senior Housing | $0.00 | $0.00 | $0.00 |
| 380 | Kohrs Lonnemann Heil Engineers, PSC dba KLH Engineers<br>1538 Alexandria Pike<br>Suite 11<br>Fort Thomas, KY 41075 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $3,570.00 | $3,570.00 |
| 381 | KMA, LLC<br>One Bridge Street<br>Newton, Massachusetts 02458 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 04/27/2021 | 11269-00 RST Development - Garner | $0.00 | $0.00 | $0.00 |
| 382 | Koons Environmental Design, Inc.<br>675 Pulaski Street<br>Suite 2000<br>Athens, GA 30601 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $4,350.00 | $4,350.00 |
| 383 | Kramer Engineering Services, PLLC<br>5517 Cascade Drive<br>Chapel Hill, NC 27514 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10761-60 UNC Dermatology/NRB (MEJ) DA # | $0.00 | $8,075.00 | $8,075.00 |
| 384 | Kramer Engineering Services, PLLC<br>5517 Cascade Drive<br>Chapel Hill, NC 27514 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $490.00 | $490.00 |
| 385 | KSI/Structural  Engineers<br>1455 Lincoln Parkway East<br>Suite 260<br>Atlanta, GA 30346 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10704-01 Colony Square Retail Renovation Basic Sv | $0.00 | $342.00 | $342.00 |
| 386 | KSI/Structural  Engineers<br>1455 Lincoln Parkway East<br>Suite 260<br>Atlanta, GA 30346 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11465-00 UTK - Innovation South Build-Out - Prgm | $0.00 | $1,950.00 | $1,950.00 |
| 387 | KSI/Structural  Engineers<br>1455 Lincoln Parkway East<br>Suite 260<br>Atlanta, GA 30346 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $12,685.00 | $12,685.00 |
| 388 | L&M Harpring Warehouse LLC<br>359 Thompson Rd<br>Lexington, KY 40508 | Lord, Aeck & Sargent, Inc. | Standard Short form of Agreement Between Owner and Architect dated 11/07/2019 | 11164-00 Manchester Market | $0.00 | $0.00 | $0.00 |

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 389 | Land Engineering
1601 S Zack Hinton Parkway
McDonough, Georgia 30253 | Lord, Aeck & Sargent, Inc. | Professional Services Agreement dated 12/20/2019 | 11196-00 Georgia Tech - Technology Square Phase 3 | $0.00 | $0.00 | $0.00 |
| 390 | Land Engineering
1601 S Zack Hinton Parkway
McDonough, GA 30253 | Lord, Aeck & Sargent, Inc. | Professional Services Agreement dated 07/30/2020 | 11196-00 Georgia Tech - Technology Square Phase 3 | $0.00 | $0.00 | $0.00 |
| 391 | Lappas + Havener, PA
215 Morris Street
Durham, NC 27701 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 10/30/2013 | 10280-00 UNC MEJ Full Building Renovation | $0.00 | $0.00 | $0.00 |
| 392 | Lee Properties Group LLC
350 Fifth Avenue, Suite 6440
New York, New York 10118 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Owner and Architect dated 03/01/2018 | 10901-00 Lee Davis Park | $0.00 | $0.00 | $0.00 |
| 393 | Lee Properties Group LLC
350 Fifth Avenue, Suite 6440
New York, New York 10118 | Lord, Aeck & Sargent, Inc. | Agreement Between Owner and Architect dated 02/10/2020 | 11126-60 Lee Holding Village | $0.00 | $0.00 | $0.00 |
| 394 | Leslie E. Robertson Associates International, Consulting Engineers, PLLC
40 Wall Street, 23rd Floor
New York, NY 10005-1339 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 02/24/2017 | 10730-01 Aaron Diamond AIDS Research Center | $0.00 | $0.00 | $0.00 |
| 395 | Life Cycle Building Center Inc.
1116 Murphy Ave SW
Atlanta, GA 30310 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 11/05/2018 | 11275-00 Lifecycle Building Center Renovation | $0.00 | $0.00 | $0.00 |
| 396 | Little Five Points Community Improvement District
P.O. Box 6031
Atlanta, GA 31107 | Lord, Aeck & Sargent, Inc. | Consulting Services Agreement dated 01/01/2020 | 11230-00 Little 5 Points Mobility Study | $0.00 | $0.00 | $0.00 |
| 397 | Lord, Aeck & Sargent, Inc | Lord, Aeck & Sargent, Inc. | Intercompany Addendum No. 001 to Statement of Work for Additional Services dated 12/02/2020 | 11187-00 NPS - HSR, DD and CD for Historic Sites | $0.00 | $0.00 | $0.00 |
| 398 | Lose & Associates, Inc. DBA Lost Design
2809 Foster Ave.
Nashville, TN 37210 | Lord, Aeck & Sargent, Inc. | Sub-Consultant'S Agreement dated 10/17/2019 | 11140-00 Dacula Activity Building Renovation Add | $0.00 | $0.00 | $0.00 |
| 399 | LVA4 ATLANTA COLONY SQUARE, L.P
1175 Peachtree Street  Suite 1650
Atlanta, GA 30361 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 11/09/2017 | 10704-01 Colony Square Retail Renovation Basic Sv | $0.00 | $0.00 | $0.00 |
| 400 | LVA4 Atlanta Colony Square LP | Lord, Aeck & Sargent, Inc. | Fifteenth Amendment to Lease dated 04/16/2018 | GAE00-03 | $91,839.45 | $0.00 | $91,839.45 |
| 401 | Lynch Mykins Structural Engineers, PC
301 N. West Street
Suite 105
Raleigh, NC 27616 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10729-60 ECU Life Sciences | $0.00 | $28,600.00 | $28,600.00 |
| 402 | Lynch Mykins Structural Engineers, PC
415 Hillsborough Street #101
Raleigh, NC 27603 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement Between Architect and Consultant dated 09/24/2019 | 11011-60 Duke Old Chem Renovation | $0.00 | $0.00 | $0.00 |
| 403 | Lynch Mykins Structural Engineers, PC
301 N. West Street
Suite 105
Raleigh, NC 27616 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11085-60 Duke Lemur Research/Clinic Building | $0.00 | $2,500.00 | $2,500.00 |
| 404 | LYNCH MYKINS STRUCTURAL ENGINEERS, PC
415 Hillsborough Street
Suite 101
Raleigh, NC 27603 | Lord, Aeck & Sargent, Inc. | Services Contract dated 09/19/2019 | 11085-60 Duke Lemur Research/Clinic Building | $0.00 | $0.00 | $0.00 |
| 405 | Lynch Mykins Structural Engineer
415 Hillsborough Street #101
Raleigh NC 27603 | Lord, Aeck & Sargent, Inc. | Service Contract dated 12/09/2019 | 11085-90 Duke Lemur Research/Clinic Building | $0.00 | $0.00 | $0.00 |
| 406 | Lynch Mykins
301 N. West Street #105
Raleigh, NC 27603 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement Between Architect and Consultant dated 05/08/2020 | 11086-60 UNC Classrooms: Gardner and Carroll | $0.00 | $520.00 | $520.00 |
| 407 | Lynch Mykins Structural Engineers, PC
301 N. West Street #105
Raleigh, NC 27603 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement Between Architect and Consultant dated 05/01/2020 | 11247-60 108 East Franklin | $0.00 | $0.00 | $0.00 |
| 408 | M E Cubed Engineering
3600 Montreal Creek Court
Clarkston, GA 30021 | Lord, Aeck & Sargent, Inc. | Standard form of Master Agreement Between Architect and Consultant dated 07/30/2020 | 11271-00 Prince Hall Grand Lodge of GA Rehab | $0.00 | $0.00 | $0.00 |
| 409 | M E Cubed Engineering, EEC
3600 Montreal Creek Court
Clarkston, GA 30021 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement dated 08/26/2020 | 11271-00 Prince Hall Grand Lodge of GA Rehab | $0.00 | $0.00 | $0.00 |
| 410 | M2 Structural, LLC
887 West Marietta Street, N.W.
Suite T-103
Atlanta, GA 30318 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11123-00 Avenida Fritz Farm | $0.00 | $21,000.00 | $21,000.00 |
| 411 | M2 Structural, LLC
887 West Marietta Street, N.W.
Suite T-103
Atlanta, GA 30318 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11265-00 Atlantic Realty - Briarcliff & Clairmont | $0.00 | $41,000.00 | $41,000.00 |
| 412 | Maple Engineering, PLLC
708 St Marys Street
Raleigh, NC 27605 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 05/01/2020 | 11247-60 108 East Franklin | $0.00 | $0.00 | $0.00 |
| 413 | Max Wave Media Inc.
1827 Powers Ferry Road
Building #4
Suite 100
Atlanta, GA 30339 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10979-00 UDR Newport Village Phase II | $0.00 | $5,450.00 | $5,450.00 |
| 414 | MBA Engineers, Inc.
300 20th Street N.
Birmingham, AL 35203 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 11/14/2019 | 11199-60 Gaston Hotel Phase 2 | $0.00 | $2,100.00 | $2,100.00 |
| 415 | MBA Engineers, Inc.
300 20th Street N
Birmingham, AL 35203 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 02/05/2020 | 11199-60 Gaston Hotel Phase 2 | $0.00 | $0.00 | $0.00 |
| 416 | MBA Engineers, Inc.
300 20th Street N
Birmingham, AL 35203 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 11/14/2019 | 11199-60 Gaston Hotel Phase 2 | $0.00 | $0.00 | $0.00 |
| 417 | MBA Engineers, Inc.
300 20th Street N
Birmingham, AL 35203 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 11/14/2019 | 11199-60 Gaston Hotel Phase 2 | $0.00 | $0.00 | $0.00 |
| 418 | MBA Structural Engineers, Inc.
3620 Eighth Avenue South
Suite 110
Birmingham, AL 35222 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 12/10/2020 | 11290-00 Birmingham Prince Hall Lodge Rehab | $0.00 | $0.00 | $0.00 |

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 419 | MBA Structural Engineers, Inc. 3620 Eighth Avenue South Suite 110 Birmingham, AL 35222 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11290-60 Birmingham Prince Hall Lodge Rehab | $0.00 | $1,912.50 | $1,912.50 |
| 420 | MBA Structural Engineers, Inc. 3620 Eighth Avenue South Suite 110 Birmingham, AL 35222 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 07/17/2020 | 11365-60 St Paul UMC Exterior Restoration | $0.00 | $1,260.00 | $1,260.00 |
| 421 | McAdams, Inc. 2905 Meridian Parkway Durham, NC 27713 | Lord, Aeck & Sargent, Inc. | Digital Data Licensing Agreement dated 12/02/2019 | 11180-60 AAC Woodfield Brier Creek | $0.00 | $0.00 | $0.00 |
| 422 | McKim & Creed Inc. 1730 Varsity Drive Raleigh, NC 27606 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 05/01/2020 | 11086-06 UNC Classrooms: Gardner and Carroll | $0.00 | $0.00 | $0.00 |
| 423 | McKim & Creed, Inc. 1730 Varsity Drive Raleigh, NC 27606 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement Between Architect and Consultant dated 12/17/2019 | 11086-06 UNC Classrooms: Gardner and Carroll | $0.00 | $0.00 | $0.00 |
| 424 | McKim & Creed, Inc. 243 N Front St Wilmington, NC 28401 | Lord, Aeck & Sargent, Inc. | Subcontractor for Professional Services dated 10/30/2020 | 11216-00 UNC Granville HVAC Replacement | $0.00 | $0.00 | $0.00 |
| 425 | McKim & Creed Inc. 1730 Varsity Drive Suite 500 Venture IV Building Raleigh, NC 27606 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11592-60 UNC Glaxo | $0.00 | $7,900.00 | $7,900.00 |
| 426 | McKim & Creed, Inc. 1730 Varsity Drive Suite 500 Venture IV Building Raleigh, NC 27606 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $9,675.00 | $9,675.00 |
| 427 | McVeigh & Mangum Engineering, Inc. 1955 Lake Park Drive Southeast Suite 325 Smyrna, GA 30080 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11031-01 Belle Isle | $0.00 | $6,880.00 | $6,880.00 |
| 428 | McVeigh & Mangum Engineering, Inc. 1955 Lake Park Drive SE #325 Smyrna, Georgia 30080 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 04/02/2019 | 11095-00 Camp Twin Lakes Rutledge II | $0.00 | $0.00 | $0.00 |
| 429 | McVeigh & Mangum Engineering, Inc. 1955 Lake Park Drive Southeast Suite 325 Smyrna, GA 30080 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11126-60 Lee Holding Village | $0.00 | $1,120.00 | $1,120.00 |
| 430 | McVeigh & Mangum Engineering, Inc. 1955 Lake Park Drive #325 Smyrna, GA 30080 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 12/26/2019 | 11180-60 AAC Woodfield Brier Creek | $0.00 | $0.00 | $0.00 |
| 431 | McVeigh & Mangum Engineering, Inc. 1955 Lake Park Drive Southeast Suite 325 Smyrna, GA 30080 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11269-60 RST Development - Garner | $0.00 | $5,100.00 | $5,100.00 |
| 432 | McVeigh & Mangum Engineering, Inc. 1955 Lake Park Drive Southeast Suite 325 Smyrna, GA 30080 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $82,423.54 | $82,423.54 |
| 433 | MDU Geek, LLC dba InfiniSys Multifamily Technology P.O. Box 7237 Daytona Beach, FL 32120 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10979-00 UDR Newport Village Phase II | $0.00 | $11,200.00 | $11,200.00 |
| 434 | MDU Geek, LLC dba InfiniSys Multifamily Technology P.O. Box 7237 Daytona Beach, FL 32120 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $7,000.00 | $7,000.00 |
| 435 | Meadowthorpe Senior Housing, LLLP 159 Old Georgetown Street Lexington, KY 40508 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Owner and Architect dated 05/23/2018 | 10841-00 Meadowthorpe Senior Housing | $0.00 | $0.00 | $0.00 |
| 436 | Michael Doile 3560 Lenox Road, Suite 2000 Atlanta, GA 30326 | Lord, Aeck & Sargent, Inc. | Digital Data Licensing Agreement dated 05/12/2021 | 11168-01 GATV Innovation Labs Design/Build Svcs | $0.00 | $0.00 | $0.00 |
| 437 | Midtown Business Association, Inc dba Midtown Alliance 999 Peachtree Street NE Suite 730 Atlanta, GA 30309 | Lord, Aeck & Sargent, Inc. | Standard Abbreviated form of Agreement dated 11/20/2017 | 10765-01 Piedmont Complete Street CDs | $0.00 | $0.00 | $0.00 |
| 438 | Miller Hull Partnership, LLP Polson Building 71 Columbia Street Sixth Floor Seattle, WA 98104 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10688-00 GA Tech - Living Building Project | $0.00 | $448.00 | $448.00 |
| 439 | Moisture Intrusion Solutions, LLC 475 Fentress Blvd #A Daytona Beach, FL 32114 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 12/26/2019 | 11180-60 AAC Woodfield Brier Creek | $0.00 | $0.00 | $0.00 |
| 440 | Morehouse School of Medicine 720 Westview Drive, SW Atlanta, GA 30310 | Lord, Aeck & Sargent, Inc. | Servcies Agreement dated 10/18/2019 | 10772-08 MSM NCPC Title III Office Renovation | $0.00 | $0.00 | $0.00 |
| 441 | Morehouse School of Medicine 720 Westview Drive Atlanta, GA 30310 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 07/10/2020 | 10772-14 MSM Campus Hardscape & Pedestrian Spaces | $0.00 | $0.00 | $0.00 |
| 442 | Mulkey Inc. 6750 Tryon Road Cary, NC 27511 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 10/30/2013 | 10280-00 UNC MEJ Full Building Renovation | $0.00 | $0.00 | $0.00 |
| 443 | MWM Design Group, Inc. 305 Huntland Drive Suite 200 Austin, TX 78752 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11273-00 City of Austin Faulk Library/History Ctr | $0.00 | $57,743.68 | $57,743.68 |
| 444 | NBP Engineers, Inc. 316 Corporate Parkway Macon, GA 31210-1152 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11388-60 Highlands Performing Arts Center | $0.00 | $5,985.00 | $5,985.00 |
| 445 | NC State University, Raleigh, NC Campus Box 7520  2701 Sullivan Drive, Suite 331 Raleigh, NC 27695-7520 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement  Between Owner and Designer dated 02/01/2019 | 10816-60 NC State - DH Hill Library Success Ctr | $0.00 | $0.00 | $0.00 |
| 446 | New South Associates, Inc 6150 East Ponce de Leon Avenue Stone Mountain, GA 30083 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 10/09/2018 | 11014-00 NPS Lost Colony Amphitheater Wastewater | $0.00 | $9,157.09 | $9,157.09 |
| 447 | New South Associates, Inc 6150 East Ponce de Leon Avenue Stone Mountain, GA 30083 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 10/09/2018 | 11014-00 NPS Lost Colony Amphitheater Wastewater | $0.00 | $0.00 | $0.00 |

Note:   Assumption and assignment to be effective as of the later of: (x) closing of the Sale, (y) 14 days following service of this notice, and (z) resolution (as between the parties or by order of the Court) of any timely, pending Cure Objections.

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 448 | New South Associates, Inc. 6150 East Ponce de Leon Avenue Stone Mountain, GA 30083 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 02/02/2021 | 11014-00 NPS Lost Colony Amphitheater Wastewater | $0.00 | $0.00 | $0.00 |
| 449 | New South Associates, Inc. 6150 East Ponce De Leon Avenue Stone Mountain, GA 30083 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 08/12/2020 | 11316-00 NPS CARI Survey & Trail Rehabilitation | $0.00 | $0.00 | $0.00 |
| 450 | New South Associates Inc 6150 East Ponce de Leon Avenue Stone Mountain, GA 30083 | Lord, Aeck & Sargent, Inc. | Contract Modification dated 05/05/2021 | 11339-00 McCormack BPP | $0.00 | $0.00 | $0.00 |
| 451 | New South Associates, Inc. 6150 East Ponce de Leon Avenue Stone Mountain, GA 30083 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement dated 09/09/2019 | 11339-00 McCormack BPP | $0.00 | $0.00 | $0.00 |
| 452 | New South Associates, Inc. 6150 East Ponce de Leon Avenue Stone Mountain, GA 30083 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | | $0.00 | $0.00 | $0.00 |
| 453 | New South Construction Company, Inc. 1180 West Peachtree Street Suite 700 Atlanta, GA 30309 | Lord, Aeck & Sargent, Inc. | Digital Data Licensing Agreement dated 05/14/2020 | 11055-01 Peachtree Church Campus Improvements | $0.00 | $0.00 | $0.00 |
| 454 | Newcomb & Boyd 303 Peachtree Center Avenue Suite 525 Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 10/30/2013 | 10280-00 UNC MEJ Full Building Renovation | $0.00 | $0.00 | $0.00 |
| 455 | Newcomb & Boyd 303 Peachtree Center Avenue, NE Suite 525 Atlanta, GA 30303-1277 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10688-00 GA Tech - Living Building Project | $0.00 | $2,498.60 | $2,498.60 |
| 456 | Newcomb & Boyd 303 Peachtree Center Avenue, NE Suite 525 Atlanta, GA 30303-1277 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10688-03 Kendeda Post Occupancy Changes | $0.00 | $2,925.00 | $2,925.00 |
| 457 | Newcomb & Boyd 303 Peachtree Center Avenue, NE Suite 525 Atlanta, GA 30303-1277 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10829-01 Atomic-Pratt Pullman Redevelopment Ph 2 | $0.00 | $4,210.00 | $4,210.00 |
| 458 | Newcomb & Boyd, LLP 303 Peachtree Center Avenue, NE   Suite 525 Atlanta, GA 30303-1277 | Lord, Aeck & Sargent, Inc. | Professional Services Agreement | 11011-60 Duke Old Chem Renovation | $0.00 | $0.00 | $0.00 |
| 459 | Newcomb & Boyd, LLP 303 Peachtree Center Avenue #525 Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 09/24/2019 | 11011-60 Duke Old Chem Renovation | $0.00 | $0.00 | $0.00 |
| 460 | Newcomb & Boyd, LLP 303 Peachtree Center Avenue #525 Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 09/24/2019 | 11011-60 Duke Old Chem Renovation | $0.00 | $0.00 | $0.00 |
| 461 | Newcomb & Boyd, LLP 303 Peachtree Center Avenue #525 Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 01/10/2020 | 11055-01 Peachtree Church Campus Improvements | $0.00 | $4,223.00 | $4,223.00 |
| 462 | NEWCOMB & BOYD, LLP 303 Peachtree Center Avenue, NE Suite 525 Atlanta, GA 30303-1277 | Lord, Aeck & Sargent, Inc. | Agreement | 11085-90 Duke Lemur Research/Clinic Building | $0.00 | $0.00 | $0.00 |
| 463 | Newcomb & Boyd, LLP 303 Peachtree Center Avenue, NE Suite 525 Atlanta, GA 30303-1277 | Lord, Aeck & Sargent, Inc. | Agreement dated 10/01/2019 | 11085-90 Duke Lemur Research/Clinic Building | $0.00 | $0.00 | $0.00 |
| 464 | Newcomb & Boyd, LLP 1450 Raleigh Road #109 Chapel Hill, NC 27517 | Lord, Aeck & Sargent, Inc. | Service Contract dated 12/09/2019 | 11085-90 Duke Lemur Research/Clinic Building | $0.00 | $0.00 | $0.00 |
| 465 | Newcomb & Boyd, LLP 303 Peachtree Center Avenue #525 Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 12/09/2019 | 11085-90 Duke Lemur Research/Clinic Building | $0.00 | $0.00 | $0.00 |
| 466 | Newcomb & Boyd, LLP 303 Peachtree Center Avenue #525 Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 12/17/2019 | 11086-60 UNC Classrooms: Gardner and Carroll | $0.00 | $0.00 | $0.00 |
| 467 | Newcomb & Boyd 303 Peachtree Center Avenue, NE Suite 525 Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11090-60 Wake Forest Engineering School Fit-out | $0.00 | $445.49 | $445.49 |
| 468 | Newcomb & Boyd, LLP 303 Peachtree Center Avenue #525 Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 10/02/2019 | 11133-60 MEJ: 6th Floor Rodriguez-Romaguera Lab | $0.00 | $325.00 | $325.00 |
| 469 | Newcomb & Boyd 303 Peachtree Center Avenue, NE Suite 525 Atlanta, GA 30303-1277 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11135-60 MEJ: Hantman Lab | $0.00 | $1,750.00 | $1,750.00 |
| 470 | Newcomb & Boyd 303 Peachtree Center Drive #525 Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 08/27/2019 | 11136-00 CAU Rehabilitation Park Street Methodist | $0.00 | $23,125.00 | $23,125.00 |
| 471 | Newcomb +Boyd 303 Peachtree Center Drive #525 Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 07/10/2019 | 11136-00 CAU Rehabilitation Park Street Methodist | $0.00 | $0.00 | $0.00 |
| 472 | NEWCOMB & BOYD LLP 303 Peachtree Center Avenue, NE  Suite 525 Atlanta, Georgia 30303-1277 Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Professional Services Agreement | 11162-00 UGA College of Vet Med Anatomy Lab | $0.00 | $0.00 | $0.00 |
| 473 | NEWCOMB & BOYD LLP 303 Peachtree Center Avenue #525 Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 06/04/2021 | 11196-00 Georgia Tech - Technology Square Phase 3 | $0.00 | $0.00 | $0.00 |
| 474 | Newcomb & Boyd 303 Peachtree Center Avenue #525 Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 03/24/2020 | 11208-00 Feasibility & Historic Structures Study | $0.00 | $0.00 | $0.00 |
| 475 | Newcomb & Boyd 303 Peachtree Center Ave NE Suite 525 Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 01/29/2020 | 11208-00 Feasibility & Historic Structures Study | $0.00 | $0.00 | $0.00 |
| 476 | Newcomb & Boyd LLP 303 Peachtree Center Avenue #525 Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 05/01/2020 | 11247-60 108 East Franklin | $0.00 | $0.00 | $0.00 |
| 477 | Newcomb & Boyd, LLP 303 Peachtree Center Avenue #525 Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 03/28/2019 | 11275-00 Lifecycle Building Center Renovation | $0.00 | $2,400.00 | $2,400.00 |

Note:   Assumption and assignment to be effective as of the later of: (x) closing of the Sale, (y) 14 days following service of this notice, and (z) resolution (as between the parties or by order of the Court) of any timely, pending Cure Objections.

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 478 | Newcomb & Boyd<br>303 Peachtree Center Ave NE, Suite 525<br>Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Service Contract dated 05/30/2020 | 11276-00 NPS MLK Birth Home Rehabilitation | $0.00 | $12,783.00 | $12,783.00 |
| 479 | Newcomb & Boyd<br>303 Peachtree Center Avenue, NE Suite 525<br>Atlanta, GA 30303-1277 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11281-60 Duke BSL3 Study | $0.00 | $3,375.00 | $3,375.00 |
| 480 | Newcomb & Boyd, LLP<br>303 Peachtree Center Avenue, NE Suite 525<br>Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement Between Architect and Consultant dated 05/01/2021 | 11293-01 NPS MALU Exterior Lighting Improvements | $0.00 | $0.00 | $0.00 |
| 481 | Newcomb & Boyd<br>303 Peachtree Center Avenue NE<br>Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant | 11304-00 NPS Carter Boyhood Home Fire Protection | $0.00 | $0.00 | $0.00 |
| 482 | Newcomb & Boyd LLP<br>303 Peachtree Center Avenue  #525<br>Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 09/15/2020 | 11336-00 NPS Harper's Ferry & HP Training Center | $0.00 | $0.00 | $0.00 |
| 483 | Newcomb & Boyd, LLP<br>303 Peachtree Center Avenue #525<br>Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement Between Architect and Consultant<br><br>Electrical Engineering and Construction Contract Administration Services dated 02/12/2021 | 11337-00 NPS - THLH Title III Services | $0.00 | $0.00 | $0.00 |
| 484 | Newcomb & Boyd<br>303 Peachtree Center Avenue, NE Suite 525<br>Atlanta, GA 30303-1277 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11353-00 | $0.00 | $2,000.00 | $2,000.00 |
| 485 | Newcomb & Boyd<br>303 Peachtree Center Avenue, NE Suite 525<br>Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 08/27/2020 | 11358-00 NPS REER HVAC System Design | $0.00 | $0.00 | $0.00 |
| 486 | Newcomb & Boyd<br>303 Peachtree Center Avenue, NE Suite 525<br>Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 09/12/2020 | 11393-00 NPS Medgar and Myrlie Evers House | $0.00 | $0.00 | $0.00 |
| 487 | Newcomb & Boyd<br>303 Peachtree Center Avenue, NE Suite 525<br>Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 09/08/2020 | 11408-60 NPS Russell Cave Visitor Ctr Rehab | $0.00 | $0.00 | $0.00 |
| 488 | Newcomb & Boyd<br>303 Peachtree Center Avenue, NE Suite 525<br>Atlanta, GA 30303 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 09/23/2020 | 11424-60 NPS Carver Museum Rehabilitation | $0.00 | $4,149.60 | $4,149.60 |
| 489 | Newcomb & Boyd<br>303 Peachtree Center Avenue, NE Suite 525<br>Atlanta, GA 30303-1277 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11465-00 UTK - Innovation South Build-Out - Prgm | $0.00 | $6,725.00 | $6,725.00 |
| 490 | Newcomb & Boyd<br>303 Peachtree Center Avenue, NE Suite 525<br>Atlanta, GA 30303-1277 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11590-00 UTK Buehler Hall Renovation-Programming | $0.00 | $5,375.00 | $5,375.00 |
| 491 | Newcomb & Boyd<br>303 Peachtree Center Avenue, NE Suite 525<br>Atlanta, GA 30303-1277 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $45,158.03 | $45,158.03 |
| 492 | Newport Village LLC<br>1745 Shea Center Drive, Suite 200<br>Highlands Ranch, CO 80129 | Lord, Aeck & Sargent, Inc. | Owner-Architect Agreement dated 03/05/2019 | 10979-00 UDR Newport Village Phase II | $0.00 | $0.00 | $0.00 |
| 493 | North Carolina Department of Administration<br>1307 Mail Service Center<br>Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Supplemental Agreement dated 09/18/2014 | 10280-00 UNC MEJ Full Building Renovation | $0.00 | $0.00 | $0.00 |
| 494 | North Carolina Department of Administration<br>1307 Mail Service Center<br>Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 06/15/2015 | 10280-00 UNC MEJ Full Building Renovation | $0.00 | $0.00 | $0.00 |
| 495 | North Carolina State University<br>Raleigh NC | Lord, Aeck & Sargent, Inc. | Letter Agreement dated 05/05/2017 | 10816-60 NC State - DH Hill Library Success Ctr | $0.00 | $0.00 | $0.00 |
| 496 | Nova Engineering & Environmental LLC<br>75 Maddox Road, Suite 102<br>Buford, GA 30518 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 08/27/2018 | 11136-00 CAU Rehabilitation Park Street Methodist | $0.00 | $0.00 | $0.00 |
| 497 | NPS, DSC CONTRACTING SERVICES DIV<br>12795 W., ALAMEDA PKWY<br>P.O. BOX 25287<br>DENVER, CO 80225-0287 | Lord, Aeck & Sargent, Inc. | Amendment of Solicitation / Modification of Contract dated 09/25/2019 | 11177-00 NPS EVERTamiami Trail Phase II | $0.00 | $0.00 | $0.00 |
| 498 | NPS, DSC Contracting Services Div<br>12795 W. Alameda Pkwy<br>P.O. Box 25287<br>Denver, CO 80225-0287 | Lord, Aeck & Sargent, Inc. | Amendment of Solicitation/Modification of Contract dated 09/25/2019 | 11177-00 NPS EVERTamiami Trail Phase II | $0.00 | $0.00 | $0.00 |
| 499 | NPS, DSC Contracting Services Div<br>12795 W. Alameda Pkwy<br>P.O. Box 25287<br>Denver, CO 80225-0287 | Lord, Aeck & Sargent, Inc. | Amendment of Solicitation/Modification of Contract dated 09/25/2019 | 11177-00 NPS EVERTamiami Trail Phase II | $0.00 | $0.00 | $0.00 |
| 500 | NPS, DSC Contracting Services Div<br>12795 W Alameda Pkwy<br>Denver, CO  80225 | Lord, Aeck & Sargent, Inc. | Modification of Contract dated 05/05/2020 | 11177-00 NPS EVERTamiami Trail Phase II | $0.00 | $0.00 | $0.00 |
| 501 | NPS, DSC Contracting Services Div<br>12795 W Alameda Pkwy, PO Box 25287<br>Denver, CO  80225 | Lord, Aeck & Sargent, Inc. | Modification of Contract dated 07/30/2020 | 11187-00 NPS - HSR, DD and CD for Historic Sites | $0.00 | $0.00 | $0.00 |
| 502 | NPS, DSC Contracting Services Div<br>12795 W Alameda Pkwy PO Box 25287<br>Denver, CO  80225 | Lord, Aeck & Sargent, Inc. | Modification of Contract dated 09/25/2019 | 11187-00 NPS - HSR, DD and CD for Historic Sites | $0.00 | $0.00 | $0.00 |
| 503 | NPS, DSC Contracting Services Div<br>12795 W Alameda Pkwy PO Box 25287<br>Denver, CO  80225 | Lord, Aeck & Sargent, Inc. | Modification of Contract dated 09/25/2019 | 11187-00 NPS - HSR, DD and CD for Historic Sites | $0.00 | $0.00 | $0.00 |
| 504 | NPS, DSC Contracting Services Div<br>12795 W Alameda Pkwy PO Box 25287<br>Denver, CO  80225 | Lord, Aeck & Sargent, Inc. | Modification of Contract dated 09/25/2019 | 11187-00 NPS - HSR, DD and CD for Historic Sites | $0.00 | $0.00 | $0.00 |
| 505 | NPS, DSC Contracting Services Div<br>12795 W Alameda Pkwy PO Box 25287<br>Denver, CO  80225 | Lord, Aeck & Sargent, Inc. | Modification of Contract dated 01/05/2021 | 11187-00 NPS - HSR, DD and CD for Historic Sites | $0.00 | $0.00 | $0.00 |
| 506 | NPS, DSC Contracting Services Div<br>12795 W Alameda Pkwy PO Box 25287<br>Denver CO 80225 | Lord, Aeck & Sargent, Inc. | Service Contract 09/25/2019 | 11187-00 NPS - HSR, DD and CD for Historic | $0.00 | $0.00 | $0.00 |

Note:   Assumption and assignment to be effective as of the later of: (x) closing of the Sale, (y) 14 days following service of this notice, and (z) resolution (as between the parties or by order of the Court) of any timely, pending Cure Objections.

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 507 | NPS, DSC Contracting Services Div<br>12795 W Alameda Pkwy PO Box 25287<br>Denver CO 80225 | Lord, Aeck & Sargent, Inc. | Service Contract dated 09/15/2020 | 11336-00 NPS Harper's Ferry & HP Training Center | $0.00 | $0.00 | $0.00 |
| 508 | NPS, DSC Contracting Services Div<br>12795 W Alameda Pkwy PO Box 25287<br>Denver, CO  80225 | Lord, Aeck & Sargent, Inc. | Modification of Contract dated 07/21/2020 | 11362-00 NPS Ft. Jefferson Dredging Analysis | $0.00 | $0.00 | $0.00 |
| 509 | NPS, SER - North MABO<br>107 Park Headquarters Road<br>Gatlinburg TN 37738 | Lord, Aeck & Sargent, Inc. | Service Contract dated 09/11/2018 | 11014-00 NPS Lost Colony Amphitheater Wastewater | $0.00 | $0.00 | $0.00 |
| 510 | NPS, SER - North MABO<br>107 Park Headquarters Road<br>Gatlinburg TN 37738 | Lord, Aeck & Sargent, Inc. | Amendment of Solicitation/Modification of Contract dated 02/10/2021 | 11317-00 NPS Cumberland GAP NHP Gap Creek | $0.00 | $0.00 | $0.00 |
| 511 | OCC Associates,<br>316 Sourwood Lane<br>Canton, GA 30115 | Lord, Aeck & Sargent, Inc. | Licensing Agreement dated 07/13/2016 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 512 | Oglethorpe University<br>4484 Peachtree Road NE<br>Atlanta, GA 30319 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement Between Owner and Architect dated 01/16/2020 | 11241-00 Oglethorpe University - Schall Woodland | $0.00 | $0.00 | $0.00 |
| 513 | Owner - State of North Carolina through UNC-Chapel Hill<br>1307 Mail Service Center<br>Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Supplemental Agreement dated 10/18/2019 | 10761-60 UNC Dermatology/NRB (MEJ) DA # | $0.00 | $0.00 | $0.00 |
| 514 | Oxy-Gen Labs<br>5680 Oakbrook Pkwy Suite 100<br>Norcross, GA 30093 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 05/28/2021 | 11575-00 Oxy-Gen Lab Renovation | $0.00 | $0.00 | $0.00 |
| 515 | Oxy-Gen Labs<br>5680 Oakbrook Pkwy Ste 100<br>Norcross, GA 30093 | Lord, Aeck & Sargent, Inc. | Standard Short form of Agreement Between Owner and Architect dated 03/24/2021 | 11575-00 Oxy-Gen Lab Renovation | $0.00 | $0.00 | $0.00 |
| 516 | PAE Consulting Engineers, Inc.<br>522 SW 5th Avenue<br>Suite 1500<br>Portland, OR 97204 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10688-00 GA Tech - Living Building Project | $0.00 | $290.00 | $290.00 |
| 517 | PAE Consulting Engineers, Inc.<br>522 SW 5th Avenue<br>Suite 1500<br>Portland, OR 97204 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $5,500.00 | $5,500.00 |
| 518 | Palacio Collaborative, Inc.<br>400 Galleria Parkway SE<br>Suite 1500<br>Atlanta, GA 30339 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $550.00 | $550.00 |
| 519 | Paradise Garden Foundation, Inc.<br>200 North Lewis Street<br>Summerville, GA 30747 | Lord, Aeck & Sargent, Inc. | Standard Short form of Agreement Between Owner and Architect dated 10/28/2020 | 11400-00 World Folk Art Church Stabilization | $0.00 | $0.00 | $0.00 |
| 520 | Paradise Garden Foundation, Inc.<br>200 North Lewis Street<br>Summerville, GA 30747 | Lord, Aeck & Sargent, Inc. | Agreement for Historic Preservation Consulting Services dated 12/10/2020 | 11477-00 Paradise Garden – Misc. Consultation | $0.00 | $0.00 | $0.00 |
| 521 | Peachtree Church<br>3434 Roswell Road NW<br>Atlanta, GA 30305 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement dated 01/10/2020 | 11055-01 Peachtree Church Campus Improvements | $0.00 | $0.00 | $0.00 |
| 522 | Peachtree Presbyterian Church, Inc.<br>3434 Roswell Road<br>Atlanta, GA 30305 | Lord, Aeck & Sargent, Inc. | Amendment of Master Agreement dated 04/03/2019 | 11055-01 Peachtree Church Campus Improvements | $0.00 | $0.00 | $0.00 |
| 523 | Pearl Street Audio, LLC<br>103 Pearl Street SE<br>Atlanta, GA 30316 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $12,600.00 | $12,600.00 |
| 524 | PECGA LLC dba Palmer Engineering Company<br>3585 Habersham at Northlake Building N<br>Tucker, GA 30084 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 03/23/2020 | 11276-00 NPS MLK Birth Home Rehabilitation | $0.00 | $4,385.66 | $4,385.66 |
| 525 | PECGA llc dba Palmer Engineering Company<br>3585 Habersham at Northlake Building N<br>Tucker, GA 30084 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 05/13/2020 | 11278-00 NPS Replace EBC Lifts | $0.00 | $0.00 | $0.00 |
| 526 | PECGA llc dba Palmer Engineering Company<br>3585 Habersham at Northlake Building N<br>Tucker, GA 30084 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 05/18/2020 | 11304-00 NPS Carter Boyhood Home Fire Protection | $0.00 | $0.00 | $0.00 |
| 527 | PECGA llc dba Palmer Engineering Company<br>3585 Habersham at Northlake<br>Building N<br>Tucker, GA 30084 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 12/15/2020 | 11360-00 NPS BISC Boca Chita Lighthouse Railing | $0.00 | $3,521.80 | $3,521.80 |
| 528 | PECGA LLC dba Palmer Engineering Company<br>3585 Habersham at Northlake<br>Building N<br>Tucker, GA 30084 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 06/01/2021 | 11369-00 NPS GRSM Replace Wastewater System | $0.00 | $0.00 | $0.00 |
| 529 | PECGA LLC dba Palmer Engineering Company<br>3585 Habersham at Northlake<br>Building N<br>Tucker, GA 30084 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 06/01/2021 | 11369-00 NPS GRSM Replace Wastewater System | $0.00 | $0.00 | $0.00 |
| 530 | PECGA LLC dba Palmer Engineering Company<br>3585 Habersham at Northlake<br>Building N<br>Tucker, GA 30084 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 10/28/2020 | 11400-00 World Folk Art Church Stabilization | $0.00 | $0.00 | $0.00 |
| 531 | PECGA LLC dba Palmer Engineering Company<br>3585 Habersham at Northlake<br>Building N<br>Tucker, GA 30084 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11405-00 201 Joseph E. Lowery Rehabilitation | $0.00 | $10,800.00 | $10,800.00 |
| 532 | PECGA LLC dba Palmer Engineering Company<br>3585 Habersham at Northlake Building N<br>Tucker, Georgia 30084 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 09/08/2020 | 11408-60 NPS Russell Cave Visitor Ctr Rehab | $0.00 | $0.00 | $0.00 |
| 533 | PECGA LLC dba Palmer Engineering Company<br>3585 Habersham at Northlake Building N<br>Tucker, Georgia 30084 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 09/23/2020 | 11424-00 NPS Carver Museum Rehabilitation | $0.00 | $315.46 | $315.46 |
| 534 | PECGA LLC dba Palmer Engineering Company<br>3585 Habersham at Northlake<br>Building N<br>Tucker, GA 30084 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $7,814.27 | $7,814.27 |
| 535 | PFA Architects, P.A.<br>196 Coxe Avenue<br>Asheville, NC 28801 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10728-60 WCU STEM Facility | $0.00 | $6,128.87 | $6,128.87 |
| 536 | PFA Architects, P.A.<br>196 Coxe Avenue<br>Asheville, NC 28801 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11173-60 WCU Stillwell Renovation | $0.00 | $2,577.69 | $2,577.69 |

Note:   Assumption and assignment to be effective as of the later of: (x) closing of the Sale, (y) 14 days following service of this notice, and (z) resolution (as between the parties or by order of the Court) of any timely, pending Cure Objections.

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 537 | PFA Architects, P.A. 196 Coxe Avenue Asheville, NC 28801 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $6,683.75 | $6,683.75 |
| 538 | Phillips Gradick Engineering, PC 8215 Roswell Road Suite 925 Atlanta, GA 30350 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11083-00 Atlantic Realty - Tilly Mill Mixed-Use | $0.00 | $8,000.00 | $8,000.00 |
| 539 | Phillips Gradick Engineering, PC 8215 Roswell Road Suite 925 Atlanta, GA 30350 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11265-00 Atlantic Realty - Briarcliff & Clairmont | $0.00 | $65,500.00 | $65,500.00 |
| 540 | Phillips-Langley & Associates LLC 3585 Lawrenceville Suwannee Road #401 Suwanee, Georgia 30024 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement dated 09/23/2020 | 11094-20 GMU Innovation Lease Space Room 109A | $0.00 | $0.00 | $0.00 |
| 541 | Phillips-Langley & Associates 3585 Highway 317 Suite 401-A Suwanee, Georgia 30024 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement dated 09/23/2020 | 11094-21 Exploratory Hall L304 – SEM/TEM Install | $0.00 | $0.00 | $0.00 |
| 542 | Phillips-Langley & Associates 3585 Highway 317 #401-A Suwanee, GA 30024 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 02/28/2020 | 11095-00 Camp Twin Lakes Rutledge II | $0.00 | $0.00 | $0.00 |
| 543 | Phillips-Langley & Associates, LLC 3585 Lawrenceville-Suwanee Road Suite 401 Suwanee, GA 30024 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11262-01 Sage Hall Phase One Renovations | $0.00 | $760.00 | $760.00 |
| 544 | Plaza Theatre Foundation, Inc. 1049 Ponce de Leon Avenue Atlanta, GA 30306 | Lord, Aeck & Sargent, Inc. | Standard Short form of Agreement Between Owner and Architect dated 11/19/2019 | 11208-00 Feasibility & Historic Structures Study | $0.00 | $0.00 | $0.00 |
| 545 | Plaza Theatre Foundation, Inc. 1049 Ponce de Leon Avenue Atlanta, GA 30306 | Lord, Aeck & Sargent, Inc. | Standard Short form of Agreement Between Owner and Architect dated 11/19/2019 | 11208-00 Feasibility & Historic Structures Study | $0.00 | $0.00 | $0.00 |
| 546 | Polo Club Park Apartments, LLLP 159 Old Georgetown Street Lexington, KY 40508 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 08/12/2020 | 11161-00 Polo Club Senior Housing | $0.00 | $0.00 | $0.00 |
| 547 | Polo Club Park Apartments, LLLP 159 Old Georgetown Street Lexington, KY 40508 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Owner and Architect dated 02/25/2020 | 11161-00 Polo Club Senior Housing | $0.00 | $0.00 | $0.00 |
| 548 | Pond & Company 3500 Parkway Lane #500 Peachtree Corners, Georgia 30092 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement | 10504-02 Duluth Library Design & Construction | $0.00 | $0.00 | $0.00 |
| 549 | Pond and Company 3500 Parkway Lane Suite 500 Peachtree Corners, GA 30092 | Lord, Aeck & Sargent, Inc. | Service Contract dated 04/27/2018 | 10504-02 Duluth Library Design & Construction | $0.00 | $0.00 | $0.00 |
| 550 | Pond and Company 3500 Parkway Lane Suite 500 Peachtree Corners, GA 30092 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 04/27/2018 | 10504-02 Duluth Library Design & Construction | $0.00 | $0.00 | $0.00 |
| 551 | Pond and Company 3500 Parkway Lane Suite 500 Peachtree Corners, GA 30092 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 04/27/2018 | 10504-02 Duluth Library Design & Construction | $0.00 | $0.00 | $0.00 |
| 552 | Pond & Company 3500 Parkway Lane Suite 600 Norcross, GA 30092 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10504-02 Duluth Library Design & Construction | $0.00 | $1,912.50 | $1,912.50 |
| 553 | PREMISYS REAL ESTATE SERVICES, INC. 400 Colony Square Building at 1201 Peachtree Street,  N.E. Atlanta, GA 30361 | Lord, Aeck & Sargent, Inc. | Second Amendment to Lease Agreement dated 06/01/1993 | | $0.00 | $0.00 | $0.00 |
| 554 | Professional Environmental Management, Inc. 3735 Harrison Road Suite 500 Loganville, GA 30052 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 10/16/2017 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 555 | Professional Environmental Management, Inc. 3735 Harrison Road  Suite 500 Loganville, GA 30052 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 08/29/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 556 | Professional Environmental Management, Inc. 3735 Harrison Road  Suite 500 Loganville, GA 30052 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 08/29/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 557 | Professional Service Industries, Inc. (PSI) - Intertek 95 Chastain Road, NW Suite 301 Kennesaw, GA 30144 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 09/12/2020 | 11393-00 NPS Medgar and Myrlie Evers House | $0.00 | $0.00 | $0.00 |
| 558 | Professional Service Industries, Inc. (PSI) - Intertek 2800 Commerce Square East Birmingham, AL 35210 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 09/23/2020 | 11424-60 NPS Carver Museum Rehabilitation | $0.00 | $0.00 | $0.00 |
| 559 | quinox Environmental Consultation & Design, Inc. 37 Haywood Street, Suite 100 Asheville, NC 28801 | Lord, Aeck & Sargent, Inc. | Sub-Contract Services Agreement dated 03/22/2021 | 11473-60 Ferry Road Property Analysis & Site Plan | $0.00 | $0.00 | $0.00 |
| 560 | Raymond Engineering 1224 Royal Drive Conyers, GA 30094 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 05/22/2018 | 10504-02 Duluth Library Design & Construction | $0.00 | $0.00 | $0.00 |
| 561 | Raymond Engineering 1224 Royal Drive Suite 100 Conyers, GA 30094 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10504-03 Duluth Library Design & Construction | $0.00 | $2,339.06 | $2,339.06 |
| 562 | Ripley Design Group  Inc 1615 Bonanza St Ste 314 Walnut Creek, CA, 94596-4531 | Lord, Aeck & Sargent, Inc. | Master Service Agreement dated 06/05/2019 | | $0.00 | $0.00 | $0.00 |
| 563 | RMF Engineering 301 McCullough Drive, Suite 401 Charlotte, NC 28262 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 09/26/2014 | 10373-00 WSSU New Residence Hall | $0.00 | $0.00 | $0.00 |
| 564 | RMF Engineering, Inc. 5520 Research Park Drive Suite 300 Baltimore, MD 21228 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11439-00 GSU - Dental Hygiene Teaching Lab Add | $0.00 | $13,500.00 | $13,500.00 |
| 565 | RMF Engineering 8081 Arco Corporate Drive #300 Raleigh, NC 27617 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 02/02/2021 | 11449-60 NC DHHS Virology Renovation | $0.00 | $9,240.00 | $9,240.00 |
| 566 | RMF Engineering, Inc. 5520 Research Park Drive Suite 300 Baltimore, MD 21228 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11450-60 NC DHHS Molecular Lab Renovation | $0.00 | $6,480.00 | $6,480.00 |

Note:   Assumption and assignment to be effective as of the later of: (x) closing of the Sale, (y) 14 days following service of this notice, and (z) resolution (as between the parties or by order of the Court) of any timely, pending Cure Objections.

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 567 | RMF Engineering, Inc.<br>5520 Research Park Drive<br>Suite 300<br>Baltimore, MD 21228 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $8,486.00 | $8,486.00 |
| 568 | RMJ Engineering<br>8081 Arco Corporate Dr. Ste. 300<br>Raleigh, NC 27617 | Lord, Aeck & Sargent, Inc. | Letter With Terms and Conditions Serving As Agreement dated 10/04/2018 | 11022-60 NIEHS IT/Elec Additions | $0.00 | $0.00 | $0.00 |
| 569 | Robert W. Woodruff Arts Center, Inc.<br>1280 Peach Tree St. NE<br>Atlanta, GA 3039 | Lord, Aeck & Sargent, Inc. | Agreement for Professional Services dated 02/17/2021 | 11523-00 HMA Fire Safety Upgrades | $0.00 | $0.00 | $0.00 |
| 570 | Roofing Services and Solutions (RSS)<br>7119 Cockrill Bend Blvd.<br>Nashville, TN 37209 | Lord, Aeck & Sargent, Inc. | Digital Data Licensing Agreement  dated 08/12/2015 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 571 | Roofing Services and Solutions (RSS)<br>7119 Cockrill Bend Blvd.<br>Nashville, TN 37209 | Lord, Aeck & Sargent, Inc. | Digital Data Licensing Agreement  dated 08/12/2015 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 572 | Rowan Williams Davies & Irwin, Inc<br>650 Woodlawn Road West<br>Guelph, Ontario, Canada  NIK 1B8 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 10/30/2013 | 10280-00 UNC MEJ Full Building Renovation | $0.00 | $0.00 | $0.00 |
| 573 | RST Development, LLC<br>6110 Executive Blvd. Ste. 620<br>Rockville, MD 20852 | Lord, Aeck & Sargent, Inc. | Proposal for Professional Additional Design Services dated 04/01/2021 | 11269-00 RST Development - Garner | $0.00 | $0.00 | $0.00 |
| 574 | RST Development, LLC<br>6110 Executive Boulevard #620<br>Rockville, MD 20852 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Owner and Architect dated 01/11/2021 | 11269-00 RST Development - Garner | $0.00 | $0.00 | $0.00 |
| 575 | Rumley Solutions, Inc d/b/a Hummingbird Firm<br>976 Brady Avenue NW #100<br>Atlanta, GA 30318 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 11/17/2020 | 11375-00 Forest Park Downtown Master Plan Update | $0.00 | $3,771.25 | $3,771.25 |
| 576 | Rumley Solutions, Inc, dba Hummingbird Firm<br>976 Brady Avenue NW<br>Suite 100<br>Atlanta, GA 30318 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | | $0.00 | $0.00 | $0.00 |
| 577 | S&ME Inc<br>44 Buck Shoals Road Suite C-3<br>Arden, NC 28704 | Lord, Aeck & Sargent, Inc. | Services Contract dated 10/02/2020 | 11388-60 Highlands Performing Arts Center | $0.00 | $0.00 | $0.00 |
| 578 | S&ME, Inc<br>2020 Liberty Road Suite 105<br>Lexington, KY 40505 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 09/01/2020 | 11396-00 UK - Frazee Hall Modernization | $0.00 | $0.00 | $0.00 |
| 579 | S&ME, Inc.<br>1413 Topside Road<br>Louisville, TN 37777 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11476-00 UK - Delta Gamma Add / Reno | $0.00 | $5,980.00 | $5,980.00 |
| 580 | S&ME, Inc.<br>2020 Liberty Road<br>Suite 105<br>Lexington, KY 40505 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 02/08/2021 | 11476-00 UK - Delta Gamma Add / Reno | $0.00 | $0.00 | $0.00 |
| 581 | SAC Welch Holdings, LLC<br>2275 Marietta Blvd NW #270<br>Atlanta, GA 30318 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 01/20/2021 | 11405-00 201 Joseph E. Lowery Rehabilitation | $0.00 | $0.00 | $0.00 |
| 582 | SAC Welch Holdings, EEC<br>2275 Marietta Blvd, NW  #270<br>Atlanta, GA 30318 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement<br><br>Amendment Number: 001 dated 03/08/2021 | 11405-00 201 Joseph E. Lowery Rehabilitation | $0.00 | $0.00 | $0.00 |
| 583 | Samuel Anderson Architects<br>307 West 38th Street #1901<br>New York, New York 10018 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 09/15/2020 | 11336-00 NPS Harper's Ferry & HP Training Center | $0.00 | $10,947.85 | $10,947.85 |
| 584 | Samuel Anderson Architects<br>307 West 38th Street #1901<br>New York, New York 10018 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 05/13/2021 | 11336-00 NPS Harper's Ferry & HP Training Center | $0.00 | $0.00 | $0.00 |
| 585 | Samuel M. Anderson dba Samuel Anderson Architects<br>307 West 38th Street<br>Room 1901<br>New York, NY 10018 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11336-01 | $0.00 | $4,745.15 | $4,745.15 |
| 586 | SDI Structures<br>275 East Liberty Street<br>Ann Arbor, MI 48104 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11044-00 UM - BSRB Vivarium Outfitting | $0.00 | $5,775.00 | $5,775.00 |
| 587 | Seating-Concepts, Inc.<br>125 Connell Ave.<br>Rockdale, IL 60436 | Lord, Aeck & Sargent, Inc. | Licensing Agreement dated 04/12/2017 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 588 | Security Federal Bank<br>1109 Broad Street<br>Augusta, GA 30901 | Lord, Aeck & Sargent, Inc. | Standard Short form of Agreement dated 08/31/2020 | 11305-00 SFB - 1109 Broad Street | $0.00 | $0.00 | $0.00 |
| 589 | Shear Structural<br>3411 Pierce Drive<br>Chamblee, GA 30341 | Lord, Aeck & Sargent, Inc. | Digital Data Licensing Agreement dated 07/13/2020 | 11168-01 GATV Innovation Labs Design/Build Svcs | $0.00 | $0.00 | $0.00 |
| 590 | Shear Structural<br>3411 Pierce Drive<br>Chamblee, GA 30341 | Lord, Aeck & Sargent, Inc. | Digital Data Licensing Agreement dated 07/13/2020 | 11168-01 GATV Innovation Labs Design/Build Svcs | $0.00 | $0.00 | $0.00 |
| 591 | SHEAR Structural, LLC<br>3411 Pierce Drive<br>Suite 100<br>Chamblee, GA 30341 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $11,500.00 | $11,500.00 |
| 592 | Shelton Taylor & Associates, Inc.<br>1920 Abbott Street #305<br>Charlotte, NC 28203 | Lord, Aeck & Sargent, Inc. | Digital Data Licensing Agreement dated 12/11/2019 | 11180-60 AAC Woodfield Brier Creek | $0.00 | $0.00 | $0.00 |
| 593 | Shepherd, Harvey & Associates, Inc<br>4855 River Green Pkwy<br>Suite 400<br>Duluth, GA 30096 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10772-12 | $0.00 | $975.00 | $975.00 |
| 594 | Sherwood Design Engineers<br>1000 Marietta St. Suite 238<br>Atlanta, GA 30318 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 04/24/2020 | 11178-00 Trees Atlanta - New Urban Ecology Center | $0.00 | $0.00 | $0.00 |
| 595 | Sherwood Design Engineers, Inc.<br>1000 Marietta Street, Suite 238<br>Atlanta, GA 30318 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 02/07/2020 | 11178-00 Trees Atlanta - New Urban Ecology Center | $0.00 | $0.00 | $0.00 |
| 596 | Sherwood Design Engineers, Inc.<br>611 W 22nd Street<br>Suite 205<br>Houston, TX 77008 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $7,363.38 | $7,363.38 |

Note:   Assumption and assignment to be effective as of the later of: (x) closing of the Sale, (y) 14 days following service of this notice, and (z) resolution (as between the parties or by order of the Court) of any timely, pending Cure Objections.

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 597 | Shorenstein Realty Services, L.P<br>600 Peachtree Street NE Suite 950<br>Atlanta, GA  30308 | Lord, Aeck & Sargent, Inc. | Agreement for Consulting Services | 11145-00 Bank of America Plaza Redesign | $0.00 | $0.00 | $0.00 |
| 598 | Shorenstein Realty Services, L.P.<br>600 Peachtree Street NE Suite 950<br>Atlanta, GA  30308 | Lord, Aeck & Sargent, Inc. | Agreement for Consulting Services dated 01/31/2020 | 11145-00 Bank of America Plaza Redesign | $0.00 | $0.00 | $0.00 |
| 599 | Shrout Tate Wilson<br>628 Winchester Road<br>Lexington, KY 40505 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10663-02 UK - Still Building | $0.00 | $2,280.00 | $2,280.00 |
| 600 | Signet Real Estate Group<br>19 North High Street<br>Akron, OH 44308 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Owner and Architect dated 05/07/2020 | 10928-00 WVU Beckley P3 Student Housing | $0.00 | $0.00 | $0.00 |
| 601 | Silman<br>32 Old Slip, 10th Floor<br>New York, NY 10005 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10787-00 5600 Columbia Pike | $0.00 | $44,542.50 | $44,542.50 |
| 602 | Silman<br>1053 31st Street NW<br>Washington, DC 20007 | Lord, Aeck & Sargent, Inc. | Service Contract dated 09/21/2020 | 11094-20 GMU Innovation Lease Space Room 109A | $0.00 | $325.00 | $325.00 |
| 603 | Silman<br>1053 31st Street NW<br>Washington, DC 20007 | Lord, Aeck & Sargent, Inc. | Service Contract dated 11/09/2018 | 11102-00 GWU Ross Hall 4th Floor Lab Renovation | $0.00 | $250.00 | $250.00 |
| 604 | Silman<br>1053 31st Street NW<br>Washington, DC 20007 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement dated 05/03/2019 | 11102-00 GWU Ross Hall 4th Floor Lab Renovation | $0.00 | $0.00 | $0.00 |
| 605 | Silman<br>1053 31st Street, NE<br>Washington, DC 20007 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 09/15/2020 | 11336-00 NPS Harper's Ferry & HP Training Center | $0.00 | $0.00 | $0.00 |
| 606 | Silman<br>32 Old Slip<br>10th Floor<br>New York, NY 10005 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 06/30/2020 | 11337-00 NPS - THLH Title III Services | $0.00 | $495.80 | $495.80 |
| 607 | Silman<br>32 Old Slip, 10th Floor<br>New York, NY 10005 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $2,929.24 | $2,929.24 |
| 608 | SKA Consulting Engineer, Inc.<br>300 Pomona Drive<br>Greensboro, NC 27407-1620 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $9,000.00 | $9,000.00 |
| 609 | Skyline Apartments, LP<br>3101 Bee Caves Road, Suite 220<br>Austin, TX 7874 | Lord, Aeck & Sargent, Inc. | Notice of Contract dated 03/26/2020 | Forest Ridge / The Vistas Apartments | $0.00 | $0.00 | $0.00 |
| 610 | Solid Ground Consulting Engineers, PLLC<br>1419 Lexington Rd.<br>Richmond, KY 40475 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant | 11235-00 UK Arboretum Visitor Center Expansion | $0.00 | $0.00 | $0.00 |
| 611 | Solid Ground Consulting Engineers, PLLC<br>1419 Lexington Rd.  Richmond, KY 40475 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant | 11235-00 UK Arboretum Visitor Center Expansion | $0.00 | $0.00 | $0.00 |
| 612 | Solid Light, Inc.<br>483 South Third Street<br>Louisville, KY 40202 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 09/23/2020 | 11424-60 NPS Carver Museum Rehabilitation | $0.00 | $0.00 | $0.00 |
| 613 | Southern Environmental Law Center<br>601 W. Rosemary Street Suite 220<br>Chapel Hill, NC 27517 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 12/08/2017 | 10902-00 SELC Feasibility Study / Concept Design | $0.00 | $0.00 | $0.00 |
| 614 | Southern Environmental Law Center<br>601 W. Rosemary Street Suite 220<br>Chapel Hill, NC 27516-2356 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 08/13/2018 | 10902-00 SELC Feasibility Study / Concept Design | $0.00 | $0.00 | $0.00 |
| 615 | Southern Environmental Law Center (SELC)<br>201 W. Main Street #14<br>Charlottesville, VA  22902 | Lord, Aeck & Sargent, Inc. | Standard Short form of Agreement Between Owner and Architect dated 04/15/2021 | 11556-00 SELC Charlottesville Office Fit-Out | $0.00 | $0.00 | $0.00 |
| 616 | Southern Preservation Systems<br>3170 Lenora Church Road, SW Suite 100<br>Snellville, Georgia 30039 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 04/13/2021 | 11532-00 GA Tech  Arch East Envelope Repair | $0.00 | $0.00 | $0.00 |
| 617 | Spencer Bristol Engineering, Inc<br>5655 Peachtree Parkway  Suite 100<br>Norcross, GA 30092 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 06/29/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 618 | Spencer Bristol Engineering, Inc.<br>5655 Peachtree Parkway  Suite 100<br>Norcross, GA 30092 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 07/29/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 619 | Spencer Bristol Engineering, Inc.<br>5655 Peachtree Parkway  Suite 100<br>Norcross, GA 30092 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 01/10/2017 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 620 | Spencer Bristol Engineering, Inc.<br>5655 Peachtree Parkway Suite 100<br>Norcross, GA 30092 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 06/19/2017 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 621 | Spencer Bristol Engineering, Inc.<br>5655 Peachtree Parkway Suite 100<br>Norcross, GA 30092 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 11/15/2017 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 622 | Spencer Bristol Engineering, Inc.<br>5655 Peachtree Parkway Suite 100<br>Norcross, GA 30092 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 02/19/2018 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 623 | Spencer Bristol Engineering<br>5880 Live Oak Parkway #140<br>Norcross, GA 30093 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 04/03/2020 | 10504-02 Duluth Library Design & Construction | $0.00 | $0.00 | $0.00 |
| 624 | Spencer Bristol Engineering<br>5880 Live Oak Parkway Suite 140<br>Norcross, GA 30093 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 05/22/2018 | 10504-02 Duluth Library Design & Construction | $0.00 | $0.00 | $0.00 |
| 625 | Spencer Bristol Engineering<br>5880 Live Oak Parkway   Suite 140<br>Norcross, GA 30093 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 03/07/2018 | 10504-02 Duluth Library Design & Construction | $0.00 | $0.00 | $0.00 |
| 626 | Spencer Bristol Engineering, Inc.<br>The Hub at Peachtree Corners<br>3577 Parkway Lane<br>Suite 250<br>Norcross, GA 30092 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10504-03 Duluth Library Design & Construction | $0.00 | $2,459.72 | $2,459.72 |
| 627 | St. Paul United Methodist Church<br>1500 6th Avenue North<br>Birmingham, AL 35203 | Lord, Aeck & Sargent, Inc. | Standard Short form of Agreement dated 07/17/2020 | 11365-60 St Paul UMC Exterior Restoration | $0.00 | $0.00 | $0.00 |
| 628 | Staggs and Fisher Consulting Engineers, Inc<br>3264 Loch Ness Drive<br>Lexington, Kentucky 40517 | Lord, Aeck & Sargent, Inc. | Staggs and Fisher Consulting Engineers, Inc.<br><br>Standard form of Agreement dated 09/01/2020 | 11396-00 UK - Frazee Hall Modernization | $0.00 | $0.00 | $0.00 |

Note:   Assumption and assignment to be effective as of the later of: (x) closing of the Sale, (y) 14 days following service of this notice, and (z) resolution (as between the parties or by order of the Court) of any timely, pending Cure Objections.

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 629 | Staggs and Fisher Consulting Engineers, Inc.<br>3264 Loch Ness Drive<br>Lexington, KY 40517 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11476-00 UK - Delta Gamma Add / Reno | $0.00 | $20,000.00 | $20,000.00 |
| 630 | Staggs and Fisher Consulting Engineers, Inc.<br>3264 Lochness Drive<br>Lexington, KY  40517 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 02/08/2021 | 11476-60 UK - Delta Gamma Add / Reno | $0.00 | $0.00 | $0.00 |
| 631 | Stanford White Associates<br>P.O. Box 19944<br>Raleigh, NC 27619 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $937.50 | $937.50 |
| 632 | State of Alabama Building Commission | Lord, Aeck & Sargent, Inc. | Services Agreement dated 10/29/2019 | 11038-60 UAB - Science & Engineering Complex Prgm | $0.00 | $0.00 | $0.00 |
| 633 | State of  North Carolina acting through Winston-Salem State University<br>1307 Mail Sen/ice Center<br>Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement  Between Owner and Designer dated 05/07/2014 | 10373-00 WSSU New Residence Hall | $0.00 | $0.00 | $0.00 |
| 634 | State of  North  Carolina through Winston-Salem State University<br>1604-C Lowery Street<br>Winston-Salem, NC 27110 | Lord, Aeck & Sargent, Inc. | Letter Agreement dated 01/31/2014 | 10373-00 WSSU New Residence Hall | $0.00 | $0.00 | $0.00 |
| 635 | State of  North Carolina through Winston-Salem State University<br>1604-C Lowery Street<br>Winston-Salem, NC 27110 | Lord, Aeck & Sargent, Inc. | Letter Agreement dated 01/23/2014 | 10373-00 WSSU New Residence Hall | $0.00 | $0.00 | $0.00 |
| 636 | State of North Carolina through Winston-Salem State University<br>1307 Mail Service Center<br>Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 01/23/2014 | 10373-00 WSSU New Residence Hall | $0.00 | $0.00 | $0.00 |
| 637 | State of North Carolina through Winston-Salem State University<br>1307 Mail Service Center<br>Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Supplemental Agreement dated 08/12/2014 | 10373-00 WSSU New Residence Hall | $0.00 | $0.00 | $0.00 |
| 638 | State of North Carolina Winston-Salem State University<br>601 Martin Luther King Jr. Drive<br>Building 1604C<br>Winston-Salem, NC 27110 | Lord, Aeck & Sargent, Inc. | Supplemental Agreement dated 08/12/2014 | 10373-00 WSSU New Residence Hall | $0.00 | $0.00 | $0.00 |
| 639 | State of North Carolina Winston-Salem State University<br>601 Martin Luther King Jr. Drive<br>Building 1604C<br>Winston-Salem, NC 27110 | Lord, Aeck & Sargent, Inc. | Supplemental Agreement dated 08/29/2014 | 10373-00 WSSU New Residence Hall | $0.00 | $0.00 | $0.00 |
| 640 | State of North Carolina Winston-Salem State University<br>601 Martin Luther King Jr. Drive<br>Building 1604C<br>Winston-Salem, NC 27110 | Lord, Aeck & Sargent, Inc. | Supplemental Agreement dated 08/29/2014 | 10373-00 WSSU New Residence Hall | $0.00 | $0.00 | $0.00 |
| 641 | State of North Carolina Winston-Salem State University<br>601 Martin Luther King Jr. Drive<br>Building 1604C<br>Winston-Salem, NC 27110 | Lord, Aeck & Sargent, Inc. | Supplemental Agreement dated 08/12/2014 | 10373-00 WSSU New Residence Hall | $0.00 | $0.00 | $0.00 |
| 642 | State of North Carolina<br>UNC - Chapel Hill, 1307 Mail Service Center<br>Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Supplemental Agreement dated 03/26/2019 | 10280-00 UNC MEJ Full Building Renovation | $0.00 | $0.00 | $0.00 |
| 643 | State of North Carolina | Lord, Aeck & Sargent, Inc. | Supplemental Agreement dated 01/31/2021 | 11450-60 NC DHHS Molecular Lab Renovation | $0.00 | $0.00 | $0.00 |
| 644 | State of North Carolina through Western Carolina University<br>1307 Mail Service Center<br>Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Amendment to Agreement for Services dated 12/20/2017 | 10728-60 WCU STEM Facility | $0.00 | $0.00 | $0.00 |
| 645 | State of North Carolina through Western Carolina University<br>1307 Mail Service Center<br>Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement  Between Owner and Designer dated 01/30/2017 | 10728-60 WCU STEM Facility | $0.00 | $0.00 | $0.00 |
| 646 | the State of North Carolina  through Western Carolina University<br>3476 Old Cullowhee Road<br>Cullowhee NC 28723 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 12/12/2019 | 11229-60 WCU Hunter Library Renovation Concept | $0.00 | $0.00 | $0.00 |
| 647 | State of North Carolina Western Carolina University<br>3476 Old Cullowhee Road<br>Cullowhee, NC 28723 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 08/10/2016 | 10728-60 WCU STEM Facility | $0.00 | $0.00 | $0.00 |
| 648 | State of North Carolina Western Carolina University<br>3476 Old Cullowhee Road<br>Cullowhee, NC 28723 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 04/03/2017 | 10728-60 WCU STEM Facility | $0.00 | $0.00 | $0.00 |
| 649 | State of North Carolina Western Carolina University<br>1307 Mail Service Center<br>Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Supplemental Agreement dated 03/26/2019 | 10816-60 NC State - DH Hill Library Success Ctr | $0.00 | $0.00 | $0.00 |
| 650 | State of North Carolina Western Carolina University<br>1307 Mail Service Center<br>Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Supplemental Agreement dated 10/09/2019 | 11172-60 WCU Quad Stair | $0.00 | $0.00 | $0.00 |
| 651 | State of North Carolina<br><br>Department of Health & Human Services<br>1307 Mail Service Center<br>Raleigh, NC  27699-1307 | Lord, Aeck & Sargent, Inc. | Supplemental Agreement dated 01/19/2021 | 11450-60 NC DHHS Molecular Lab Renovation | $0.00 | $0.00 | $0.00 |
| 652 | State of North Carolina<br><br>Department of Health & Human Services – Property & Construction<br>2104 Umstead Drive  3026 Mail Service Center<br>Raleigh, NC 27699-3026 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 03/11/2021 | 11573-60 NC DHHS CDC Grant Assistance | $0.00 | $0.00 | $0.00 |
| 653 | State of North Carolina<br><br>East Carolina University<br>1307 Mail Service Center<br>Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Design Agreement Amendments dated 03/13/2018 | 10729-60 ECU Life Sciences | $0.00 | $0.00 | $0.00 |

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 654 | State of North Carolina<br><br>East Carolina University<br>1307 Mail Service Center<br>Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Supplemental Agreement dated 01/18/2019 | 10729-60 ECU Life Sciences | $0.00 | $0.00 | $0.00 |
| 655 | State of North Carolina<br><br>NC State University<br>Campus Box 7520<br>2701 Sullivan Drive, Suite 331<br>Raleigh, NC 27695-7520 | Lord, Aeck & Sargent, Inc. | Supplemental Agreement dated 09/18/2018 | 10816-60 NC State - DH Hill Library Success Ctr | $0.00 | $0.00 | $0.00 |
| 656 | State of North Carolina<br><br>NC State University<br>1307 Mail Service Center<br>Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Supplemental Agreement dated 10/25/2018 | 10816-60 NC State - DH Hill Library Success Ctr | $0.00 | $0.00 | $0.00 |
| 657 | State of North Carolina<br><br>NC State University<br>Campus Box 7520<br>2701 Sullivan Drive, Suite 331<br>Raleigh, NC 27695-7520 | Lord, Aeck & Sargent, Inc. | Supplemental Agreement dated 10/25/2018 | 10816-60 NC State - DH Hill Library Success Ctr | $0.00 | $0.00 | $0.00 |
| 658 | State of North Carolina<br><br>NC State University<br>1307 Mail Service Center<br>Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Supplemental Agreement dated 04/03/2019 | 10816-60 NC State - DH Hill Library Success Ctr | $0.00 | $0.00 | $0.00 |
| 659 | State of North Carolina<br><br>NC State University<br>1307 Mail Service Center<br>Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Supplemental Agreement dated 05/13/2019 | 10816-60 NC State - DH Hill Library Success Ctr | $0.00 | $0.00 | $0.00 |
| 660 | State of North Carolina<br><br>NC State University<br>1307 Mail Service Center<br>Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Supplemental Agreement dated 07/09/2019 | 10816-60 NC State - DH Hill Library Success Ctr | $0.00 | $0.00 | $0.00 |
| 661 | State of North Carolina<br><br>NC State University<br>1307 Mail Service Center<br>Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Supplemental Agreement dated 09/18/2018 | 10816-60 NC State - DH Hill Library Success Ctr | $0.00 | $0.00 | $0.00 |
| 662 | State of North Carolina<br><br>NC State University<br>1307 Mail Service Center<br>Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Supplemental Agreement dated 10/25/2018 | 10816-60 NC State - DH Hill Library Success Ctr | $0.00 | $0.00 | $0.00 |
| 663 | State of North Carolina<br><br>NC State University<br>1307 Mail Service Center<br>Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Supplemental Agreement dated 07/09/2018 | 10816-60 NC State - DH Hill Library Success Ctr | $0.00 | $0.00 | $0.00 |
| 664 | State of North Carolina acting through NC State University, Raleigh, NC<br>1307 Mail Service Center<br>Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement  Between Owner and Designer dated 03/20/2018 | 10816-60 NC State - DH Hill Library Success Ctr | $0.00 | $0.00 | $0.00 |
| 665 | State of North Carolina, through:  NC State University Campus Box 7520  2701 Sullivan Drive, Suite 331 Raleigh, NC 27695-7520 | Lord, Aeck & Sargent, Inc. | Supplemental Agreement | 10816-60 NC State - DH Hill Library Success Ctr | $0.00 | $0.00 | $0.00 |
| 666 | Stephen V. Skalko, P.E. & Associates, LLC<br>P.O.Box 7821<br>Macon, GA 31209 | Lord, Aeck & Sargent, Inc. | Amendment to Consultant Services Agreement | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 667 | Stephen V. Skalko, P.E. & Associates, LLC<br>P O Box 7821<br>Macon, GA 31209 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant for Special  Services dated 04/24/2015 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 668 | Stetson University, Inc<br>421 North Woodland Blvd<br>Deland, FL 32723 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 09/04/2020 | 11262-01 Sage Hall Phase One Renovations | $0.00 | $0.00 | $0.00 |
| 669 | Stetson University, Inc.<br>421 North Woodland Blvd.<br>Deland, FL 32723 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Owner and Architect dated 09/04/2020 | 11262-01 Sage Hall Phase One Renovations | $0.00 | $0.00 | $0.00 |
| 670 | Stewart<br>421 Fayetteville Street, Suite 400<br>Raleigh, NC 27601 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 09/26/2014 | 10373-00 WSSU New Residence Hall | $0.00 | $0.00 | $0.00 |
| 671 | Stewart, Inc.<br>223 S. West Street<br>Suite 1100<br>Raleigh, NC 27603 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10728-60 WCU STEM Facility | $0.00 | $3,581.00 | $3,581.00 |
| 672 | Stimmel Associates, P.A.<br>601 North Trade Street, Suite 200<br>Winston-Salem, NC 27101 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 09/26/2014 | 10373-00 WSSU New Residence Hall | $0.00 | $0.00 | $0.00 |
| 673 | Strand Associates<br>1175 Peachtree Street Atlanta Ga 30361<br>Atlanta Ga 30361 | Lord, Aeck & Sargent, Inc. | Professional Services Agreement | 11235-00 UK Arboretum Visitor Center Expansion | $0.00 | $0.00 | $0.00 |
| 674 | Strand Associates Inc<br>651 Perimeter Drive Suite 220 Lexington KY 40517<br>Lexington KY 40517 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant | 11235-00 UK Arboretum Visitor Center Expansion | $0.00 | $0.00 | $0.00 |
| 675 | Strand Associates Inc<br>651 Perimeter Drive Suite 220<br>Lexington, KY 40517 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 09/01/2020 | 11396-00 UK - Frazee Hall Modernization | $0.00 | $14,095.00 | $14,095.00 |
| 676 | Strand Associates Inc.<br>910 West Wingra Drive<br>Madison, WI 53715 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | | $0.00 | $0.00 | $0.00 |
| 677 | Structural Consulting Group, LLC<br>6250 Shiloh Road #20<br>Alpharetta, GA 30005 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 12/26/2019 | 11180-60 AAC Woodfield Brier Creek | $0.00 | $0.00 | $0.00 |
| 678 | Structural Design Incorporated<br>275 E. Liberty Street<br>Ann Arbor, MI 48104 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 03/07/2019 | 11044-00 UM - BSRB Vivarium Outfitting | $0.00 | $0.00 | $0.00 |

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 679 | Studio 2H Design, LLC<br>1721 4th Avenue North, Suite 101<br>Birmingham, AL 35203 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 10/12/2020 | 11199-60 Gaston Hotel Phase 2 | $0.00 | $0.00 | $0.00 |
| 680 | Studio 2H Design, LLC<br>1721 4th Avenue North, Suite 101<br>Birmingham, AL 35203 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 10/12/2020 | 11199-60 Gaston Hotel Phase 2 | $0.00 | $0.00 | $0.00 |
| 681 | Studio 2H Design, LLC<br>1721 4th Avenue North, Suite 101<br>Birmingham, AL 35203 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement dated 09/24/2019 | 11199-60 Gaston Hotel Phase 2 | $0.00 | $0.00 | $0.00 |
| 682 | Studio 2H Design, LLC<br>1721 4th Avenue North<br>Suite 101<br>Birmingham, AL 35203 | Lord, Aeck & Sargent, Inc. | Standard form of Master Agreement Between Architect and Consultant dated 06/25/2020 | 11199-60 Gaston Hotel Phase 2 | $0.00 | $0.00 | $0.00 |
| 683 | Studio Dewberry<br>One Peachtree Pointe<br>1545 Peachtree St. NE, Suite 250<br>Atlanta, GA 30309 | Lord, Aeck & Sargent, Inc. | Professional Architectural Services dated 08/05/2020 | 11031-01 Belle Isle | $0.00 | $0.00 | $0.00 |
| 684 | Studio Dewberry<br>One Peachtree Pointe<br>1545 Peachtree St. NE, Suite 250<br>Atlanta, GA 30309 | Lord, Aeck & Sargent, Inc. | Professional Architectural Services dated 03/13/2019 | 11031-01 Belle Isle | $0.00 | $0.00 | $0.00 |
| 685 | Surface 678, PA<br>The Imperial Building<br>215 Morris Street<br>Suite 150<br>Durham, NC 27701 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11501-60 UNC Ackland Museum Study | $0.00 | $8,460.00 | $8,460.00 |
| 686 | Survey Systems & Assoc., Inc.<br>657 Lake Drive SW<br>Snellville, GA 30039 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11520-00 McKay Residence Landscape Architecture | $0.00 | $400.00 | $400.00 |
| 687 | Sykes Consulting, Inc.<br>1175 Peachtree Street NE #2300<br>Atlanta, GA 30361 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 07/30/2019 | 11095-00 Camp Twin Lakes Rutledge II | $0.00 | $0.00 | $0.00 |
| 688 | Sykes Consulting<br>1175 Peachtree St. NE<br><br>Suite #2300<br>Atlanta, GA 30316 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement dated 05/26/2020 | 11241-00 Oglethorpe University - Schall Woodland | $0.00 | $0.00 | $0.00 |
| 689 | Sykes Consulting, Inc.<br>1175 Peachtree Street, NE<br>Suite 2300<br>Atlanta, GA 30361-6305 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $750.00 | $750.00 |
| 690 | T-C King Street Station, LLC<br>1725 Duke Street, Alexandria, Virginia 22314<br>Alexandria, Virginia 22314 | Lord, Aeck & Sargent, Inc. | office Deed of Lease dated 02/01/2017 | | $0.00 | $0.00 | $0.00 |
| 691 | Terracon Consultants, Inc.<br>5307 Industrial Oaks Blvd.<br>Suite 160<br>Austin, 76735 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10881-00 Travis County Probate Court | $0.00 | $9,871.25 | $9,871.25 |
| 692 | TerraMark Land Surveying, Inc.<br>1396 Bells Ferry Road;<br>Marietta, Georgia 30066 | Lord, Aeck & Sargent, Inc. | Scope and Fees Proposal | 11145-00 Bank of America Plaza Redesign | $0.00 | $0.00 | $0.00 |
| 693 | TG&W Engineers, Inc.<br>3701 Executive Center Drive, Suite 257<br>Austin, TX 78731 | Lord, Aeck & Sargent, Inc. | Service Contract dated 07/11/2019 | 11087-00 TAMU West Campus Dining Facility | $0.00 | $0.00 | $0.00 |
| 694 | TG&W Engineers, Inc.<br>3701 Executive Center Drive, Suite 257<br>Austin, TX 78731 | Lord, Aeck & Sargent, Inc. | Service Contract dated 11/01/2019 | 11087-00 TAMU West Campus Dining Facility | $0.00 | $0.00 | $0.00 |
| 695 | TG&W Engineers, Inc.<br>3701 Executive Center Drive Suite 257<br>Austin, TX 78731 | Lord, Aeck & Sargent, Inc. | Service Contract dated 11/01/2019 | 11087-00 TAMU West Campus Dining Facility | $0.00 | $0.00 | $0.00 |
| 696 | TG&W Engineers, Inc.<br>3701 Executive Center Dr<br>Suite 257<br>Austin, TX 78731 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11279-04 UT Austin Underwood Lab Renovation - EER | $0.00 | $7,000.00 | $7,000.00 |
| 697 | TG&W Engineers, Inc.<br>3701 Executive Center Dr<br>Suite 257<br>Austin, TX 78731 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $25,708.37 | $25,708.37 |
| 698 | The  Board of Trustees of the University of Alabama for the University of Alabama at Birmingham<br>1720 2nd Ave. South<br>Birmingham, AL 35233 | Lord, Aeck & Sargent, Inc. | Consulting Agreement dated 10/29/2019 | 11038-60 UAB - Science & Engineering Complex Prgm | $0.00 | $0.00 | $0.00 |
| 699 | The Aaron Diamond AIDS  Research Center for the City of New York, Inc.<br>455 First Avenue<br>New York, NY 10016 | Lord, Aeck & Sargent, Inc. | Agreement Between The Aaron Diamond Aids Research Center for The City of New York, Inc. ("Adarc" Or "Owner") and Lord, Aeck & Sargent, Inc. (The "Architects"). dated 08/02/2017 | 10730-01 Aaron Diamond AIDS Research Center | $0.00 | $0.00 | $0.00 |
| 700 | The Aaron Diamond AIDS Research Center for the City of New York, Inc.<br>455 First Avenue<br>New York, New York 10016 | Lord, Aeck & Sargent, Inc. | Agreement dated 08/02/2017 | 10730-01 Aaron Diamond AIDS Research Center | $0.00 | $0.00 | $0.00 |
| 701 | The Aaron Diamond AIDS Research Center for the City of New York, Inc.<br>455 First Avenue<br>New York, New York 10016 | Lord, Aeck & Sargent, Inc. | Construction Agreement | 10730-01 Aaron Diamond AIDS Research Center | $0.00 | $0.00 | $0.00 |
| 702 | The Aaron Diamond AIDS Research Center for the City of New York, Inc.<br>455 First Avenue<br>New York, New York 10016 | Lord, Aeck & Sargent, Inc. | Service Agreement dated 08/02/2017 | 10730-01 Aaron Diamond AIDS Research Center | $0.00 | $0.00 | $0.00 |
| 703 | THE BOARD OF REGENTS OF THE TEXAS A&M UNIVERSITY<br>301 Tarrow Street, 7 th  Floor<br>College Station, TX 77840-7896 | Lord, Aeck & Sargent, Inc. | Agreement | 11087-00 TAMU West Campus Dining Facility | $0.00 | $0.00 | $0.00 |

Note:   Assumption and assignment to be effective as of the later of: (x) closing of the Sale, (y) 14 days following service of this notice, and (z) resolution (as between the parties or by order of the Court) of any timely, pending Cure Objections.

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 704 | The Board of Trustees of the University of Alabama for the University of Alabama at Birmingham<br><br>Studio 2H Design, LLC<br>801 6th Avenue South<br><br>1721 4th Ave N<br>Birmingham, AL 35294-4554<br>Birmingham, AL 35203 | Lord, Aeck & Sargent, Inc. | Agreement Between Owner and Architect dated 01/01/2019 | 11263-61 UAB- McCallum Health Sciences Renovation | $0.00 | $0.00 | $0.00 |
| 705 | The Board of Trustees of The University of Alabama for the University of Alabama at Birmingham<br><br>UNIVERSITY FACILITIES ADMINISTRATION<br>801 6TH AVENUE SOUTH, FAB 134<br>BIRMINGHAM, AL 35294-4554 | Lord, Aeck & Sargent, Inc. | Consulting Agreement dated 12/18/2020 | 11431-00 UAB - SOM Research Bldg Feasibility | $0.00 | $0.00 | $0.00 |
| 706 | The Board of Trustees of the University of Alabama for the University of Alabama at Birmingham<br>1720 2rtd Ave. South<br>Birmingham, AL 35233 | Lord, Aeck & Sargent, Inc. | Consulting Agreement dated 09/04/2019 | 11038-60 UAB - Science & Engineering Complex Prgm | $0.00 | $0.00 | $0.00 |
| 707 | The Board of Trustees of the University of Alabama for the University of Alabama at Birmingham<br><br>Planning, Design, and Construction, The University of Alabama at Birmingham<br>1720 2nd Ave. South<br>Birmingham, AL 35294-4554 | Lord, Aeck & Sargent, Inc. | Amendment to Consulting Services Agreement dated 05/02/2019 | 11038-60 UAB - Science & Engineering Complex Prgm | $0.00 | $0.00 | $0.00 |
| 708 | The Exchange East LLC<br>c/o Capital Associates  1255 Crescent Green, Suite 30<br>Cary, NC 27518 | Lord, Aeck & Sargent, Inc. | Lease Agreement By and Between The Exchange - East Llc Landlord and Lord, Aeck & Sargent, Inc. Tenant dated 08/22/2011 | GAE00-03 | $0.00 | $15,812.58 | $15,812.58 |
| 709 | The George Washington University<br>Division of Operations<br>Facilities and Campus Development<br>1918 F St. NW<br>Washington, DC 20052 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Owner and Architect dated 05/03/2019 | 11102-00 GWU Ross Hall 4th Floor Lab Renovation | $0.00 | $0.00 | $0.00 |
| 710 | The Historical Preservation Authority of the City of Birmingham<br>2nd Floor 710 North 20th Street<br>Birmingham, AL 35203 | Lord, Aeck & Sargent, Inc. | Agreement for Architectural Services dated 09/24/2019 | 11199-60 Gaston Hotel Phase 2 | $0.00 | $0.00 | $0.00 |
| 711 | The Midtown Alliance<br>999 Peachtree Street, Suite 730<br>Atlanta, GA 30309 | Lord, Aeck & Sargent, Inc. | Consulting Services Agreement dated 09/04/2018 | 19002-00 Midtown Alliance Public Spaces Program | $0.00 | $0.00 | $0.00 |
| 712 | The Oasis at Kearney Creek, LLP<br>159 Old Georgetown Street<br>Lexington, KY 40508 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Owner and Architect dated 02/22/2019 | 11069-00 AU Associates - The Oasis at Kearney Cre | $0.00 | $0.00 | $0.00 |
| 713 | THE REGENTS OF THE UNIVERSITY OF MICHIGAN<br>326 E. Hoover, Mail Stop E<br>Ann Arbor, MI 48109-1002 | Lord, Aeck & Sargent, Inc. | Agreement Between Owner and Design Professional  for Contractor Projects dated 03/28/2019 | 11044-00 UM - BSRB Vivarium Outfitting | $0.00 | $0.00 | $0.00 |
| 714 | THE REGENTS OF THE UNIVERSITY OF MICHIGAN<br>326 E. Hoover, Mail Stop E<br>Ann Arbor, MI 48109-1002 | Lord, Aeck & Sargent, Inc. | Agreement Between Owner and Design Professional for  Contractor Projects dated 03/28/2019 | 11044-00 UM - BSRB Vivarium Outfitting | $0.00 | $0.00 | $0.00 |
| 715 | The Regents of the University of Michigan<br>326 E. Hoover, Mail Stop E<br>Ann Arbor, MI 48109-1002 | Lord, Aeck & Sargent, Inc. | Amendment to Building Agreement | 11044-00 UM - BSRB Vivarium Outfitting | $0.00 | $0.00 | $0.00 |
| 716 | THE REGENTS OF THE UNIVERSITY OF MICHIGAN,<br>326 E. Hoover, Mail Stop E<br>Ann Arbor, MI 48109-1002 | Lord, Aeck & Sargent, Inc. | Agreement Between Owner and Design Professional for Contractor Projects dated 03/28/2019 | 11044-00 UM - BSRB Vivarium Outfitting | $0.00 | $0.00 | $0.00 |
| 717 | THE STATE OF TENNESSEE The University of Tennessee | Lord, Aeck & Sargent, Inc. | Scope of Services Agreement dated 12/18/2020 | 11479-00 Task 2  UTIA CVM Renovation & Expansion | $0.00 | $0.00 | $0.00 |
| 718 | The Trustees of Columbia University in the City of New York<br>Amador Centeno<br>Vice President, Facilities Management  Columbia University Medical Center<br>650 West 168th Street, Suite B07<br>New York, NY 10016 | Lord, Aeck & Sargent, Inc. | Architectural Services dated 08/01/2017 | 10730-01 Aaron Diamond AIDS Research Center | $0.00 | $0.00 | $0.00 |
| 719 | The Trustees of Columbia University in the City of New York<br>Amador Centeno<br>Vice President, Facilities Management  Columbia University Medical Center<br>650 West 168th Street, Suite B07<br>New York, NY 10016 | Lord, Aeck & Sargent, Inc. | Agreement Between Tenant and Architect for Architectural Services dated 08/02/2017 | 10730-01 Aaron Diamond AIDS Research Center | $0.00 | $0.00 | $0.00 |
| 720 | The University of Alabama for the University of Alabama at Birmingham<br>801 6th Avenue South<br>Birmingham, AL 35233 | Lord, Aeck & Sargent, Inc. | Consulting Agreement dated 11/19/2018 | 11038-60 UAB - Science & Engineering Complex Prgm | $0.00 | $0.00 | $0.00 |
| 721 | The University of Georgia<br>382 East Broad Street<br>Athens, GA 30602 | Lord, Aeck & Sargent, Inc. | form of Task Assignment Order for Use With General Consultant Project Delivery dated 02/05/2020 | 11162-00 UGA College of Vet Med Anatomy Lab | $0.00 | $0.00 | $0.00 |
| 722 | The University of Georgia<br>382 East Broad Street<br>Athens, GA 30602 | Lord, Aeck & Sargent, Inc. | form of Task Assignment Order for Use With General Consultant Project Delivery dated 01/29/2020 | 11245-00 UGA Holmes-Hunter Academic Building | $0.00 | $0.00 | $0.00 |
| 723 | The University of Michigan<br>7071 Wolverine Tower<br>3003 S. State Street<br>Ann Arbor MI 48109-1282 | Lord, Aeck & Sargent, Inc. | Contract dated 11/16/2018 | 11044-00 UM - BSRB Vivarium Outfitting | $0.00 | $0.00 | $0.00 |
| 724 | The University of Michigan<br>7071 Wolverine Tower<br>3003 S. State Street<br>Ann Arbor MI 48109-1282 | Lord, Aeck & Sargent, Inc. | Professional Services Agreement dated 11/16/2018 | GAE00-03 | $0.00 | $1,000.00 | $1,000.00 |
| 725 | THE UNIVERSITY OF NORTH CAROLINA at CHAPEL HILL<br>103 AIRPORT DRIVE CAMPUS BOX 1090<br>CHAPEL HILL NC 27599-1090 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 04/21/2015 | 10280-00 UNC MEJ Full Building Renovation | $0.00 | $0.00 | $0.00 |

Note:   Assumption and assignment to be effective as of the later of: (x) closing of the Sale, (y) 14 days following service of this notice, and (z) resolution (as between the parties or by order of the Court) of any timely, pending Cure Objections.

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 726 | THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL 103 AIRPORT DRIVE  CAMPUS BOX 1090 CHAPEL HILL, NC 27599-1090 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 11/08/2013 | 10280-00 UNC MEJ Full Building Renovation | $0.00 | $0.00 | $0.00 |
| 727 | The University of North Carolina at Chapel Hill 103 AIRPORT DRIVE  CAMPUS BOX 1090 CHAPEL HILL, NC 27599-1090 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 12/08/2014 | 10280-00 UNC MEJ Full Building Renovation | $0.00 | $0.00 | $0.00 |
| 728 | The University of North Carolina at Chapel Hill UNC Facilities Planning & Design, Giles F. Homey Building 103 Airport Drive Chapel Hill, NC 27599-1800 | Lord, Aeck & Sargent, Inc. | Amendment to Letter Agreement dated 05/12/2020 | 10868-62 UNC GSB Pod 1B Renovation | $0.00 | $0.00 | $0.00 |
| 729 | THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL 103 Airport Drive Campus Box 1821 Chapel Hill, NC  27599-1821 | Lord, Aeck & Sargent, Inc. | Architectural Design Services for Interior Renovation dated 01/06/2020 | 11135-60 MEJ: Hantman Lab | $0.00 | $0.00 | $0.00 |
| 730 | The University of Tennessee 5723 Middlebrook Pike Knoxville, TN 37996-0040 | Lord, Aeck & Sargent, Inc. | Service Contract dated 11/06/2019 | 11224-00 UTHSC Health Science Ctr - GMP Facility | $0.00 | $0.00 | $0.00 |
| 731 | The University of Tennessee 5723 Middlebrook Pike Knoxville, TN 37996-0040 | Lord, Aeck & Sargent, Inc. | Agreement for Services | 11225-00 UTK - Melrose Program Update 2021 | $0.00 | $0.00 | $0.00 |
| 732 | The University of Tennessee 5723 Middlebrook Pike Knoxville, TN 37996-0040 | Lord, Aeck & Sargent, Inc. | Service Contract dated 11/06/2019 | 11225-00 UTK - Melrose Program Update 2021 | $0.00 | $0.00 | $0.00 |
| 733 | The University of Texas at Austin 1301 E Dean Keeton Austin, TX 78722 | Lord, Aeck & Sargent, Inc. | Master Agreement Between Owner and Professional Services Provider dated 12/01/2017 | 11279-01 UT Austin Aubrey Lab Renovation - Welch | $0.00 | $0.00 | $0.00 |
| 734 | Theatre Consultants Collaborative, Inc. 6600 Manor Hill Court Chapel Hill, NC 27516 | Lord, Aeck & Sargent, Inc. | Master Agreement Between Architect and Consultant | 11055-01 Peachtree Church Campus Improvements | $0.00 | $0.00 | $0.00 |
| 735 | Theatre Consultants Collaborative, Inc. 6325 Old NC 86 Chapel Hill, NC 27516 | Lord, Aeck & Sargent, Inc. | Master Agreement for Services  Provided Under Multiple Service Orders | 11055-01 Peachtree Church Campus Improvements | $0.00 | $0.00 | $0.00 |
| 736 | Theatre Consultants Collaborative, Inc. Remit P.O. Box 852 Carrboro, NC 27510 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11388-60 Highlands Performing Arts Center | $0.00 | $4,232.25 | $4,232.25 |
| 737 | Thorburn Associates, Inc. 2500 Gateway Centre Blvd #800 Morrisville, NC 27560 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10728-60 WCU STEM Facility | $0.00 | $3,578.00 | $3,578.00 |
| 738 | Thorburn Associates, Inc. 2500 Gateway Centre Blvd #800 Morrisville, NC 27560 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10729-60 ECU Life Sciences | $0.00 | $7,660.00 | $7,660.00 |
| 739 | Thorburn Associates, Inc. 2500 Gateway Centre Blvd #800 Morrisville, NC 27560 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $2,070.00 | $2,070.00 |
| 740 | Thornbury Engineering, LLC 4165 Old Leeds Lane Birmingham, AL 35213 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 07/17/2020 | 11365-60 St Paul UMC Exterior Restoration | $0.00 | $3,778.75 | $3,778.75 |
| 741 | Thornbury Engineering, LLC 4165 Old Leeds Lane Birmingham, AL 35213 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | | $0.00 | $0.00 | $0.00 |
| 742 | Travis County, Texas P.O. Box 1748 Austin, TX 78767 | Lord, Aeck & Sargent, Inc. | Professional Services Agreement dated 09/19/2017 | 10881-00 Travis County Probate Court | $0.00 | $0.00 | $0.00 |
| 743 | Trees Atlanta 225 Chester Avenue SE Atlanta, GA 30316 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 11/11/2019 | 11178-00 Trees Atlanta - New Urban Ecology Center | $0.00 | $0.00 | $0.00 |
| 744 | Trimble Inc. 935 Stewart Drive Sunnyvale, CA 94085 | Lord, Aeck & Sargent, Inc. | Copyright License dated 09/01/2020 | 11187-00 NPS - HSR, DD and CD for Historic Sites | $0.00 | $0.00 | $0.00 |
| 745 | TRIZEC COLONY SQUARE, INC. 400 Colony Square, 1201 Peachtree Street N.E. Suite 2000, Atlanta, GA 30361 | Lord, Aeck & Sargent, Inc. | Third Amendment of office Lease dated 05/22/1998 | | $0.00 | $0.00 | $0.00 |
| 746 | TRIZECHAHN COLONY SQUARE GP LLC 360 Interstate North Parkway, Suite 360 Atlanta, GA  30339 | Lord, Aeck & Sargent, Inc. | Sixth Amendment of office Lease dated 05/18/2004 | | $0.00 | $0.00 | $0.00 |
| 747 | TRIZECHAHN COLONY SQUARE GP LLC 360 Interstate North Parkway, Suite 360 Atlanta, GA 30339 | Lord, Aeck & Sargent, Inc. | Tenth Amendment of office Lease dated 07/18/2006 | | $0.00 | $0.00 | $0.00 |
| 748 | TRIZECHAHN COLONY SQUARE GP LLC 360 Interstate North Parkway, Suite 360 Atlanta, GA 30339 | Lord, Aeck & Sargent, Inc. | Seventh Amendment of office Lease dated 12/27/2004 | | $0.00 | $0.00 | $0.00 |
| 749 | TRIZECHAHN COLONY SQUARE GP LLC 360 Interstate North Parkway, Suite 360 Atlanta, GA 30339 | Lord, Aeck & Sargent, Inc. | Ninth Amendment of office Lease dated 11/10/2005 | | $0.00 | $0.00 | $0.00 |
| 750 | TRIZECHAHN COLONY SQUARE GP LLC 100 Colony Square, 1175 Peachtree Street, N.E., Suite 600 Atlanta, GA 30361 | Lord, Aeck & Sargent, Inc. | Fourth Amendment of office Lease dated 07/23/2001 | | $0.00 | $0.00 | $0.00 |
| 751 | TRIZECHAHN COLONY SQUARE GP LLC 360 Interstate North Parkway, Suite 360, Atlanta, GA  30339 | Lord, Aeck & Sargent, Inc. | Fifth Amendment of office Lease dated 12/01/2003 | | $0.00 | $0.00 | $0.00 |
| 752 | UNC - Chapel Hill CB #1090, Giles F. Homey Bldg 103 Airport Drive Chapel Hill, NC 27599-1090 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 06/14/2013 | 10280-00 UNC MEJ Full Building Renovation | $0.00 | $0.00 | $0.00 |
| 753 | UNC - Chapel Hill 1307 Mail Service Center Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement  Between Owner and Designer dated 10/15/2017 | 10280-00 UNC MEJ Full Building Renovation | $0.00 | $0.00 | $0.00 |
| 754 | University of  Alabama at Birmingham 801 6TH AVENUE SOUTH, FAB 134 BIRMINGHAM, AL 35294-4554 | Lord, Aeck & Sargent, Inc. | Service Contract dated 11/19/2018 | 11038-60 UAB - Science & Engineering Complex Prgm | $0.00 | $0.00 | $0.00 |

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 755 | University of Alabama at Birmingham<br>801 6th AVENUE SOUTH, FAB 134<br>BIRMINGHAM, AL 35294-4554 | Lord, Aeck & Sargent, Inc. | Service Contract dated 11/19/2018 | 11038-60 UAB - Science & Engineering Complex Prgm | $0.00 | $0.00 | $0.00 |
| 756 | University of Cincinnati  Jeffrey A. Weimer, A1CP<br><br>LORD AECK SARGENT,  Principal Contact: Kent Brown, A1A<br>2600 Clifton Ave,<br><br>269 W. Main Street Suite 500<br>Cincinnati, OH 45221<br><br>Lexington, KY 40507 | Lord, Aeck & Sargent, Inc. | Architect/Engineer Agreement form dated 03/18/2021 | 11447-60 UC CEAS Facilities Master Plan | $0.00 | $0.00 | $0.00 |
| 757 | University of Kentucky<br>Lexington, KY | Lord, Aeck & Sargent, Inc. | Consultant'S Agreement | 11235-00 UK Arboretum Visitor Center Expansion | $0.00 | $0.00 | $0.00 |
| 758 | University of Kentucy<br>Lexington, KY | Lord, Aeck & Sargent, Inc. | Consultant'S Agreement | 11235-00 UK Arboretum Visitor Center Expansion | $0.00 | $0.00 | $0.00 |
| 759 | UNIVERSITY OF KENTUCKY | Lord, Aeck & Sargent, Inc. | Amendment to Personal Services Contract dated 01/01/2020 | 11396-00 UK - Frazee Hall Modernization | $0.00 | $0.00 | $0.00 |
| 760 | University of Kentucky | Lord, Aeck & Sargent, Inc. | Consultant's Agreement dated 09/01/2020 | 11396-00 UK - Frazee Hall Modernization | $0.00 | $0.00 | $0.00 |
| 761 | University of Kentucky | Lord, Aeck & Sargent, Inc. | Consultant'S Agreement dated 02/05/2021 | 11476-60 UK - Delta Gamma Add / Reno | $0.00 | $0.00 | $0.00 |
| 762 | University of North Carolina<br>104 Airport Drive #CB1270<br>Chapel Hill, NC 27599 | Lord, Aeck & Sargent, Inc. | Professional Services Agreement | 11247-60 108 East Franklin | $0.00 | $0.00 | $0.00 |
| 763 | University of North Carolina<br>104 Airport Drive #CB1270<br>Chapel Hill, NC 27599 | Lord, Aeck & Sargent, Inc. | Professional Services Agreement | 11247-60 108 East Franklin | $0.00 | $0.00 | $0.00 |
| 764 | University of North Carolina<br>1450 Raleigh Road #109 Chapel Hill<br>Chapel Hill, NC 27517 | Lord, Aeck & Sargent, Inc. | Professional Services Agreement | 11247-60 108 East Franklin | $0.00 | $0.00 | $0.00 |
| 765 | University of North Carolina, Chapel Hill<br>104 Airport Drive #CB1270<br>Chapel Hill, NC 27599 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 12/08/2014 | 10280-00 UNC MEJ Full Building Renovation | $0.00 | $0.00 | $0.00 |
| 766 | University of North Carolina at Chapel Hill<br>Giles F. Horney Building<br>103 Airport Drive - CB 1090<br>Chapel Hill, NC 27599 | Lord, Aeck & Sargent, Inc. | Letter Agreement dated 03/27/2019 | 11070-60 UNC Genetic Med 5th Floor Comp Fit-out | $0.00 | $0.00 | $0.00 |
| 767 | University of Tennessee<br>5723 Middlebrook Pike, Suite 119<br>Knoxville, TN 37996-0040 | Lord, Aeck & Sargent, Inc. | Amendment | 11224-00 UTHSC Health Science Ctr - GMP Facility | $0.00 | $0.00 | $0.00 |
| 768 | Uzun + Case<br>1230 Peachtree Street NE, Suite 2500<br>Atlanta, GA 30309 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 10/30/2013 | 10280-00 UNC MEJ Full Building Renovation | $0.00 | $0.00 | $0.00 |
| 769 | Uzun + Case Engineers, LLC<br>1230 Peachtree Street NE  Suite 2500<br>Atlanta, GA 30309 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 08/07/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 770 | Uzun + Case, LLC<br>1230 Peachtree Street NE Suite 2500<br>Atlanta, GA 30309 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 08/17/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 771 | Uzun + Case, LLC<br>1230 Peachtree Street NE  Suite 2500<br>Atlanta, GA 30309 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 08/17/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 772 | Uzun + Case, LLC<br>1230 Peachtree Street NE Suite 2500<br>Atlanta, GA 30309 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 08/07/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 773 | Uzun + Case, LLC<br>1230 Peachtree Street NE  Suite 2500<br>Atlanta, GA 30309 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 08/07/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 774 | Uzun+Case, LLC<br>1230 Peachtree Street NE Suite 2500<br>Atlanta, GA 30309 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 04/19/2018 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 775 | Uzun & Case, LLC<br>1230 Peachtree Street NE Suite 2500<br>Atlanta, GA 30309 | Lord, Aeck & Sargent, Inc. | Service Order dated 05/22/2018 | 10504-02 Duluth Library Design & Construction | $0.00 | $0.00 | $0.00 |
| 776 | Uzun+Casc, LLC<br>1230 Peachtree Street NE Suite 2500<br>Atlanta, GA 30309 | Lord, Aeck & Sargent, Inc. | Service Contract dated 09/22/2017 | 10504-02 Duluth Library Design & Construction | $0.00 | $0.00 | $0.00 |
| 777 | Uzun+Case, LLC<br>1230 Peachtree Street NE<br>Suite 2500<br>Atlanta, GA 30309-3571 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10721-00 | $0.00 | $1,007.50 | $1,007.50 |
| 778 | Uzun+Case, LLC<br>1230 Peachtree Street NE<br>Suite 2500<br>Atlanta, GA 30309-3571 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 10829-01 Atomic-Pratt Pullman Redevelopment Ph 2 | $0.00 | $74.00 | $74.00 |
| 779 | Uzun + Case, LLC<br>1230 Peachtree Street NE #2500<br>Atlanta, GA 30309 | Lord, Aeck & Sargent, Inc. | Service Order dated 07/16/2019 | 11136-00 CAU Rehabilitation Park Street Methodist | $0.00 | $3,000.00 | $3,000.00 |
| 780 | Uzun+Case, LLC<br>1230 Peachtree Street NE<br>Suite 2500<br>Atlanta, GA 30309-3571 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11262-01 Sage Hall Phase One Renovations | $0.00 | $2,859.73 | $2,859.73 |
| 781 | Uzun + Case, LLC<br>1230 Peachtree Street NE  Suite 2500<br>Atlanta, GA 30309 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement dated 07/29/2020 | 11271-00 Prince Hall Grand Lodge of GA Rehab | $0.00 | $0.00 | $0.00 |
| 782 | Uzun + Case, LLC<br>1230 Peachtree Street NE, Suite 2500<br>Atlanta, GA  30309 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement dated 04/20/2021 | 11532-00 GA Tech  Arch East Envelope Repair | $0.00 | $4,000.00 | $4,000.00 |
| 783 | Uzun+Case, LLC<br>1230 Peachtree Street NE<br>Suite 2500<br>Atlanta, GA 30309-3571 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11592-60 UNC Glaxo | $0.00 | $2,035.84 | $2,035.84 |

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 784 | Uzun+Case, LLC<br>1230 Peachtree Street NE<br>Suite 2500<br>Atlanta, GA 30309-3571 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $28,286.00 | $28,286.00 |
| 785 | Uzun + Case Engineers, LLC<br>1230 Peachtree Street, NE<br>Suite 2500<br>Atlanta, GA 30309 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | | $0.00 | $0.00 | $0.00 |
| 786 | VDA, Inc.<br>3653 Canton Road Suite 205<br>Marietta, GA 30066 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 08/11/2020 | 11271-00 Prince Hall Grand Lodge of GA Rehab | $0.00 | $0.00 | $0.00 |
| 787 | VDA, Inc.<br>3653 Canton Road Suite 205<br>Marietta, GA 30066 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 07/23/2020 | 11271-00 Prince Hall Grand Lodge of GA Rehab | $0.00 | $0.00 | $0.00 |
| 788 | Vermeulens<br>140 Broadway, 46th Floor<br>New York, NY 10005 | Lord, Aeck & Sargent, Inc. | Additional Services dated 10/23/2019 | 11044-00 UM - BSRB Vivarium Outfitting | $0.00 | $0.00 | $0.00 |
| 789 | Vermeulens, Inc.<br>470 Atlantic Avenue<br>4th Floor<br>Boston, MA 02210 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 02/26/2019 | 11044-00 UM - BSRB Vivarium Outfitting | $0.00 | $0.00 | $0.00 |
| 790 | Vermeulens, Inc.<br>700 North St. Mary's Street, Suite 1400<br>San Antonio, TX 78205 | Lord, Aeck & Sargent, Inc. | Service Contract dated 07/03/2019 | 11087-00 TAMU West Campus Dining Facility | $0.00 | $0.00 | $0.00 |
| 791 | Vermeulen's Inc.<br>470 Atlantic Avenue<br>4th Floor<br>Boston, MA 2210 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11273-00 City of Austin Faulk Library/History Ctr | $0.00 | $5,266.80 | $5,266.80 |
| 792 | Vermeulen's Inc.<br>470 Atlantic Avenue<br>4th Floor<br>Boston, MA 2210 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 11501-60 UNC Ackland Museum Study | $0.00 | $5,000.00 | $5,000.00 |
| 793 | Vermeulen's Inc.<br>470 Atlantic Avenue<br>4th Floor<br>Boston, MA 2210 | Lord, Aeck & Sargent, Inc. | Subcontractor Agreement | 30000-00 Invoice in review process - Project not identified | $0.00 | $4,536.55 | $4,536.55 |
| 794 | VLP-3 LLC<br>213 Lyman Hall<br>Atlanta, GA 30332-0257 | Lord, Aeck & Sargent, Inc. | Agreement Between Owner and Design-Builder | 11168-01 GATV Innovation Labs Design/Build Svcs | $0.00 | $0.00 | $0.00 |
| 795 | VSC Fire & Security, Inc.<br>David W. Satterfield<br><br>3109 Westinghouse Boulevard<br>Charlotte, NC 28273 | Lord, Aeck & Sargent, Inc. | Digital Data Licensing Agreement dated 05/28/2021 | 11180-60 AAC Woodfield Brier Creek | $0.00 | $0.00 | $0.00 |
| 796 | Wagner Architecture, pllc<br>92 Elam Court<br>New Hill, North Carolina 27562 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 09/30/2014 | 10280-00 UNC MEJ Full Building Renovation | $0.00 | $0.00 | $0.00 |
| 797 | Wake Forest University<br>1834 Wake Forest Road<br>Winston Salem, NC 27109 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 06/27/2019 | 11090-60 Wake Forest Engineering School Fit-out | $0.00 | $0.00 | $0.00 |
| 798 | Wake Forest University<br>1834 Wake Forest Road<br>Winston Salem, NC 27109 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 06/27/2019 | 11090-60 Wake Forest Engineering School Fit-out | $0.00 | $0.00 | $0.00 |
| 799 | Wake Forest University<br>1834 Wake Forest Road<br>Winston-Salem, NC 27109 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 09/20/2019 | 11090-60 Wake Forest Engineering School Fit-out | $0.00 | $0.00 | $0.00 |
| 800 | Wake Forest University<br>1834 Wake Forest Road<br>Winston-Salem, NC 27109 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 03/02/2020 | 11090-60 Wake Forest Engineering School Fit-out | $0.00 | $0.00 | $0.00 |
| 801 | Wake Forest University<br>1834 Wake Forest Road<br>Winston-Salem, NC 27106 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 04/04/2019 | 11090-60 Wake Forest Engineering School Fit-out | $0.00 | $0.00 | $0.00 |
| 802 | Walter P Moore and Associates Inc<br>1201 Peachtree St NE 1600<br>Atlanta, GA 30361 | Lord, Aeck & Sargent, Inc. | Amendment to Consultant Service Agreement dated 04/24/2020 | 11178-00 Trees Atlanta - New Urban Ecology Center | $0.00 | $0.00 | $0.00 |
| 803 | Walter P. Moore, Inc.<br>1201 Peachtree Street NE #1600<br>Atlanta, GA 30361 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 02/07/2020 | 11178-00 Trees Atlanta - New Urban Ecology Center | $0.00 | $0.00 | $0.00 |
| 804 | Walter P. Moore, Inc.<br>1301 McKinney Suite 1100<br>Houston, TX 77010 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant  dated 03/28/2019 | 11275-00 Lifecycle Building Center Renovation | $0.00 | $0.00 | $0.00 |
| 805 | Warren Williams, Principal<br><br>Rich Cornwell, PE LEED AP   CFR Engineering, Inc.<br>20251 Century Boulevard #120<br>Germantown, MD 20874 | Lord, Aeck & Sargent, Inc. | Service Order for Use With Master Agreement Between Architect and Consultant dated 03/09/2021 | 11094-20 GMU Innovation Lease Space Room 109A | $0.00 | $0.00 | $0.00 |
| 806 | Warren L. Williams<br>1725 Duke Street, Suite 750<br>Alexandria, VA 22314 | Lord, Aeck & Sargent, Inc. | Architect/Consultant Amendment dated 03/06/2021 | 11102-00 GWU Ross Hall 4th Floor Lab Renovation | $0.00 | $0.00 | $0.00 |
| 807 | Warren L. Williams<br>421 North Woodland Blvd<br><br>1175 Peachtree Street NE #2400<br>Deland, FL 32723<br><br>Atlanta, GA 30361 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services dated 02/15/2021 | 11262-01 Sage Hall Phase One Renovations | $0.00 | $0.00 | $0.00 |
| 808 | Watts & Browning Engineers, Inc.<br>1349 Old 41 Highway NW, Suite 225<br>Marietta, GA 30060 | Lord, Aeck & Sargent, Inc. | Services Contract dated 03/16/2020 | 11231-00 10th Street Pocket Park Expansion | $0.00 | $0.00 | $0.00 |
| 809 | Waveguide Consulting, Inc.<br>One West Court Square, Suite 300<br>Decatur, GA 30030 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 09/26/2014 | 10373-00 WSSU New Residence Hall | $0.00 | $0.00 | $0.00 |
| 810 | Western Carolina University<br><br>Cullowhee, NC | Lord, Aeck & Sargent, Inc. | Services Agreement dated 02/09/2017 | 10728-60 WCU STEM Facility | $0.00 | $0.00 | $0.00 |
| 811 | Westside Development Partners LLC<br>3350 Riverwood Pkwy #1900<br>Atlanta, GA 30339 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 03/22/2019 | 11119-00 English Avenue School Arch and HP Tax Cr | $0.00 | $0.00 | $0.00 |

Note:   Assumption and assignment to be effective as of the later of: (x) closing of the Sale, (y) 14 days following service of this notice, and (z) resolution (as between the parties or by order of the Court) of any timely, pending Cure Objections.

| ID | Counterparty | Debtor | Description of Contract | Katerra Project Name | Cure Amount | Pay when paid amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 812 | Westside Development Partners LLC 3350 Riverwood Pkwy #190 Atlanta, GA 30339 | Lord, Aeck & Sargent, Inc. | Amendment to The Professional Services Agreement dated 12/02/2020 | 11119-00 English Avenue School Arch and HP Tax Cr | $0.00 | $0.00 | $0.00 |
| 813 | Westside Development Partners, LLC 3350 Riverwood Parkway Suite 1900 Atlanta, GA 30339 | Lord, Aeck & Sargent, Inc. | Standard Short form of Agreement Between Owner and Architect dated 03/22/2019 | 11119-00 English Avenue School Arch and HP Tax Cr | $0.00 | $0.00 | $0.00 |
| 814 | WF/Lee Wake Forest Manager, LLC c/o Woodfield Development Company 7474 Creedmoor Rd Box 306 Raleigh, NC 27613 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Owner and Architect dated 12/19/2019 | 11126-60 Lee Holding Village | $0.00 | $0.00 | $0.00 |
| 815 | Whitehead Electric Company Inc 5843 Jacaranda Drive Mableton, GA 30126 | Lord, Aeck & Sargent, Inc. | Digital Data Licensing Agreement dated 07/06/2020 | 11168-01 GATV Innovation Labs Design/Build Svcs | $0.00 | $0.00 | $0.00 |
| 816 | Williamson & Associates, Inc. 6100 Lake Forrest Drive NW  Suite 375 Atlanta, GA 30328 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 07/18/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 817 | Williamson & Associates, Inc. 6100 Lake Forrest Drive  Suite 375 Atlanta, GA 30328 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement Between Architect and Consultant dated 07/18/2014 | 10458-00 Carter Hall 1C Exterior | $0.00 | $0.00 | $0.00 |
| 818 | Winston-Salem State University 1307 Mail Service Center Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement  Between Owner and Designer dated 05/07/2014 | 10373-00 WSSU New Residence Hall | $0.00 | $0.00 | $0.00 |
| 819 | Winston-Salem State University 1307 Mail Service Center Raleigh, NC 27699-1307 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement  Between Owner and Designer dated 05/07/2014 | 10373-00 WSSU New Residence Hall | $0.00 | $0.00 | $0.00 |
| 820 | Working Buildings LLC 1230 Peachtree Street, NE 300 Promenade Atlanta, GA 30309 | Lord, Aeck & Sargent, Inc. | Services Agreement dated 10/31/2016 | 10730-01 Aaron Diamond AIDS Research Center | $0.00 | $0.00 | $0.00 |
| 821 | Yeiser Structural 403 Marquis Avenue Lexington, KY 40502 | Lord, Aeck & Sargent, Inc. | Service Contract dated 02/22/2019 | 11069-00 AU Associates - The Oasis at Kearney Cre | $0.00 | $0.00 | $0.00 |
| 822 | Yeiser Structural 403 Marquis Avenue Lexington, KY 40502 | Lord, Aeck & Sargent, Inc. | Standard form of Agreement dated 02/22/2019 | 11069-00 AU Associates - The Oasis at Kearney Cre | $0.00 | $0.00 | $0.00 |
| 823 | Yeiser Structural 403 Marquis Avenue Lexington, KY 40502 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 02/25/2020 | 11161-00 Polo Club Senior Housing | $0.00 | $0.00 | $0.00 |
| 824 | Yeiser Structural 403 Marquis Avenue Lexington, KY 40502 | Lord, Aeck & Sargent, Inc. | Agreement Between Architect and Consultant dated 02/25/2020 | 11161-00 Polo Club Senior Housing | $0.00 | $0.00 | $0.00 |
| 825 | Yeiser Structural 403 Marquis Avenue Lexington, KY 40502 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 08/12/2020 | 11161-00 Polo Club Senior Housing | $0.00 | $0.00 | $0.00 |
| 826 | Yeiser Structural 403 Marquis Avenue Lexington, KY 40502 | Lord, Aeck & Sargent, Inc. | Amendment to The Consultant Services Agreement dated 08/12/2020 | 11161-00 Polo Club Senior Housing | $0.00 | $0.00 | $0.00 |
| 827 | | Lord, Aeck & Sargent, Inc. | Intercompany Addendum No. 001 to Statement of Work for Additional Services dated 12/02/2020 | 11187-00 NPS - HSR, DD and CD for Historic Sites | $0.00 | $0.00 | $0.00 |
| 828 | | Lord, Aeck & Sargent, Inc. | Intercompany Scope of Services Agreement dated 01/27/2020 | 11187-00 NPS - HSR, DD and CD for Historic Sites | $0.00 | $0.00 | $0.00 |
| 829 | | Lord, Aeck & Sargent, Inc. | Scope of Services Agreement dated 01/27/2020 | 11187-00 NPS - HSR, DD and CD for Historic Sites | $0.00 | $0.00 | $0.00 |
| 830 | | Lord, Aeck & Sargent, Inc. | Intercompany Scope of Service Agreement dated 09/23/2020 | 11424-60 NPS Carver Museum Rehabilitation | $0.00 | $0.00 | $0.00 |
| 831 | | Lord, Aeck & Sargent, Inc. | Intercompany Sublease Agreement dated 04/16/2018 | | $0.00 | $0.00 | $0.00 |

Note:   Assumption and assignment to be effective as of the later of: (x) closing of the Sale, (y) 14 days following service of this notice, and (z) resolution (as between the parties or by order of the Court) of any timely, pending Cure Objections.